# EXHIBIT 2

**From:** Field Support
**To:** Support 2; Danielle Marie Chilcote
**Cc:** TJ Longardner
**Subject:** 2.60465 - 2505 6TH Street LLC
**Date:** Friday, August 7, 2020 12:50:37 PM
**Attachments:** image034046.png

---

Dear Ms. Chilcote,

I am the SAI field adjuster handling a claim you are the examiner on and I wanted to give you a quick update and the reserve amount(s). The hotel was hit by large hail causing quite a bit of damage. The roof is a total and a very large 30 yr dimensional roof. The frames on many of the vinyl window are damaged requiring replacement of the entire windows. I counted 38 entire windows that need removal and replacement. The stucco of the entire backside will need minor repairs and then the entire side skim coated. There is also additional damage. No interior damage to building.

Building reserve: $150,000
Free standing sign: $1000
The roofed canopy is attached to the building. Please advise if that is a separate coverage or part of the building.

Limon Colorado is one of the most hail hit towns in America. For this reason, I believe the carrier should look into the past claim history for this loss location even if the risk was insured by a different carrier. It is possible that some of the new damage affected building items previously damaged (and ins. paid for) by hail and the building owner did not affect repairs.

Thank you,

Ted Miller
Quality is not an act, it is a habit - Aristotle

**Field Support**
O (201) 729-0200 F (888) 902-5701
raphaelandassociates.com