# EXHIBIT 3

# IA 1st report.eml

**From:** Armster, Gabriella
**Sent:** Tuesday, October 6, 2020 5:59 PM
**To:** GUARDClaimsTeam@GUARD.com<GUARDClaimsTeam@GUARD.com>
**Cc:** Rubidoux, Brian<brubidoux@englemartin.com>
**Subject:** [EXTERNAL] 2505 6th Street LLC | Claim #: NEBP030396-001-001-001 | Report 01 | EMA File #: 1000307939

**CAUTION: This email originated from outside of BH Insurance.**

Dear Mr. Ardoline:

Please find the attached first report sent on behalf of Brian Rubidoux. Should you have any questions or concerns please contact Brian directly at (303) 736-5131 or brubidoux@englemartin.com.

Thank you,

**Gabriella Armster**
**Administrative Assistant**
**Engle Martin & Associates**

1635 Village Center Circle | Ste. 280
Las Vegas, NV 89134
O: 702.727.2511 | F: 702.434.3054
www.englemartin.com | gabriella.armster@englemartin.com

*Connect with us:*

NOTICE: This communication is strictly confidential. If you are not an intended recipient, then any review, use or distribution of it, and/or any action taken or not taken in reliance upon it, is unauthorized, strictly prohibited and may be unlawful. Instead, please immediately notify the sender by return email and then delete this communication and its attachments from your system.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

O: 678.553.4400
F: 678.553.4401
TF: 800.818.5619

October 6, 2020

***RESPONSE REQUESTED***

Berkshire Hathaway GUARD

Attention: William Ardoline

*Sent via Electronic Mail: GUARDClaimsTeam@GUARD.com*

| | | |
|---|---|---|
| RE: | **Report Number:** | **One** |
| | **Insured:** | **2505 6th Street LLC** |
| | Location of Loss: | 2505 6th St, Limon, CO 80828 |
| | Nature of Loss: | Hail Storm |
| | Date of Loss: | August 2, 2020 |
| | Date Assigned: | September 9, 2020 |
| | Date Inspected: | September 18, 2020 |
| | Policy Number: | NEBP030396 |
| | Our File Number: | 1000307939 |
| | **Claim Number:** | **NEBP030396-001-001-001** |

---

Dear Mr. Ardoline:

This will serve to acknowledge receipt of above referenced assignment on September 9, 2020. We contacted Ashley Pendlay, Manager (719) 775-0700 on September 10, 2020, and completed our inspection on September 18, 2020 as earliest date with contractor and engineer.

| | |
|---|---|
| **ESTIMATE OF LOSS:** | $ 60,000.00 |
| **DEDUCTIBLE:** | ($ 60,000.00) – Wind/Hail 2% |
| **PAID TO DATE:** | ($ 0.00) |
| **NET ESTIMATE OF LOSS:** | **$ 0.00** |

The Estimate of Loss establishes our initial loss values, and our report provides detailed information regarding our continued adjustment of loss.

Estimate of Loss values are based on the projected gross loss and subject to Insurers' coverage consideration.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



**COVERAGE:**

Pursuant to the policy information received, AmGUARD Insurance Company issued policy number NEBP030396 to the Named Insured, 2505 6th Street LLC. The effective dates of the policy are 11/01/2019 – 11/01/2020. We verified that the loss occurred within the term of the policy. The governing policy is the Businessowners Coverage Form, BP 00 03 (01 10). Coverage is afforded as follows:

| | |
|---|---|
| Bldg: | $3,000,000.00 |
| BPP: | $250,000.00 |
| Valuation: | RCV |
| Deductible: | $5,000.00 |
| | $60,000.00 2% Wind / Hail |

There are no other known interests in the property.

**COINSURANCE:**

**Building:**

The Businessowners Coverage Form, BP 00 03 (01 10) does not have a coinsurance requirement.

**OTHER INSURANCE:**

We are unaware of the involvement or participation of any other first-party property insurer or underwriter relative to this loss.

**INSURED:**

The named Insured is 2505 6th Street LLC, with a mailing address of 2505 6th St, Limon, CO 80828. We have been dealing with Ashley Pendlay, Manager, who can be reached at (719) 775-0700.

**RISK:**

**Building:**

The insured building is a hotel with multiple rooms, gym and swimming areas. The building was constructed in the early 2000's of steel and wood framing, stucco exterior and a laminate composite shingle roof. The building is 2 stories and structurally is in good condition.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



**Business Personal Property:**

During our walk through of the property, we observed BPP to consist of hotel furniture, bedding, televisions, computers and items to maintain a hotel on a day to day basis.

**Business Income:**

The insured derives their income from the rental fees received from their customers.

**LOSS DESCRIPTION:**

**Wind / Hail.** The insured property sustained wind and hail damage to the south elevation of the building and roof.

**ASSIGNMENT TO EXPERTS/CONSULTANTS:**

Per your authorization, we engaged Envista Forensics to complete an inspection. We are currently awaiting the report of findings from William Oviatt (402) 659-2723.

**INVESTIGATION AND ADJUSTMENT:**

We met with Ashley Pendlay, Hotel Manager, (719) 775-0700, William Oviatt, Envista Forensics (402) 659-2723 and Jeff Henke, CJ Restoration (303) 915-5400 to complete an inspection of the exterior and interior of the building to address claimed damage.

**Building:**

We completed an inspection of the property with the insureds' contractor and engineer to assess and determine hail / wind related damage. We have enclosed photos for your review and records. We observed hail impact damage mainly to the southern elevation of the property to include 2 broken windows, window cladding on several windows, a PVC fence at the south side of the building and 3 commercial doors. We also observed hail damage to the roofs of the building.

