# EXHIBIT 9

# Raphael and Associates



Telephone: (201) 729-0200
Fax: () -

301 Route 17 North Suite 401
Rutherford, NJ 07070

Friday, February 11, 2022
3:34:33PM

## Claim Diary/Note List

Administrator Id: 1
Claim Id: 51913
Diary Status: *

Diary / Note *
pient (Personnel Id) *
Purpose *

Diary Date: 2020-08-02..2050-01-01
Groups: Claim Id
Sort On: Diary Date

| No | O/C | D/N | Date | Claim ID | Claimant | Type | PersonnelId | Author | Client File No |
|---|---|---|---|---|---|---|---|---|---|
| **1.51913.1234.PRC** | | | | | | | | | |
| 1 | Open | N | 08/03/2020 | 1.51913.1234.PRC | 2505 6TH Street LLC | | dchilcote | dchilcote | NEBP030396-001- |
| | I called insured no answer - Jerry - 303-932-1700 | | | | | | | | |
| 2 | Closed | D | 08/04/2020 | 1.51913.1234.PRC | 2505 6TH Street LLC | 24 Hour | dchilcote | dchilcote | NEBP030396-001- |
| | 1st Contact | | | | | | | | |
| 3 | Closed | D | 08/06/2020 | 1.51913.1234.PRC | 2505 6TH Street LLC | Reserve | dchilcote | dchilcote | NEBP030396-001- |
| | Reserves | | | | | | | | |
| 4 | Open | N | 08/10/2020 | 1.51913.1234.PRC | 2505 6TH Street LLC | EMail | cdudek | cdudek | NEBP030396-001- |

EmailTo:
Attached documents: ClaimDocs_20200810_140349.zip
1.51913 Your Claim Number NEBP030396-001-001-001

Attached please find our file documentation for the above referenced claim

| No | O/C | D/N | Date | Claim ID | Claimant | Type | PersonnelId | Author | Client File No |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Closed | D | 08/11/2020 | 1.51913.1234.PRC | 2505 6TH Street LLC | | dchilcote | dchilcote | NEBP030396-001- |
| | This claim has been returned to Guard. | | | | | | | | |
| 6 | Closed | D | 08/11/2020 | 1.51913.1234.PRC | 2505 6TH Street LLC | | cdudek | cdudek | NEBP030396-001- |
| | File returned to Guard please close. | | | | | | | | |
| 7 | Closed | D | 08/31/2020 | 1.51913.1234.PRC | 2505 6TH Street LLC | | dchilcote | dchilcote | NEBP030396-001- |
| | IA Report | | | | | | | | |
| 8 | Closed | D | 04/18/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | | dchilcote | dchilcote | NEBP030396-001- |
| | imported | | | | | | | | |
| 9 | Closed | D | 04/18/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | DocImport | dchilcote | dchilcote | NEBP030396-001- |
| | Document Added -- ENDT-02-03-2020.PDF | | | | | | | | |
| 10 | Closed | D | 04/18/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | DocImport | dchilcote | dchilcote | NEBP030396-001- |
| | Document Added -- Independent Adjusting Firm Form.pdf | | | | | | | | |
| 11 | Closed | D | 04/18/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | DocImport | dchilcote | dchilcote | NEBP030396-001- |
| | Document Added -- POLICY DEC.PDF | | | | | | | | |
| 12 | Open | N | 04/24/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | | crouth | crouth | NEBP030396-001- |

This loss was reported as a hail storm damaging windows, screens, siding, lights, and roof. The loss location was confirmed as 2505 6th ST, Limon, CO 80828. The insured Contact is Ashley Pendlay at 719-775-0700 or 970-930-0847. The client claim number is NEBPO30396-001-001-001. The policy number is NEBP030396. Policy Period 11-1-2019 to 11-1-2020. The DOL is reported as 8-2-2020.
Limits; RCV;
Building: 3,000,000
BPP/Contents: $250,000.00
Equipment Breakdown: (HSB)
BI/EE: ALS 12 Months

Glass Expense: ALS

Deductible: $60,000.00

Exclusion of Cosmetic Damage to Roof Covering Caused by Hail BP 99 249 07 17
Windstorm or Hail Percentage Deductible 2%

