# EXHIBIT 12

# 9-9-20 update to agent.msg

**From:** William Ardoline<>
**Sent:** Wednesday, September 9, 2020 1:27 PM
**To:** RICK CLINE<rick@allaccessins.com>, Mark Concklin<Mark.Concklin@guard.com>
**Subject:** RE: [EXTERNAL] RE: NEBP030396-001-001-001 2505 6TH Street LLC

Hello Rick,

At this time the TPA previously assigned before my handling of the file has been removed from the file.
I have reassigned this to Engle Martin and Associates and authorized them to retain Envista Engineering to perform a reinspection and report back to me on a rush basis.
They will be making contact shortly to set everything up.

Thank you.

---

**William Ardoline**
P&C CLAIMS ADJUSTER II
Berkshire Hathaway GUARD Insurance Companies
Claims3@guard.com
570-825-9900, ext.4655

---

**From:** RICK CLINE <rick@allaccessins.com>
**Sent:** Wednesday, September 9, 2020 12:58 PM
**To:** William Ardoline <William.Ardoline@GUARD.com>; Mark Concklin <Mark.Concklin@GUARD.com>
**Subject:** RE: [EXTERNAL] RE: NEBP030396-001-001-001 2505 6TH Street LLC

**CAUTION: This email originated from outside of BH Insurance.**

William

Where do we stand on this one? Going on 5 weeks and we have no adjustment

I cannot keep clients with Guard if we cannot execute a claim in a timely manner

Rick

CC: Mark Conklin

RICK P CLINE
ALL ACCESS INSURANCE
9200 W CROSS DR STE 515
LITTLETON CO 80123
303-932-1700 OFFICE
RICK@ALLACCESSINS.COM
TEXT: 303-594-1403

---

**From:** RICK CLINE
**Sent:** Wednesday, September 2, 2020 12:06 PM
**To:** William Ardoline <William.Ardoline@GUARD.com>; Mark Concklin <Mark.Concklin@GUARD.com>
**Subject:** RE: [EXTERNAL] RE: NEBP030396-001-001-001 2505 6TH Street LLC

Thank you. In future, more updates with faster response time is vital to the successful adjustment to a claim. I anticipate something soon

RICK CLINE
AGENCY OWNER
ALL ACCESS INSURANCE
CANNABIS INSURANCE SOLUTIONS
O 303-482-2343
C 303-594-1403

**From:** William Ardoline <William.Ardoline@GUARD.com>
**Sent:** Wednesday, September 2, 2020 11:00 AM
**To:** Mark Concklin <Mark.Concklin@GUARD.com>; RICK CLINE <rick@allaccessins.com>
**Subject:** RE: [EXTERNAL] RE: NEBP030396-001-001-001 2505 6TH Street LLC

Hello Rick,

Per our conversation I am awaiting the TPA documents and have reached out to them for an update.
Once I receive the information from them I will be able to update you accordingly.

Thank you.

**William Ardoline**
P&C CLAIMS ADJUSTER II
Berkshire Hathaway GUARD Insurance Companies
Claims3@guard.com
570-825-9900, ext.4655

**From:** William Ardoline
**Sent:** Wednesday, September 2, 2020 12:47 PM
**To:** Mark Concklin <Mark.Concklin@guard.com>
**Subject:** RE: [EXTERNAL] RE: NEBP030396-001-001-001 2505 6TH Street LLC

Hello Mark,

I will take a look at this as it was a TPA claim that was brought back in house so I may have to reach out to the TPA for an update.

Thank you!

**William Ardoline**
P&C CLAIMS ADJUSTER II
Berkshire Hathaway GUARD Insurance Companies
Claims3@guard.com
570-825-9900, ext.4655

**From:** Mark Concklin <Mark.Concklin@GUARD.com>
**Sent:** Wednesday, September 2, 2020 12:11 PM
**To:** William Ardoline <William.Ardoline@GUARD.com>
**Subject:** FW: [EXTERNAL] RE: NEBP030396-001-001-001 2505 6TH Street LLC

Hi Bill:

Here is a heads up on this one…any chance you can call rick today?

Thanks!

Mark

**Mark Concklin, CIC, CLU**
SENIOR FIELD REPRESENTATIVE
Mark.Concklin@guard.com
570-825-9900, ext.8721

Follow GUARD on social media:

**From:** RICK CLINE <rick@allaccessins.com>
**Sent:** Wednesday, September 2, 2020 9:54 AM
**To:** GUARD Claims Team <GUARDClaimsTeam@GUARD.com>
**Cc:** Jerry Kukuchka <kukuchkaja@hotmail.com>; Mark Concklin <Mark.Concklin@GUARD.com>; Vanessa Tomasini

<Vanessa.Tomasini@guard.com>
**Subject:** [EXTERNAL] RE: NEBP030396-001-001-001 2505 6TH Street LLC

**CAUTION: This email originated from outside of BH Insurance.**

I need answers on this claim. Today!

RICK CLINE
AGENCY OWNER
ALL ACCESS INSURANCE
CANNABIS INSURANCE SOLUTIONS
O 303-482-2343
C 303-594-1403

---

**From:** RICK CLINE
**Sent:** Tuesday, August 25, 2020 1:36 PM
**To:** claims3@guard.com
**Cc:** sonny@sunnyroofing.com; Geno Edwards <geno@sunnyroofing.com>; Jerry Kukuchka <kukuchkaja@hotmail.com>
**Subject:** RE: NEBP030396-001-001-001 2505 6TH Street LLC

William

Where do we stand on the claim and also factor in lost revenues?

RICK P CLINE
ALL ACCESS INSURANCE
9200 W CROSS DR STE 515
LITTLETON CO 80123
303-932-1700 OFFICE
RICK@ALLACCESSINS.COM
TEXT: 303-594-1403

---

**From:** RICK CLINE
**Sent:** Tuesday, August 18, 2020 8:46 AM
**To:** claims3@guard.com
**Cc:** sonny@sunnyroofing.com; Geno Edwards <geno@sunnyroofing.com>; Jerry Kukuchka <kukuchkaja@hotmail.com>
**Subject:** NEBP030396-001-001-001 2505 6TH Street LLC

William

I am the agent of record on this wind/hail loss at Baymont Hotel. Do you have the adjustment completed? I have the roofing contractor and the named insured on this email string. We want to get an update

Thanks

Rick

RICK P CLINE
ALL ACCESS INSURANCE
9200 W CROSS DR STE 515
LITTLETON CO 80123
303-932-1700 OFFICE
RICK@ALLACCESSINS.COM
TEXT: 303-594-1403

****** CONFIDENTIALITY NOTICE ******

THIS E-MAIL, INCLUDING ANY ATTACHED FILES, MAY CONTAIN CONFIDENTIAL, PROPRIETARY AND/OR PRIVILEGED INFORMATION FOR THE SOLE USE OF THE INTENDED RECIPIENT(S). ANY REVIEW, USE, DISTRIBUTION, COPY OR DISCLOSURE BY OTHERS IS STRICTLY PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO RECEIVE INFORMATION FOR THE RECIPIENT), PLEASE CONTACT THE SENDER AND DELETE ALL

COPIES OF THIS MESSAGE.

THANK YOU