# EXHIBIT 13

# IA 2nd report.eml

**From:** Armster, Gabriella
**Sent:** Monday, November 30, 2020 7:06 PM
**To:** GUARDClaimsTeam@GUARD.com<GUARDClaimsTeam@GUARD.com>
**Cc:** Rubidoux, Brian<brubidoux@englemartin.com>
**Subject:** [EXTERNAL] 2505 6th Street LLC | Claim #: NEBP030396-001-001-001 | Report 02 | EMA File #: 1000307939

**CAUTION: This email originated from outside of BH Insurance.**

Dear Mr. Ardoline:

Please find the attached report sent on behalf of Brian Rubidoux. Should you have any questions or concerns please contact Brian directly at (303) 736-5131 or brubidoux@englemartin.com.

Thank you,

**Gabriella Armster**
***Administrative Assistant***
**Engle Martin & Associates**
Las Vegas, Nevada
O: 702.727.2511 | TF: 800.818.5619
gabriella.armster@englemartin.com

**Mailing Address**
5565 Glenridge Connector | Suite 900
Atlanta, Georgia 30342
www.englemartin.com

*Connect with us:*

NOTICE: This communication is strictly confidential. If you are not an intended recipient, then any review, use or distribution of it, and/or any action taken or not taken in reliance upon it, is unauthorized, strictly prohibited and may be unlawful. Instead, please immediately notify the sender by return email and then delete this communication and its attachments from your system. Click here to read our Point of Collection Policy.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

November 30, 2020

***RESPONSE REQUESTED***

Berkshire Hathaway GUARD

Attention: William Ardoline

*Sent via Electronic Mail: GUARDClaimsTeam@GUARD.com*

| | | |
|---|---|---|
| RE: | **Report Number:** | **Two** |
| | **Insured:** | **2505 6th Street LLC** |
| | Location of Loss: | 2505 6th St, Limon, CO 80828 |
| | Nature of Loss: | Hail Storm |
| | Date of Loss: | August 2, 2020 |
| | Date Assigned: | September 9, 2020 |
| | Date Inspected: | September 18, 2020 |
| | Policy Number: | NEBP030396 |
| | Our File Number: | 1000307939 |
| | **Claim Number:** | **NEBP030396-001-001-001** |

---

Dear Mr. Ardoline:

This will serve as our second report of the above referenced assignment.

| | |
|---|---|
| **ESTIMATE OF LOSS:** | $ 60,000.00 |
| **DEDUCTIBLE:** | ($ 60,000.00) – Wind/Hail 2% |
| **PAID TO DATE:** | ($ 0.00) |
| **NET ESTIMATE OF LOSS:** | **$ 0.00** |

The Estimate of Loss establishes our initial loss values, and our report provides detailed information regarding our continued adjustment of loss.

Estimate of Loss values are based on our visual observation of the loss and subject to Insurers' coverage consideration.

**INSURED:**

The named Insured is 2505 6th Street LLC, with a mailing address of 2505 6th St, Limon, CO 80828. We have been dealing with Ashley Pendlay, Manager, who can be reached at (719) 775-0700.

**LOSS DESCRIPTION:**

**Wind / Hail.** The insured property sustained wind and hail damage to the south elevation of the building and roof.

**ASSIGNMENT TO EXPERTS/CONSULTANTS:**

Per your authorization, we engaged Envista Forensics to complete an inspection. We are currently awaiting the report of findings from William Oviatt (402) 659-2723. We have enclosed a copy of their report for your review.

**INVESTIGATION AND ADJUSTMENT:**

**Building:**

Since our prior report, we have received and reviewed the enclosed report from William Oviatt, Engineer, Envista Forensics (402) 659-2723. Per review of the report, Mr. Oviatt has concluded the following:

1. *The subject building woo framing was not structurally damaged due to the reported storm on or about August 2, 2020.*

2. *The subject building asphalt shingle roof covering was functionally damaged due to hail impact from the reported storm on or about August 2, 2020. It is estimated that approximately 11,330 shingles were functionally damaged due to hail impact from the reported storm.*

3. *Exterior building elevation and roof elements were cosmetically damaged due to hail impact from the reported storm on or about August 2, 2020 in the form of small dents to soft metal roof vents, metal wall vents, and exterior metal doors.*

4. *Exterior building elevation elements were functionally damaged due to hail impact or wind forces from the reported storm on or about August 2, 2020 in the form of fractures in stucco siding, tears in window screens, fractured vinyl window wraps,*

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



*fractured glass window panes, fractured vinyl fencing, fractured or completely removed wall sconces, and three (3) racked metal door frames.*

5. *The subject building windows have several areas of observed damage due to over prying of window elements that were resistant to opening from either/or an installation issue, material defect, or a maintenance issue. These areas of observed damage were not consistent with a structural issue or deformation of the rough window opening due to excessive gravity or lateral loading to the underlying framing elements. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.*

6. *The subject building exterior stucco has damage in the form cracking that has propagated due to inadequate installation of horizontal and vertical movement joints in some areas. These areas observed are inconsistent with cracking caused from lateral building racking around rough framing openings and is therefore not attributable to damage caused by the reported storm on or about August 2, 2020.*

7. *The subject building pool room has advanced deterioration to building interior finishes, wood framing members of supporting walls, and exterior finishes attached thereto from a long-term exposure to excessive interior humidity. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.*

Per your email dated November 19, 2020, you advised the restoration estimate totals $434,949.90. You also advised that you would require the engineers report to review for coverage. Pending your coverage review, we have not prepared an estimate. We have not been provided a copy of the contractors' estimate and are unable to comment at this time. **Please forward a copy of the estimate if you wish for us to review and address, complete a comparative estimate for your review and provide our recommendations in our follow up report**.