The insured and their contractor had pointed out several areas of damage which were either not consistent with hail damage and possibly due to defective construction or normal wear and tear. William Oviatt will be completing and submitting his Report of Findings to advise what items he believes are a result to hail damage and which items are not related to this claim. We will continue to follow up with Mr. Oviatt for his report for review and forward to your office with our recommendations and estimate accordingly.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



We were contacted by Jeff Henke (303) 915-5400 on October 1, 2020. Mr. Henke advised that he has secured a contract for repairs with the insured and will be engaging an engineer to complete an inspection and report accordingly. Mr. Henke will complete and forward an initial report for known hail damage to the property. We will work with Mr. Henke in an attempt to secure an agreed scope and cost of repair. We will forward our estimate in our follow up report.

**Business Personal Property:**

The insured did not suffer a BPP loss.

**Business Income:**

The insured is claiming BI due to bad Yelp reviews. We would recommend engaging a forensic accountant to address any BI due to this loss. **Please advise if you wish for our office to locate and engage an accountant on your behalf**.

**Extra Expense**:

The insured has not incurred any EE and we do not see any forthcoming.

**SUBROGATION:**

The loss is a weather related event without any third party involvement. We do not see any subrogation exposure. However, should information be discovered that may lead to recovery or subrogation, we will inform your office immediately and take all necessary steps to protect your interests.

**SALVAGE:**

There is no salvage of commercial value relative to this loss.

**PLAN OF ACTION:**

1. With your authorization, engage Forensic Accountant to address claimed BI exposure
2. Follow up with Envista Forensics for receipt and review of their Report of Findings
3. Work with the contractor to secure an agreed scope of loss and cost of repair
4. Follow up with your office in 30 days for continual handling instructions

We thank you very much for the referral of this claim. Upon receipt and review of this report, should you have any questions or additional handling instructions, please contact our office. Otherwise, our subsequent report will follow in due course.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



Report Prepared By:

**ENGLE MARTIN & ASSOCIATES**

Brian Rubidoux, AIC
Senior Property Adjuster
brubidoux@englemartin.com
Cell Phone: (719) 201-0323 | Direct Line: (303) 736-5131

BLR/gaa

**Enclosures:**

1. EMA Photos

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #1**




**Exterior sign**

**Photograph #2**




**Second exterior sign, no damage**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #3**



**Overview north elevation with carport overhang**

**Photograph #4**



**Overview north elevation looking west**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #5**



**Damage being claimed as hail but appears mechanical. Observed on several windows**

**Photograph #6**



**20200918_105949**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #7**



**Hail damage to vinyl window wrap on north elevation**

**Photograph #8**



**Hail damage to window**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #9**




**Damage to stucco wall where exterior metal door was pushed open due to high winds**

**Photograph #10**



**Damage to exterior metal door from hitting wall**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #11**



**Hail damage to window on south elevation**

**Photograph #12**



**Hail impact to glass, south elevation**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #13**



**Hail damage to vinyl fence**

**Photograph #14**



**Hail damage to vinyl fence**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #15**



**Hail damage to exterior light, south elevation**

**Photograph #16**



**Hail damage to vinyl fence**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #17**



**Hail damage to vinyl fence**

**Photograph #18**



**Bar broken off of exterior door on south elevation**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #19**



**Damage to brick veneer on east elevation, exterior of swimming pool room.**

**Photograph #20**



**Wall on interior side of swimming pool room. Note rust and mold**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #21**



**Interior wall of swimming pool. This is location where exterior stucco and brick veneer is damaged and opening. High moisture in**

**Photograph #22**



**Mold present in multiple locations of swimming pool room**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #23**



**Canned exterior light on south elevation shows no hail spatter**

**Photograph #24**



**Damaged stucco on exterior wall outside swimming pool**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #25**



**Door veneer to supply room in swimming room. Warped most likely due to excessive moisture**

**Photograph #26**



**Smoke detector and automatic sprinkler located throughout building**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #27**



**Hail damage to window in fitness room on south elevation**

**Photograph #28**




**Room 207 sample of window damage**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #29**



**Damage to window frame, appears pulled away from glass**

**Photograph #30**



**Water staining around window**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #31**



**Water staining to wallpaper directly underneat window sill**

**Photograph #32**



**Cracked frame, present in several rooms inspected**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #33**



**Water staining to wall directly beneath window**

**Photograph #34**




**Room 202 on north side**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #35**



**Water stain and debris in window track**

**Photograph #36**



**Water damage on wall below window**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #37**



**Cracked window frame. Windows do not properly close or open in rooms inspected**

**Photograph #38**



**Overview of hail damage to shingles**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #39**



**Hail damage to fascia**

**Photograph #40**



**Hail damage to metal vent**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #41**




**Overview hail damage to fascia**

**Photograph #42**



**Hail damage to ridge cap**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #43**



**Test square south slope, 10+ impacts**

**Photograph #44**




**Sampling of average hail impacts observed**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #45**



**Test square on south slope, 10+ impacts**

**Photograph #46**



**No observable damage to gutters**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #47**



**Hail impact to downspout on south elevation**

**Photograph #48**



**Up close view of hail damage to roof**

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

**Insured: 2505 6th Street LLC**
**Location: 2505 6th St, Limon, CO 80828**

**EM Claim #: 1000307939**
**Inspection Date: 9/18/2020**

**Photograph #49**



**Overview of carport overhang at north side building**

**Photograph #50**



**Overview storage shed on south side property**