IA:
Engle Martin File No. 1000307939
Brain Rubidoux brubidoux@englemartin.com 719-201-0323 303-736-5131

Engineer:
Envista File No. MAT-114579-W6W2

The last IA report indicates a review of the Engineer Report as follows:

1. The subject building woo framing was not structurally damaged due to the reported storm on or about August 2, 2020.

Telephone: (201) 729-0200
Fax: () -

301 Route 17 North Suite 401
Rutherford, NJ 07070

Friday, February 11, 2022
3:34:33PM

# Claim Diary/Note List

Administrator Id: 1
Claim Id: 51913
Diary Status: *

Diary / Note *
pient (Personnel Id) *
Purpose *

Diary Date: 2020-08-02..2050-01-01
Groups: Claim Id
Sort On: Diary Date

| No | O/C | D/N | Date | Claim ID | Claimant | Type | PersonnelId | Author | Client File No |
|---|---|---|---|---|---|---|---|---|---|

2. The subject building asphalt shingle roof covering was functionally damaged due to hail impact from the reported storm on or about August 2, 2020. It is estimated that approximately 11,330 shingles were functionally damaged due to hail impact from the reported storm.

3. Exterior building elevation and roof elements were cosmetically damaged due to hail impact from the reported storm on or about August 2, 2020 in the form of small dents to soft metal roof vents, metal wall vents, and exterior metal doors.

4. Exterior building elevation elements were functionally damaged due to hail impact or wind forces from the reported storm on or about August 2, 2020 in the form of fractures in stucco siding, tears in window screens, fractured vinyl window wraps, 1000307939 Page 3 fractured glass window panes, fractured vinyl fencing, fractured or completely removed wall sconces, and three (3) racked metal door frames.

5. The subject building windows have several areas of observed damage due to over prying of window elements that were resistant to opening from either/or an installation issue, material defect, or a maintenance issue. These areas of observed damage were not consistent with a structural issue or deformation of the rough window opening due to excessive gravity or lateral loading to the underlying framing elements. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.

6. The subject building exterior stucco has damage in the form cracking that has propagated due to inadequate installation of horizontal and vertical movement joints in some areas. These areas observed are inconsistent with cracking caused from lateral building racking around rough framing openings and is therefore not attributable to damage caused by the reported storm on or about August 2, 2020.

7. The subject building pool room has advanced deterioration to building interior finishes, wood framing members of supporting walls, and exterior finishes attached thereto from a long-term exposure to excessive interior humidity. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.

Action Plan:

1. Contact insured/insured contractor
2. Contact Agent
3. Contact IA and Engineer
a. Obtain a copy of the Engineer's full report
b. Have IA Invoices been satisfied?
c. Discuss loss details with IA
4. Assign desk IA to review the covered damages to the functional damages to the roof and other areas.
5. Prepare Proposed Partial Settlement/Disclaimer Letter
6. Report to the client for authority to issue partial settlement/disclaimer

| No | O/C | D/N | Date | Claim ID | Claimant | Type | PersonnelId | Author | Client File No |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Closed | D | 05/11/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | | crouth | crouth | NEBP030396-001- |

F/U with insured/insured's contractor/agent/engineer for report

| No | O/C | D/N | Date | Claim ID | Claimant | Type | PersonnelId | Author | Client File No |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Open | N | 05/12/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | | cbader | cbader | NEBP030396-001- |

Received voice message from atty.
Called atty back, I provided my email address so they could send the LOR.
They emailed me the LOR while we were on the phone and I provided a claim status to them. I advised that the handling adjuster is attempting to get the engineer's full report, she will discuss the loss with the IA and then she should be able to contact the atty in order to provide an update and claim's findings.

The atty was very happy with my call and they said they will set a diary for themselves to follow up on this again in a week or so.

| No | O/C | D/N | Date | Claim ID | Claimant | Type | PersonnelId | Author | Client File No |
|---|---|---|---|---|---|---|---|---|---|
| 15 | Open | N | 05/20/2021 | 1.51913.1234.PRC | 2505 6TH Street LLC | | lbutina | lbutina | NEBP030396-001- |

Guard has advised they are taking the claim back due to a summons and complaint. Email is in the documents. Support will forward the claim file and notes to Guard.

**1.51913.1234.PRC 15 Entries**
**Report Total 15 Entries**