Also, due to the estimate your office has received, we would recommend engaging a building consultant to address the covered scope of damage per your review of covered damages against the loss repair estimate provided to your office by the insureds' contractor. **Please advise if you wish for our office to engage a local consultant on your behalf**.

**PLAN OF ACTION:**

1. With your authorization, engage a Building Consultant on your behalf
2. Obtain and review the contractors' estimate and address in our follow up report

3. Follow up with your office in 30 days for continual handling instructions

We thank you very much for the referral of this claim. Upon receipt and review of this report, should you have any questions or additional handling instructions, please contact our office. Otherwise, our subsequent report will follow in due course.

Report Prepared By:

**ENGLE MARTIN & ASSOCIATES**

Brian Rubidoux, AIC
Senior Property Adjuster
Denver, CO Office
brubidoux@englemartin.com
Cell Phone: (719) 201-0323 | Direct Line: (303) 736-5131

BLR/gaa

**Enclosures:**

1. Envista Report

ENVISTA FORENSICS

7887 East Belleview Avenue
Suite 1100
Denver, Colorado 80111

TOLL-FREE 888.782.3473
envistaforensics.com

# REPORT OF FINDINGS

## 2505 6TH STREET LLC
## BAYMONT INN & SUITES HOTEL PROPERTY

Engle Martin & Associates File No: 1000307939
Envista Matter No: MAT-114579-W6W2
REPORT DATE: November 20, 2020

Prepared For:
Brian Rubidoux
Engle Martin & Associates
116 Inverness Dr. E
Englewood, CO 80112
brubidoux@englemartin.com

## BACKGROUND

On September 18, 2020, William J. Oviatt, P.E. Associate of Envista Forensics (Envista), inspected the property of the Baymont Inn & Suites Hotel located at 2505 6th Street in Limon, Colorado (the building). The building consisted of a two-story structure with wood stud walls cladded with stucco and masonry veneer and supported by unknown underground foundation components. The roof was a hip type roof covered with asphalt shingles. According to the Lincoln County, Colorado Property Assessor's office, the building was constructed in 1998. For the purposes of discussion within this report, the front of the building was considered to be north-facing. (Attachment A, Photographs 1 through 4)

Reportedly, the asphalt shingle roof covering was damaged from a hail storm on or about August 2, 2020.

## PURPOSE

Engle Martin & Associates retained Envista to assess the reported damage. Specifically, Envista was requested to determine if the roof covering and exterior elevations of the building were damaged by hail strike, or if the building was structurally damaged from the storm on or about August 2, 2020. Envista's scope of work included a site visit to perform an assessment of a select portion of the building based on visual observations, and provide a written report summarizing the findings.

## CONCLUSIONS

It is Envista's professional opinion that:

1. The subject building wood framing was not structurally damaged due to the reported storm on or about August 2, 2020.

2. The subject building asphalt shingle roof covering was functionally damaged due to hail impact from the reported storm on or about August 2, 2020. It is estimated that approximately 11,330 shingles were functionally damaged due to hail impact from the reported storm.

3. Exterior building elevation and roof elements were cosmetically damaged due to hail impact from the reported storm on or about August 2, 2020 in the form of small dents to soft metal roof vents, metal wall vents, and exterior metal doors.

4. Exterior building elevation elements were functionally damaged due to hail impact or wind forces from the reported storm on or about August 2, 2020 in the form of fractures in stucco siding, tears in window screens, fractured vinyl window wraps, fractured glass window panes, fractured vinyl fencing, fractured or completely removed exterior wall sconces, and three (3) racked metal door frames.

5. The subject building windows have several areas of observed damage due to over prying of window elements that were resistant to opening from either/or an installation issue, material defect, or a maintenance issue. These areas of observed damage were not consistent with a structural issue or deformation of the rough window opening due to excessive gravity or lateral loading to the underlying framing elements. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.

6. The subject building exterior stucco has damage in the form cracking that has propagated due to inadequate installation of horizontal and vertical movement joints in some areas. These areas observed are inconsistent with cracking caused from lateral building racking around rough framing

openings, and is therefore not attributable to damage caused by the reported storm on or about August 2, 2020.

7. The subject building pool room has advanced deterioration to building interior finishes, wood framing members of supporting walls, and exterior finishes attached thereto from a long-term exposure to excessive interior humidity. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.

## DOCUMENTS REVIEWED

The following documents and materials were reviewed and/or referenced as part of Envista's investigation, and/or contain information pertinent to the discussion and conclusions presented herein:

1. Lincoln County Property Assessor's Website: http://lincolncountyco.us/assessor/assessor.html

2. National Oceanic and Atmospheric Administration (NOAA) - Storm Events Database website: http://www.ncdc.noaa.gov/stormevents/

## PROVIDED INFORMATION

During Envista's site visit, the property manager, Ashley Pendlay was interviewed. As follows is a general understanding of the comments, which may or may not be consistent with Envista's observations or professional opinions:

- The property manager was at the subject building at the time of the reported storm on August 2, 2020. The property manager reported very strong winds coming from the southwest direction, with large hail creating widespread damage to the exterior stucco, windows, vinyl site fencing, metal doors, and roof covering.

- The property manager reported several window leaks on both the north and south side of the building. These leaks were reported as new since the reported storm.

- The property manager reported damage to a masonry block along the east side of the building as new since the reported storm.

## WEATHER DATA

The roof covering damage reportedly occurred during a storm on or about August 2, 2020. Envista researched historical weather data obtained from the National Oceanic and Atmospheric Administration (NOAA) and the National Weather Service (NWS) for the aforementioned date. The NOAA and the NWS have several reports of a hail storm in Lincoln County on August 2, 2020 producing hail stones of up to 1.75 and 1.25 inches in diameter, with wind speeds gusting up to 71 miles per hour (Attachment B Weather Data). Additional weather data may be available at a later date.

## DISCUSSION

### *Hail Inspection*

In conducting this investigation, Envista inspected the peripheral building elements on the roof and around the property in an attempt to gain a better understanding of the approximate size of the hailstones that may have impacted the roofing system. Two good indicators of the size and directionality of hail are

spatter marks and indentations in soft metals. Spatter marks are formed when hail removes some oxidation or organic growth from either metal, plastic, or wooden surfaces. These marks tend to widen and propagate outward from the impact location; therefore, measurement of the width of the narrow end of spatter marks has been found to closely correlate with the actual size of the hailstones that created them. Hail-related spatter marks will eventually fade and blend in with the surrounding material surface. Although the time it takes for spatter marks to blend in is variable with weather exposure, it has been Envista's experience is that such marks commonly remain visible for approximately one year following a hailstorm event. Conversely, indentations in metal and wood surfaces do not weather away like hail spatter marks and as such the metal becomes a permanent record of all previous storms. It is important to understand that soft metals, such as lead and aluminum, are susceptible to denting even by hailstones that have insufficient size and energy to damage the roofing system. Therefore, the age and size of such indentations must be carefully considered with all other peripheral evidence when assessing hail damage to roofing systems.

Hail events are directional in nature, meaning when hail falls and strikes an object, the more perpendicular the hail strike is to the object, the greater proportion of energy (force) is transferred to the object. Thus, hail events will cause more damage on the windward side/slopes of a building opposed to the leeward side/slopes of a building. Impacts from hail on the leeward side of the roof slope will have glancing blows causing surface abrasion and will not contact the leeward side of the building due to shielding. Thus, hail damage from a single storm will cause the greatest damage on two directional elevations and roof slopes.

Functional hail damage to a shingle roof covering is defined by the industry as a reduction of the water-shedding capability and/or a reduction in the expected long-term service life of the roof covering. Hail damage to asphalt composition shingles is typically evidenced by a random distribution of roughly circular blemishes no smaller than approximately 5/8-inch diameter and characterized by granule losses, partial granule embedment into the shingle mats, and mat fractures or bruises. Areas of shingles without solid underlying support, such as ridge-cap shingles or at cantilevered shingle edges at roof rake ends, are typically the most vulnerable shingles to hail damage, and therefore are expected to sustain damage before any damage is incurred on the field shingles. Through laboratory testing and field observations, it has been generally established and accepted that the minimum hailstone size capable of damage to the asphalt composition shingles is 1-inch, although heavier asphalt shingles are typically capable of resisting larger hail, while lighter or deteriorated shingles may be damaged by smaller hailstones.

Envista inspected the subject building for evidence of the reported hail damage to the roof covering, and performed close-up and detailed examinations of test areas, following the customary protocol in the engineering profession for hail damage roofing examinations. The customary protocol was developed based on field investigation experience over decades of study that showed that hail falls randomly, and that close examination of a randomly selected roofing square (100-square feet) on unobstructed roof exposures in all of the cardinal directions is a reliable indicator, by extrapolation, of the hail strikes over an entire roof exposure. Envista observed 12 hail damaged shingles on the north test area, 127 hail damaged shingles on the south test area. The shingles determined to have damage had partial granule embedment into the shingle mats and mat fractures/bruises. Given these observations, it is Envista's professional opinion that the asphalt shingle roof covering was functionally damaged due to hail strike from the reported storm on or about August 2, 2020. Extrapolation of the hail strike counts from test squares applied over the entire roof area gives an estimate of 11,330 total damage shingles.

Envista observed spatter marking to exterior building elements such as exterior mechanical units, exterior metal light sconces, and exterior metal light poles. The spatter marking observed had well defined edges indicative of a recent storm event. The spatter marking was also consistently observed on the west and

south sides of building elements, indication of a storm direction coming from the southwest. While spatter marking will fade away with time and is therefore not considered damage, Envista observed cosmetic damage to exterior building elevation and roof elements due to hail impact in the form of small dents to soft metal roof vents, metal wall vents. and exterior metal doors. Envista also observed functional damage to exterior building elevation elements due to hail impact or wind forces in the form of fractures in stucco siding, tears in window screens, fractured vinyl window wraps, fractured glass window panes, fractured vinyl fencing, fractured or completely removed exterior wall sconces, and three (3) racked metal door frames. Given the strong indicator in spatter markings and damage, it is therefore Envista's professional opinion that the damage observed is from a single, recent storm event consistent with the reported storm on or about August 2, 2020.

*Stucco Cracking Inspection*

Envista observed multiple cracks in the stucco cladding material along the south building elevation. These locations were observed to be in correlation with long runs of stucco material installed with a lack of movement joints. For stucco applied to wood framed walls, ASTM C1063 standard requires control joints in stucco finishes to limit stucco panels on wood framed walls to control the locations and amount of cracking. ASTM C1063 states that control joints shall be installed in the stucco cover so that no panel size exceeds 144 square feet, the distance between control joints does not exceed 18 feet in either direction, or a length-to-width ratio does not exceed 2.5 to 1. The measured spacing of the control joints and panel size of the stucco covering in the areas of the observed cracking did not meet the requirements of ASTM C1063. Therefore, it is Envista's professional opinion that the subject building exterior stucco has damage in the form of cracking that has propagated due to the inadequate installation of horizontal and vertical movement joints in some areas. These areas observed are inconsistent with cracking caused from lateral building racking around rough framing openings and is therefore not attributable to damage caused by the reported storm on or about August 2, 2020.

*Window Inspection*

Observation of the reported water intrusion and damage to the vinyl window units throughout the building revealed damage on both sides, interior and exterior of the window screens, and vinyl edges supporting the windowpanes. Often, windows displayed fractures in the vinyl elements near the locking mechanisms and finger pulls of the sliding portion of the unit, indication of damage from over prying. These windows were exceedingly difficult to open; however, no indications of overloading to the window unit from either gravity or lateral loading from the structural system was observed at the time of the site visit. Therefore, it is Envista's professional opinion that the subject building windows have several areas of observed damage due to over prying of window elements that were resistant to opening from either/or an installation issue, material defect, or a maintenance issue. These areas of observed damage were not consistent with a structural issue or deformation of the rough window opening due to excessive gravity or lateral loading to the underlying framing elements. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.

*Pool Room Structure Inspection*

Envista's exterior and interior inspection of the subject building's pool room revealed moisture stains, biological growth, and/or dark discoloration on gypsum wall and ceiling covering, wood wall sheathing, truss chord members and roof sheathing within the attic space. The areas of damage observed in the wall sheathing from the exterior showed advanced levels of wood decay. Wood decay is indicative of repeated and long-term exposure to moisture. Several conditions are common, in varying degrees, to support the growth of wood decay which are: a favorable temperature, adequate oxygen supply, and

adequate supply of moisture. Once wood remains wet above the fiber saturation point, the decay process will occur. As long as the moisture content (MC) remains high, the decay process will continue. Decay is a long-term process and does not occur from a single storm event. Repeated wettings, from a source of moisture intrusion, are required to maintain the wood at or above the fiber saturation point. Given these observations, it is Envista's professional opinion that the subject building pool room has advanced deterioration to the building interior finishes, wood framing members of supporting walls, and exterior finishes attached thereto from a long-term exposure to excessive interior humidity. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020. Furthermore, the single masonry veneer block observed crumbled along the east wall elevation is consistent with long term deterioration from excessive exposure to interior humidity, combined with exterior freeze-thaw process, and is also therefore not consistent with damage from a single storm event.

**CLOSURE**

This report is for the exclusive use of our client and is not intended for any other purpose. Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information. This electronic version of the report is a convenience copy and as such, an original signed and sealed copy is available to our client.

Envista Forensics

William J. Oviatt, P.E.
Associate, Envista Forensics

Technical Review by:
Trevor LeDoyt
Project Manager

Attachment A, Photographs
Attachment B, Weather Data

# ATTACHMENT A

## Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.

**Photograph 1.**
*View of the north (front) elevation of the building.*




**Photograph 2.**
*View of the west elevation of the building.*



**Photograph 3.**
*View of the south elevation of the building.*



**Photograph 4.**
*View of the east elevation of the building.*



**Photograph 5.**
*Overall view of the roof, looking east.*




**Photograph 6.**
*Overall view of the roof, looking west.*



**Photograph 7.**
*View of the north slope roof test square.*



**Photograph 8.**
*View of the south slope roof test square.*



**Photograph 9.**
*View of the typical hail strike functional damage observed at the roof covering.*



**Photograph 10.**
*View of the typical hail strike functional damage observed at the roof covering.*



**Photograph 11.**
*View of the typical hail strike functional damage observed at the roof ridge covering.*



**Photograph 12.**
*View of the large fractures observed in the less supported areas of single roof covering along south slope, consistent with hail strike functional damage to roof covering.*



**Photograph 13.**
*View of a missing ridge cap shingle at southwest hip.*



**Photograph 14.**
*View of the dents and spatter marks observed at metal roof vent, consistent with hail strike.*



**Photograph 15.**
*View of round fracture in south elevation stucco covering consistent with hail strike.*



**Photograph 16.**
*View of one of the broken windows observed on the south elevation consistent with hail strike.*



**Photograph 17.**
*View of the spatter marking observed on a south side exterior mechanical unit. Spatter marking shows sharp, well defined edges, consistent with a recent storm event.*



**Photograph 18.**
*View of the damage observed at the south side mechanical unit vinyl fencing consistent with hail strike damage.*



**Photograph 19.**
*View of a metal light pole at the southeast building corner, with spatter marking observed on the south and west side surfaces, with an absence of spatter marking observed on the north and east side surfaces.*



**Photograph 20.**
*View of the dent observed at south side metal door.*



**Photograph 21.**
*View of the stucco crack observed at the southwest corner of the building.*



**Photograph 22.**
*View of the stucco crack observed on the south building elevation with prior caulk or paint repairs over fractured edges.*



**Photograph 23.**
*View of the stucco crack observed along the south building elevation, where stucco span full building height vertically without a movement joint.*



**Photograph 24.**
*View of the section of stucco along the south building elevation installed without a horizontal movement joint (yellow). Red arrow indicates where a vertical crack has propagated below louver.*



**Photograph 25.**
*View of the stucco crack observed below louver in Photograph 24.*



**Photograph 26.**
*View of the damage observed at vinyl window wraps consistent with hail strike.*



**Photograph 27.**
*View of the damage observed along a north elevation consistent with prying damage.*



**Photograph 28.**
*View of the window damage observed along a north elevation where inside pane is cracked while outside pane is undamaged.*



**Photograph 29.**
*View of the prior caulk repair observed at a north elevation window.*



**Photograph 30.**
*View of the block veneer damage observed along the east elevation.*



**Photograph 31.**
*View of the supporting wood sheathing behind the veneer damage of Photograph 30, observed without moisture barrier and advanced deterioration.*



**Photograph 32.**
*View of the stucco damage observed along the interface with veneer at north elevation, outside pool room.*



**Photograph 33.**
*View of the wall damage observed along north side, interior of the pool room.*



**Photograph 34.**
*View of the wall damage observed along south side, interior of the pool room.*



**Photograph 35.**
*View of the advanced fungal growth observed along east side wall, interior of the pool room.*



**Photograph 36.**
*View of the advanced fungal growth observed along the ceiling, interior of the pool room.*



**Photograph 37.**
*View of the advanced fungal growth observed along the ceiling, interior of the pool room.*



**Photograph 38.**
*View of the dark staining and fungal growth observed on underside of roof sheathing, in attic space above pool room.*



**Photograph 39.**
*View of a second-floor window on the north side elevation observed with gap between sliding window and header.*



**Photograph 40.**
*View of the same window unit observed in Photograph 39, with fracture in vinyl window frame consistent with prying.*



# ATTACHMENT B

## Weather Data

## 20200802's Storm Reports (20200802 1200 UTC - 20200803 1159 UTC)

< 200801 Reports 200803 Reports >




### Tornado Reports (CSV) (Raw Tornado CSV)(?)

| Time | Location | County | State | Lat | Lon | Comments |
|---|---|---|---|---|---|---|
| 2136 | 2 SW SHARON | LITCHFIELD | CT | 4186 | 7350 | EF0 CONFIRMED. (ALY) |
| 2209 | 2 SSW FALLS VILLAGE | LITCHFIELD | CT | 4193 | 7337 | MULTIPLE REPORTS OF TORNADO SIGHTNINGS REPORTED TO 911 CENTER. NWS STORM SURVEY TEAM ON 8/3/2020 CONFIRMED EF1 TORNADO. (ALY) |
| 2224 | 2 N NORFOLK | LITCHFIELD | CT | 4202 | 7320 | THE NWS ALBANY RECEIVED PHOTO AND EYEWITNESS ACCOUNTS TODAY CONSISTENT WITH A TORNADO. THE NWS DID CONDUCT A SURVEY OF THIS AREA ON AUGUST 3 ... 2020 ... BUT COULD NOT LO (ALY) |
| 2258 | 3 ENE SANDSFIELD | BERKSHIRE | MA | 4209 | 7307 | TORNADO VERIFIED BY NWS BOSTON STORM SURVEY. TORNADO CONTINUED INTO HAMPDEN COUNTY ... MA. RATED EF0. TORNADO WAS IN BERKSHIRE COUNTY FOR APPROXIMATELY 1/4 MILE. (ALY) |
| 2259 | 3 ENE SANDSFIELD | BERKSHIRE | MA | 4209 | 7308 | MULTIPLE SIGHTINGS OF A TORNADO ON SOUTH MAIN STREET IN SANDSFIELD. TREES AND WIRES DOWN (ALY) |
| 2300 | TOLLAND | HAMPDEN | MA | 4208 | 7302 | A WEAK EF0 TORNADO ... WHICH BEGAN IN SANDTSFIELD ... MOVED NORTHEAST INTO NORTHWEST TOLLAND AT 700 PM EDT AND LIFTED 20 MINUTES LATER IN SOUTHERN BLANDFORD AT 720 PM. IT (BOX) |

### Hail Reports (CSV) (Raw Hail CSV)(?)

| Time | Size | Location | County | State | Lat | Lon | Comments |
|---|---|---|---|---|---|---|---|
| 2002 | 100 | 1 ENE ELLISVILLE | JONES | MS | 3160 | 8919 | SEVERAL SOCIAL MEDIA REPORTS OF DIME TO QUARTER SIZE HAIL IN ELLISVILLE. (JAN) |
| 2008 | 175 | 3 SW GLADE | JONES | MS | 3161 | 8914 | GOLF BALL SIZE HAIL REPORTED A FEW MILES OUTSIDE OF ELLISVILLE. (JAN) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2017 | 200 | 2 SSE GLADE | JONES | MS | 3163 8909 | HAIL WAS LARGER THAN GOLF BALLS. (JAN) |
| 2031 | 175 | MYRICK | JONES | MS | 3166 8899 | SOCIAL MEDIA REPORT OF GOLF BALL SIZE HAIL IN MYRICK. (JAN) |
| 2040 | 100 | 6 N TODD MISSION | GRIMES | TX | 3035 9584 | (HGX) |
| 0108 | 100 | 12 WNW HUACHUCA CITY | SANTA CRUZ | AZ | 3167 11053 | 1 INCH HAIL REPORTED NEAR ELGIN. (TWC) |
| 0215 | 100 | 7 E SONOITA | SANTA CRUZ | AZ | 3169 11056 | NEIGHBOR OF A TRAINED SPOTTER NEAR ELGIN REPORTED 1 INCH HAIL. (TWC) |
| 0247 | 125 | LIMON | LINCOLN | CO | 3927 10369 | SPOTTER LI130 ... WAS IN TOWN ... NOT AT HER RESIDENCE. (BOU) |
| 0254 | 175 | 5 SE LIMON | LINCOLN | CO | 3921 10363 | MULTIPLE CARS WITH BROKEN WINDSHIELDS ALONG I-70. (BOU) |
| 0312 | 100 | HUGO | LINCOLN | CO | 3912 10347 | FROM A LINCOLN COUNTY EMERGENCY MANAGER IN HUGO. (BOU) |

## Wind Reports (CSV) (Raw Wind CSV)(?)

| Time | Speed | Location | County | State | Lat | Lon | Comments |
|---|---|---|---|---|---|---|---|
| 1206 | UNK | 1 NW KINTNERSVILLE | BUCKS | PA | 4057 | 7519 | DOWNED TREES AND WIRES NEAR LEHNENBERG ROAD. TIME ESTIMATED FROM RADAR. (PHI) |
| 1842 | UNK | 1 SW ROCKY MOUNT | FRANKLIN | VA | 3699 | 7990 | TREE DOWN ON A POWER LINE ON FAIRLAWN DRIVE IN ROCKY MOUNT. (RNK) |
| 1845 | UNK | 2 NE WETMORE | LEWIS | NY | 4372 | 7553 | LARGE TREE DOWN ACROSS CENTERVILLE RD (BUF) |
| 1850 | UNK | 7 NNE CENTENARY | BUCKINGHAM | VA | 3788 | 7849 | A FEW LARGE LIMBS DOWN IN HORSESHOE FLATS CAMPGROUND. TIME ESTIMATED FROM RADAR. (RNK) |
| 1900 | 73 | MARRERO | JEFFERSON | LA | 2989 | 9011 | SHIP ON THE MISSISSIPPI RIVER MEASURED A 73 MPH WIND GUST. MULTIPLE REPORTS OF TREES DOWN IN JEFFERSON AND ORLEANS PARISHES. MINOR STRUCTURAL DAMAGE ALSO OBSERVED. (LIX) |
| 1903 | 60 | 2 SSW KYLE | HAYS | TX | 2996 | 9798 | NWS EMPLOYEE ESTIMATES WINDS GREATER THAN 60MPH. (EWX) |
| 1913 | UNK | MANCHESTER | HARTFORD | CT | 4178 | 7252 | TREES AND WIRES DOWN ON LYDALL ST (BOX) |
| 1917 | UNK | 1 SSW KYLE | HAYS | TX | 2998 | 9788 | LARGE TREE LIMB DOWN AT A RESIDENCE. (EWX) |
| 1938 | UNK | 1 NW CONOVER | CATAWBA | NC | 3572 | 8123 | FIRE DEPT/RESCUE REPORTED A TREE DOWN ON HERMAN SIPE RD NW. (GSP) |
| 1940 | UNK | CONOVER | CATAWBA | NC | 3572 | 8122 | FIRE DEPT/RESCUE REPORTED A TREE DOWN ON 1ST AVE PL NE. (GSP) |
| 1940 | UNK | 2 N CONOVER | CATAWBA | NC | 3574 | 8122 | FIRE DEPT REPORTED A TREE DOWN AT COUNTY HOME RD AND LEE CLINE RD. (GSP) |
| 1945 | UNK | 3 SW STAFFORD SPRINGS | TOLLAND | CT | 4192 | 7234 | TREE DOWN ON OLD STAFFORD RD AT BUFF CAP RD. (BOX) |
| 1950 | UNK | 1 N HIDDENITE | ALEXANDER | NC | 3592 | 8109 | WIND FROM A STORM SUNDAY AFTERNOON BLEW NUMEROUS TREES DOWN AND A FEW POWER LINES. A CHICKEN HOUSE WAS DESTROYED AT THE INTERSECTION OF SULFUR SPRINGS ROAD AND HIDDENIT (GSP) |
| 1958 | UNK | 1 N ELLISVILLE | JONES | MS | 3161 | 8921 | CORRECTS PREVIOUS TSTM WND DMG REPORT FROM 1 N ELLISVILLE. TREE DOWN ON I-59 SOUTH BOUND AT MM 88. THERE WERE ALSO REPORTS OF TREES DOWN ON HIGHWAY 29 NORTH OF ELLISVIL (JAN) |
| 1959 | UNK | 2 NE SOUTH RUSSELL | ST. LAWRENCE | NY | 4439 | 7510 | DOWNED TREE REPORTED ON WEST RD. (BTV) |
| 2015 | UNK | 7 SE WELLBORN | BRAZOS | TX | 3047 | 9628 | LARGE TREE LIMBS DOWN IN MILLICAN. (HGX) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2020 | UNK | 1 WNW HANNAWA FALLS | ST. LAWRENCE | NY | 4462 7499 | TREE DOWN ON ROOT RD. BLOCKING TRAFFIC. TIME ESTIMATED BY RADAR AND OUTAGE REPORT. (BTV) |
| 2037 | UNK | 3 S MYRICK | JONES | MS | 3165 8899 | SEVERAL TREES DOWN JUST SOUTH OF MYRICK. (JAN) |
| 2050 | UNK | 8 E BRENHAM | WASHINGTON | TX | 3014 9626 | BIG TREE DOWN. REPORT VIA SOCIAL MEDIA. (HGX) |
| 2100 | UNK | 1 ESE BASSETT | HENRY | VA | 3676 7997 | 3 TREES DOWN DOWN ON OR NEAR POCAHONTAS TRAIL, ONE ON A POWER LINE. (RNK) |
| 2135 | UNK | 1 WSW SHARON | DUTCHESS | NY | 4187 7350 | DAMAGE TO SEVERAL GREENHOUSES ... MULTIPLE TREES DOWN. IMAGES VIA TWITTER AND TIME ESTIMATED BY RADAR. (ALY) |
| 2226 | UNK | 3 W PEACH STATE SPEEDWA | JACKSON | GA | 3417 8361 | A TREE AND POWER LINES WERE REPORTED DOWN ON HOG MOUNTAIN ROAD NEAR THE INTERSECTION OF STOREY LANE. (FFC) |
| 2250 | 68 | 1 S NORTHFIELD | MOTLEY | TX | 3427 10060 | MEASURED BY THE WEST TEXAS MESONET (LUB) |
| 2255 | 70 | 6 NW WHITE RIVER LAKE | CROSBY | TX | 3353 10117 | MEASURED BY THE WEST TEXAS MESONET (LUB) |
| 2255 | 61 | 2 S SOCORRO | SOCORRO | NM | 3402 10690 | KONM AWOS. (ABQ) |
| 2259 | UNK | 3 ENE SANDSFIELD | BERKSHIRE | MA | 4209 7308 | TREES AND WIRES DOWN ON SOUTH MAIN STREET (ALY) |
| ***2305*** | ***98*** | ***6 NW WHITE RIVER LAKE*** | ***CROSBY*** | ***TX*** | ***3353 10117*** | ***MEASURED BY THE WEST TEXAS MESONET. ADDITIONALLY ... A WIND GUST OF 82 MPH WAS OBSERVED AT 6 PM AND 70 MPH AT 555 PM. (LUB)*** |
| 2305 | UNK | TOLLAND | HAMPDEN | MA | 4208 7302 | MULTIPLE TREES DOWN 1.2 MILES DOWN BELDEN ROAD. TOLLAND DPW ON SCENE. (BOX) |
| 2307 | UNK | 1 E TALMO | JACKSON | GA | 3418 8371 | TWO TREES UPROOTED ON THISTLEWOOD DR (FFC) |
| 2315 | UNK | BLANDFORD | HAMPDEN | MA | 4218 7293 | TREE DOWN ON BEECH HILL ROAD ... WIRES DOWN. (BOX) |
| 2347 | UNK | BLANDFORD | HAMPDEN | MA | 4218 7293 | TREE DOWN ON BEECH HILL ROAD ... WIRES DOWN. (BOX) |
| 0004 | UNK | TOLLAND | HAMPDEN | MA | 4208 7302 | TREE DOWN ON EAST OTIS ROAD (BOX) |
| 0009 | UNK | TOLLAND | HAMPDEN | MA | 4208 7302 | POWER POLE SNAPPED WITH TREES AND WIRES DOWN ON EAST OTIS ROAD. (BOX) |
| 0009 | UNK | BLANDFORD | HAMPDEN | MA | 4218 7293 | POWER POLE SNAPPED WITH TREES AND WIRES DOWN ON EAST OTIS ROAD. (BOX) |
| 0020 | 71 | 9 SSW KARVAL | LINCOLN | CO | 3861 10359 | GUST MEASURED BY COCORAHS SPOTTER ... ALSO BROKE BRANCHES AND KNOCKED DOWN A TREE ROUGHLY 1 FOOT IN DIAMETER AND 30 FEET TALL. (BOU) |
| 0025 | UNK | TOLLAND | HAMPDEN | MA | 4208 7302 | NUMEROUS TREES DOWN/ACROSS THE ROAD ON SCHOOLHOUSE ROAD (BOX) |
| 0108 | 62 | 6 N LAKE ALICE | JIM WELLS | TX | 2790 9805 | ASOS REPORTED GUST OF 54.0 KNOTS (62 MPH). (CRP) |
| ***0110*** | ***76*** | ***4 ENE VICTORIA*** | ***VICTORIA*** | ***TX*** | ***2885 9692*** | ***ASOS REPORTED MULTIPLE GUSTS OF 66 KNOTS (76 MPH). (CRP)*** |
| 0115 | 60 | 2 SW SNYDER | Scurry | TX | 3269 10094 | (MAF) |
| 0121 | 71 | 4 ENE VICTORIA | VICTORIA | TX | 2885 9692 | ASOS REPORTED GUST OF 62 KNOTS (71 MPH). (CRP) |
| 0137 | UNK | 1 NNW SAN DIEGO | DUVAL | TX | 2777 9824 | POWER LINES DOWN. TIME ESTIMATED FROM RADAR. (CRP) |
| 0137 | UNK | 2 NNW SAN DIEGO | DUVAL | TX | 2778 9825 | ROOF FROM SHED BLOWN ONTO CR 103. TIME ESTIMATED FROM RADAR. (CRP) |
| 0144 | 59 | 6 NE NOGALES | SANTA CRUZ | AZ | 3142 11085 | ASOS STATION KOLS NOGALES INTERNATIONAL AIRPORT. (TWC) |
| 0147 | UNK | 1 E TINTOP HILL | ST. MARYS | MD | 3832 7661 | A FEW TREES WERE DOWN NEAR LEONARDTOWN AND MECHANICSVILLE. (LWX) |
| 0211 | 60 | 4 SSE ROSWELL | CHAVES | NM | 3332 10458 | KROW ASOS. (ABQ) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0220 | UNK | 5 ENE NATHALIE | HALIFAX | VA | 3697 7888 | SEVERAL TREES DOWN ALONG CLARKTON ROAD IN THE NATHALIE AREA. ONE TREE WAS ALSO DOWN IN SOUTH BOSTON. IN ADDITION ... SOME TREES WERE DOWN ON POWER LINES KNOCKING POWER O (RNK) |
| 0241 | 67 | 1 NE LIMON | LINCOLN | CO | 3928 10368 | LIC ASOS. (BOU) |
| 0319 | UNK | 3 NNE TOPNOT | CASWELL | NC | 3641 7925 | TREE DOWN ALONG THE 1834 BLOCK OF HWY 158 EAST. (RNK) |
| 0319 | UNK | 3 SE HAMER | CASWELL | NC | 3642 7924 | TREE DOWN AROUND 1 STEPHENTOWN RD.. (RNK) |
| 0324 | UNK | 4 NNE CRYSTAL HILL | HALIFAX | VA | 3691 7888 | TREE DOWN ALONG THE 1000 BLOCK OF CLARKTON RD.. (RNK) |
| 0326 | UNK | 4 NE NATHALIE | HALIFAX | VA | 3697 7889 | TREE DOWN ALONG THE 7000 BLOCK OF CLARKTON RD. (RNK) |
| 0358 | UNK | 2 W FOLSOM | ATLANTIC | NJ | 3960 7488 | POWER LINES DOWN NEAR COLLINGS LAKE. TIME ESTIMATED FROM RADAR AND UTILITY COMPANY REPORTS. (PHI) |
| 0419 | UNK | 3 ESE CODY | HALIFAX | VA | 3697 7984 | TREE DOWN ALONG THE 2200 BLOCK OF TOBACCO RD.. (RNK) |
| 0435 | UNK | 1 SE TURBEVILLE | HALIFAX | VA | 3661 7902 | TREE DOWN IN THE 3200 BLOCK OF TURBEVILLE RD.. (RNK) |
| 0447 | UNK | 3 WNW CLUSTER SPRINGS | HALIFAX | VA | 3663 7896 | TREE DOWN ALONG THE 1000 BLOCK OF GERMAN CREEK RD.. (RNK) |
| 0607 | UNK | 2 NNW LEDA | HALIFAX | VA | 3693 7910 | TREES DOWN ALONG THE 1200 BLOCK OF OLD CONCORD RD.. (RNK) |
| 0619 | UNK | 1 W GOLDEN BEACH | ST. MARYS | MD | 3849 7671 | TWO TREES WERE DOWN ALONG GOLDEN BEACH ROAD. (LWX) |
| 0628 | UNK | HUNTINGTOWN | CALVERT | MD | 3862 7662 | A TREE WAS DOWN IN HUNTINGTOWN. (LWX) |
| 0708 | UNK | LONG BEACH | CALVERT | MD | 3846 7647 | A TREE WAS DOWN ALONG MAPLE ROAD. (LWX) |
| 0750 | 61 | 16 SW GARDEN CITY | Glasscock | TX | 3171 10167 | (MAF) |




**Filtered Tornado Reports (CSV) (Raw Tornado CSV)(?)**

| Time | Location | County | State | Lat | Lon | Comments |
|---|---|---|---|---|---|---|
| 2136 | 2 SW SHARON | LITCHFIELD | CT | 4186 | 7350 | EF0 CONFIRMED. (ALY) |