# EXHIBIT 14

# Restoration estimate.eml

**From:** Jeff
**Sent:** Tuesday, October 20, 2020 8:01 PM
**To:** claims3@guard.com<claims3@guard.com>
**Subject:** [EXTERNAL] NEBP030396-001-001-001 2505 6TH Street LLC

**CAUTION: This email originated from outside of BH Insurance.**

Please see attached estimate for repair and replacement of damages to the property located at 2505 6th St. Limon, CO 80828 from a storm which occurred on 08/02/2020. This storm produced 2.5â€ hail and sustained winds of 75mph for a duration of up to 1 hr.
Please note that the cost reflected for stucco repairs are based on Xactimate line item prices and may be subject to change with actual bid from our qualified stucco technician.

*Jeff Henke*
**General Sales Manager**
Office: 303.690.9253
Cell: 303.915.5400
Email: jeffh@cjrestoration.com

Blue & Black Logo small

## CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

| | |
|---|---|
| Client: | Baymont Inn & Suites |
| Property: | 2505 6th St<br>Limon, CO 80828 |
| Operator: | BRIAN |

| | | | |
|---|---|---|---|
| Estimator: | Harvey Waters | Business: | (303) 690-9253 |
| Company: | CJ Restoration | E-mail: | Harvey@cjrestoration.com |
| Business: | 12385 E. Cornell Ave<br>Aurora, CO 80015 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Hail, Wind and Water | | |
| Date Entered: | 10/12/2020 | Date Assigned: | |
| Date Est. Completed: | 10/12/2020 | Date Job Completed: | |

| | |
|---|---|
| Price List: | COCS8X_OCT20 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | BAYMONT_INN&SUITES |

CJ Restoration is a licensed general contractor in the state of Colorado - License/Registration No. 243230 - and has been retained by your insured to repair storm damage to the covered property itemized in your adjuster's estimate. The following scope of work was prepared by CJ Restoration using Xactimate Version 28.0 with the most current Price List available in Xactimate for accurate job costing. Any modifications or additions necessary to complete construction are shown in **bold** text. Overhead and profit have been added due to the number of trades involved and/or the complexity of the project to cover supervision. Please feel free to contact our office with any questions.

Thank you for your consideration,

CJ Restoration
303-690-9253

CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**BAYMONT_INN&SUITES**

**BAYMONT_INN&SUITES**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Please Note we are waiting for Stucco pricing from our subcontractors to verify Xactimate Numbers.** | | | | | | |
| **Per our experience stucco pricing in Xactimate historically is not sufficient to meet our subcontractor pricing.** | | | | | | |
| Total: BAYMONT_INN&SUITES | | | | 0.00 | 0.00 | 0.00 |

## General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Commercial Supervision / Project Management - per hour | 160.00 HR | 0.00 | 67.28 | 0.00 | 0.00 | 10,764.80 |

General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business.
Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising.
Including General Overhead expenses in an Xactimate estimate—General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate.
Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor.
Examples (including but not limited to): Project managers, onsite portable offices and restroom facilities, temporary power and fencing, security if needed, etc.
Including Job-Related Overhead expenses in an Xactimate estimate—Job Related Overhead expenses should be added as separate line items to the Xactimate estimate. This is done within the Line Item Entry window of an Xactimate estimate by selecting the proper price list items, or creating your own miscellaneous items

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Temporary toilet (per month) | 2.00 MO | 0.00 | 171.64 | 0.00 | 68.66 | 411.94 |

CJ Restoration will need to have a temporary toilet on site for use of crews.

This can be found on OSHA website about toilets.
"Per OSHA standards, employers with 20 or fewer employers must provide one toilet to their workers. Employers with 20 or more employees must provide one toilet and one urinal per 40 workers. If an employer has 200 or more employees, one toilet and one urinal is required for every 50 employees."

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 4. Debris chute hopper - per week - 30" x 4' section | 24.00 WK | 30.05 | 0.00 | 0.00 | 144.24 | 865.44 |

Do not know why the unit price is different than JS Held

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 5. Debris chute mounting hardware - per week | 4.00 WK | 25.00 | 0.00 | 0.00 | 20.00 | 120.00 |
| 6. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 10.00 EA | 475.00 | 0.00 | 0.00 | 950.00 | 5,700.00 |
| 7. Temporary fencing - 1-4 months (per month) | 500.00 LF | 0.00 | 1.67 | 0.00 | 167.00 | 1,002.00 |

This is fencing to move pedestrian traffic towards safe areas to ensure the safety of the work site

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 8. Temporary Repairs - per hour | 8.00 HR | 0.00 | 64.25 | 0.00 | 102.80 | 616.80 |

CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - General**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: General | | | | 0.00 | 1,452.70 | 19,480.98 |

**Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 9. Remove Laminated - comp. shingle rfg. - w/out felt | 185.26 SQ | 56.25 | 0.00 | 0.00 | 2,084.18 | 12,505.06 |
| 10. Laminated - comp. shingle rfg. - w/out felt | 213.33 SQ | 0.00 | 220.65 | 1,683.65 | 9,751.00 | 58,505.91 |
| 11. Remove Additional charge for high roof (2 stories or greater) | 178.63 SQ | 4.97 | 0.00 | 0.00 | 177.56 | 1,065.35 |
| 12. Additional charge for high roof (2 stories or greater) | 178.63 SQ | 0.00 | 17.36 | 0.00 | 620.20 | 3,721.22 |
| 13. R&R Ridge cap - Standard profile - composition shingles | 605.51 LF | 2.41 | 4.70 | 88.57 | 878.76 | 5,272.51 |
| 14. Asphalt starter - universal starter course | 1,121.48 LF | 0.00 | 2.05 | 53.39 | 470.48 | 2,822.90 |
| 15. Roofing felt - 15 lb. | 185.26 SQ | 0.00 | 29.74 | 94.98 | 1,120.92 | 6,725.53 |
| 16. Step flashing | 228.21 LF | 0.00 | 8.46 | 21.42 | 390.42 | 2,342.50 |
| 17. R&R Flashing - L flashing - galvanized | 149.00 LF | 0.55 | 3.53 | 13.26 | 124.26 | 745.44 |
| 18. R&R Drip edge/gutter apron | 1,005.00 LF | 0.30 | 2.27 | 59.64 | 528.50 | 3,170.99 |
| 19. Drip edge | 116.48 LF | 0.00 | 2.15 | 5.95 | 51.28 | 307.66 |
| 20. R&R Power attic vent cover only - metal | 5.00 EA | 11.79 | 82.45 | 10.48 | 96.36 | 578.04 |
| 21. Roof mount power attic vent - Detach & reset | 5.00 EA | 0.00 | 148.77 | 0.00 | 148.78 | 892.63 |
| 22. R&R Rain cap - 8" | 3.00 EA | 4.70 | 42.89 | 5.63 | 29.68 | 178.08 |
| 23. R&R Valley metal | 11.00 LF | 0.55 | 5.16 | 1.54 | 12.88 | 77.23 |
| 24. R&R Flashing - pipe jack | 6.00 EA | 6.63 | 37.67 | 3.97 | 53.96 | 323.73 |
| 25. Prime & paint roof jack | 6.00 EA | 0.00 | 31.79 | 2.97 | 38.74 | 232.45 |
| 26. R&R Roof vent - turtle type - Metal | 2.00 EA | 8.45 | 53.28 | 2.19 | 25.14 | 150.79 |
| 27. Prime & paint roof vent | 7.00 EA | 0.00 | 31.79 | 3.46 | 45.20 | 271.19 |
| 28. Exterior light fixture - Detach & reset | 4.00 EA | 0.00 | 67.99 | 0.00 | 54.40 | 326.36 |
| 29. R&R Roof vent - active ventilation | 8.00 EA | 8.45 | 94.01 | 27.10 | 169.36 | 1,016.14 |
| 30. Boom lift - 50'-60' reach (per day) | 8.00 DA | 0.00 | 462.00 | 0.00 | 739.20 | 4,435.20 |
| Boom lift will be needed to load and unload all crews, materials, etc to the high story roof. | | | | | | |
| 31. Equipment Operator - per hour | 40.00 HR | 0.00 | 48.34 | 0.00 | 0.00 | 1,933.60 |

CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

Boom lift will be needed to load and unload all crews, materials, etc to the high story roof. Therefore will need the proper operator for safety of life on job site
OSHA - 1926.453(b)(2)(ii)
"Only authorized persons shall operate an aerial lift."

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Roof | | | | 2,078.20 | 17,611.26 | 107,600.51 |

## Signage

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 32. Commercial sign (Bid Item) | 1.00 EA | 0.00 | 20,977.82 | 0.00 | 4,195.56 | 25,173.38 |

**Both signs have damage - See bid from Signarama**

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Signage | | | | 0.00 | 4,195.56 | 25,173.38 |

## Gutters

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 33. R&R Gutter - aluminum - 6" | 1,005.00 LF | 0.47 | 9.17 | 382.78 | 2,014.22 | 12,085.20 |
| 34. Soffit & Fascia Installer - per hour | 24.00 HR | 0.00 | 90.36 | 0.00 | 433.72 | 2,602.36 |

**Per Xactimate - Generally, a contractor will have and use standard ladders, jacks, and plank scaffolding as part of their normal equipment toolset, and as such, the labor yield assumption addresses the average time necessary for normal one or two story applications, including the set up and use of this equipment as needed, where the ladder scaffold platform does not exceed 20'. If additional labor is required, use item SFG LAB.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Gutters | | | | 382.78 | 2,447.94 | 14,687.56 |

## Front Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 35. Clean stucco | 4,630.80 SF | 0.00 | 0.59 | 3.20 | 547.08 | 3,282.45 |
| 36. Stucco color coat (Redash) - sand texture | 4,630.80 SF | 0.00 | 3.61 | 99.05 | 3,363.26 | 20,179.50 |
| 37. Seal & paint stucco | 4,630.80 SF | 0.00 | 1.30 | 89.47 | 1,221.90 | 7,331.41 |
| 38. Mask and prep for paint - plastic, paper, tape (per LF) | 910.00 LF | 0.00 | 1.25 | 16.33 | 230.76 | 1,384.59 |
| 39. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 32.00 EA | 33.29 | 592.69 | 1,147.10 | 4,235.70 | 25,414.16 |
| 40. Add. charge for a retrofit window, 24-40 sf - difficult | 32.00 EA | 0.00 | 228.75 | 60.83 | 1,476.16 | 8,856.99 |

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Front Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 41. Window blind - horizontal or vertical - Detach & reset | 32.00 EA | 0.00 | 25.60 | 0.00 | 163.84 | 983.04 |
| 42. Stucco repair around doors, windows, etc - 2nd floor | 340.00 LF | 0.00 | 25.60 | 42.70 | 1,749.34 | 10,496.04 |
| 43. Stucco repair around doors, windows, etc - 1st floor | 300.00 LF | 0.00 | 18.11 | 37.67 | 1,094.14 | 6,564.81 |
| 44. Drywall tape joint/repair - per LF | 640.00 LF | 0.00 | 6.81 | 12.81 | 874.24 | 5,245.45 |
| 45. Paint door/window trim & jamb - Large - 2 coats (per side) | 32.00 EA | 0.00 | 32.85 | 11.06 | 212.46 | 1,274.72 |
| 46. R&R Downspout - aluminum - 6" | 130.00 LF | 0.47 | 9.17 | 49.51 | 260.54 | 1,563.25 |
| 47. Exterior light fixture - Detach & reset | 18.00 EA | 0.00 | 67.99 | 0.00 | 244.76 | 1,468.58 |
| 48. R&R Air conditioning security cage | 12.00 EA | 11.77 | 306.06 | 198.72 | 802.52 | 4,815.20 |
| 49. R&R Storefront door -bronze anod. frame, oversized-Double pane | 3.00 EA | 35.30 | 3,438.18 | 678.61 | 2,219.80 | 13,318.85 |
| 50. R&R Entrance hardware - card key | 3.00 EA | 14.11 | 368.58 | 51.54 | 239.90 | 1,439.51 |
| Totals: Front Elevation | | | | 2,498.60 | 18,936.40 | 113,618.55 |

**Right Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 51. Clean stucco | 1,240.00 SF | 0.00 | 0.59 | 0.86 | 146.50 | 878.96 |
| 52. Stucco color coat (Redash) - sand texture | 1,240.00 SF | 0.00 | 3.61 | 26.52 | 900.58 | 5,403.50 |
| 53. Seal & paint stucco | 1,240.00 SF | 0.00 | 1.30 | 23.96 | 327.20 | 1,963.16 |
| 54. Mask and prep for paint - plastic, paper, tape (per LF) | 96.00 LF | 0.00 | 1.25 | 1.72 | 24.34 | 146.06 |
| 55. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 2.00 EA | 33.29 | 592.69 | 71.69 | 264.74 | 1,588.39 |
| 56. Add. charge for a retrofit window, 24-40 sf - difficult | 2.00 EA | 0.00 | 228.75 | 3.80 | 92.26 | 553.56 |
| 57. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 0.00 | 25.60 | 0.00 | 10.24 | 61.44 |
| 58. Stucco repair around doors, windows, etc - 2nd floor | 20.00 LF | 0.00 | 25.60 | 2.51 | 102.90 | 617.41 |
| 59. Stucco repair around doors, windows, etc - 1st floor | 20.00 LF | 0.00 | 18.11 | 2.51 | 72.94 | 437.65 |
| 60. Drywall tape joint/repair - per LF | 40.00 LF | 0.00 | 6.81 | 0.80 | 54.64 | 327.84 |
| 61. Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 32.85 | 0.69 | 13.28 | 79.67 |

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

### CONTINUED - Right Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 62. R&R Downspout - aluminum - 6" | 20.00 LF | 0.47 | 9.17 | 7.62 | 40.08 | 240.50 |
| 63. R&R Exterior light fixture - High grade | 4.00 EA | 11.80 | 119.35 | 20.70 | 109.06 | 654.36 |
| 64. Exterior light fixture - Detach & reset | 1.00 EA | 0.00 | 67.99 | 0.00 | 13.60 | 81.59 |
| 65. R&R Air conditioning security cage | 2.00 EA | 11.77 | 306.06 | 33.12 | 133.74 | 802.52 |
| Totals: Right Elevation | | | | 196.50 | 2,306.10 | 13,836.61 |

### Rear Elevation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 66. Clean stucco | 4,630.80 SF | 0.00 | 0.59 | 3.20 | 547.08 | 3,282.45 |
| 67. Stucco color coat (Redash) - sand texture | 4,630.80 SF | 0.00 | 3.61 | 99.05 | 3,363.26 | 20,179.50 |
| 68. Seal & paint stucco | 4,630.80 SF | 0.00 | 1.30 | 89.47 | 1,221.90 | 7,331.41 |
| 69. R&R Synthetic stucco repair | 500.00 SF | 0.71 | 8.01 | 45.54 | 881.10 | 5,286.64 |
| 70. Mask and prep for paint - plastic, paper, tape (per LF) | 910.00 LF | 0.00 | 1.25 | 16.33 | 230.76 | 1,384.59 |
| 71. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 32.00 EA | 33.29 | 592.69 | 1,147.10 | 4,235.70 | 25,414.16 |
| 72. Add. charge for a retrofit window, 24-40 sf - difficult | 32.00 EA | 0.00 | 228.75 | 60.83 | 1,476.16 | 8,856.99 |
| 73. Window blind - horizontal or vertical - Detach & reset | 32.00 EA | 0.00 | 25.60 | 0.00 | 163.84 | 983.04 |
| 74. Stucco repair around doors, windows, etc - 2nd floor | 340.00 LF | 0.00 | 25.60 | 42.70 | 1,749.34 | 10,496.04 |
| 75. Stucco repair around doors, windows, etc - 1st floor | 300.00 LF | 0.00 | 18.11 | 37.67 | 1,094.14 | 6,564.81 |
| 76. Drywall tape joint/repair - per LF | 640.00 LF | 0.00 | 6.81 | 12.81 | 874.24 | 5,245.45 |
| 77. Paint door/window trim & jamb - Large - 2 coats (per side) | 32.00 EA | 0.00 | 32.85 | 11.06 | 212.46 | 1,274.72 |
| 78. R&R Downspout - aluminum - 6" | 86.00 LF | 0.47 | 9.17 | 32.76 | 172.36 | 1,034.16 |
| 79. R&R Exterior light fixture - High grade | 16.00 EA | 11.80 | 119.35 | 82.81 | 436.24 | 2,617.45 |
| 80. Exterior light fixture - Detach & reset | 5.00 EA | 0.00 | 67.99 | 0.00 | 68.00 | 407.95 |
| 81. R&R Air conditioning security cage | 24.00 EA | 11.77 | 306.06 | 397.44 | 1,605.06 | 9,630.42 |
| 82. R&R Storefront door -bronze anod. frame, oversized-Double pane | 2.00 EA | 35.30 | 3,438.18 | 452.41 | 1,479.88 | 8,879.25 |

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Rear Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 83. R&R Entrance hardware - card key | 2.00 EA | 14.11 | 368.58 | 34.36 | 159.96 | 959.70 |
| 84. R&R Rain cap - 4" to 5" | 1.00 EA | 4.70 | 31.16 | 1.07 | 7.40 | 44.33 |
| 85. R&R Vinyl (PVC) fence, 5'- 6' high - full slat | 66.00 LF | 5.88 | 39.71 | 99.69 | 621.74 | 3,730.37 |
| Totals: Rear Elevation | | | | 2,666.30 | 20,600.62 | 123,603.43 |

**Left Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 86. Clean stucco | 1,240.00 SF | 0.00 | 0.59 | 0.86 | 146.50 | 878.96 |
| 87. Stucco color coat (Redash) - sand texture | 1,240.00 SF | 0.00 | 3.61 | 26.52 | 900.58 | 5,403.50 |
| 88. Seal & paint stucco | 1,240.00 SF | 0.00 | 1.30 | 23.96 | 327.20 | 1,963.16 |
| 89. Mask and prep for paint - plastic, paper, tape (per LF) | 96.00 LF | 0.00 | 1.25 | 1.72 | 24.34 | 146.06 |
| 90. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 4.00 EA | 33.29 | 592.69 | 143.39 | 529.48 | 3,176.79 |
| 91. Add. charge for a retrofit window, 24-40 sf - difficult | 4.00 EA | 0.00 | 228.75 | 7.60 | 184.52 | 1,107.12 |
| 92. Window blind - horizontal or vertical - Detach & reset | 4.00 EA | 0.00 | 25.60 | 0.00 | 20.48 | 122.88 |
| 93. Stucco repair around doors, windows, etc - 1st floor | 80.00 LF | 0.00 | 18.11 | 10.05 | 291.78 | 1,750.63 |
| 94. Drywall tape joint/repair - per LF | 80.00 LF | 0.00 | 6.81 | 1.60 | 109.28 | 655.68 |
| 95. Paint door/window trim & jamb - Large - 2 coats (per side) | 4.00 EA | 0.00 | 32.85 | 1.38 | 26.56 | 159.34 |
| 96. Exterior light fixture - Detach & reset | 5.00 EA | 0.00 | 67.99 | 0.00 | 68.00 | 407.95 |
| Totals: Left Elevation | | | | 217.08 | 2,628.72 | 15,772.07 |

**Shed**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 97. Asphalt starter - universal starter course | 54.00 LF | 0.00 | 2.05 | 2.57 | 22.66 | 135.93 |
| 98. Remove Laminated - comp. shingle rfg. - w/out felt | 1.76 SQ | 56.25 | 0.00 | 0.00 | 19.80 | 118.80 |
| 99. Laminated - comp. shingle rfg. - w/out felt | 2.00 SQ | 0.00 | 220.65 | 15.78 | 91.42 | 548.50 |

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Shed**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 100. R&R Ridge cap - Standard profile - composition shingles | 16.00 LF | 2.41 | 4.70 | 2.34 | 23.22 | 139.32 |
| 101. Roofing felt - 15 lb. | 1.76 SQ | 0.00 | 29.74 | 0.90 | 10.64 | 63.88 |
| 102. R&R Drip edge/gutter apron | 54.00 LF | 0.30 | 2.27 | 3.20 | 28.40 | 170.38 |
| Totals: Shed | | | | 24.79 | 196.14 | 1,176.81 |
| **Line Item Totals: BAYMONT_INN&SUITES** | | | | **8,064.25** | **70,375.44** | **434,949.90** |

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Summary

| | |
|---|---|
| Line Item Total | 356,510.21 |
| Material Sales Tax | 8,064.25 |
| Subtotal | 364,574.46 |
| Overhead | 35,187.72 |
| Profit | 35,187.72 |
| **Replacement Cost Value** | **$434,949.90** |
| **Net Claim** | **$434,949.90** |

Harvey Waters

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.9%) | Manuf. Home Tax (6.9%) | Storage Rental Tax (6.9%) | Local Food Tax (4%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 35,187.72 | 35,187.72 | 8,064.25 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **35,187.72** | **35,187.72** | **8,064.25** | **0.00** | **0.00** | **0.00** |

CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Recap by Room

**Estimate: BAYMONT_INN&SUITES**

| | | |
|---|---|---|
| General | 18,028.28 | 5.06% |
| Roof | 87,911.05 | 24.66% |
| Signage | 20,977.82 | 5.88% |
| Gutters | 11,856.84 | 3.33% |
| Front Elevation | 92,183.55 | 25.86% |
| Right Elevation | 11,334.01 | 3.18% |
| Rear Elevation | 100,336.51 | 28.14% |
| Left Elevation | 12,926.27 | 3.63% |
| Shed | 955.88 | 0.27% |
| **Subtotal of Areas** | **356,510.21** | **100.00%** |
| **Total** | **356,510.21** | **100.00%** |

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CLEANING | 6,927.54 | 1.59% |
| GENERAL DEMOLITION | 23,671.40 | 5.44% |
| DRYWALL | 9,534.00 | 2.19% |
| MISC. EQUIPMENT - COMMERCIAL | 20,977.82 | 4.82% |
| HEAVY EQUIPMENT | 3,696.00 | 0.85% |
| FENCING | 2,620.86 | 0.60% |
| FINISH HARDWARE | 1,842.90 | 0.42% |
| GLASS, GLAZING, & STOREFRONTS | 17,190.90 | 3.95% |
| HEAT, VENT & AIR CONDITIONING | 11,630.28 | 2.67% |
| LIGHT FIXTURES | 4,630.67 | 1.06% |
| PAINTING | 20,491.85 | 4.71% |
| ROOFING | 69,074.72 | 15.88% |
| SOFFIT, FASCIA, & GUTTER | 13,548.61 | 3.11% |
| STUCCO & EXTERIOR PLASTER | 76,989.18 | 17.70% |
| TEMPORARY REPAIRS | 1,692.28 | 0.39% |
| WINDOW TREATMENT | 1,792.00 | 0.41% |
| WINDOWS - VINYL | 57,500.80 | 13.22% |
| **O&P Items Subtotal** | **343,811.81** | **79.05%** |

| Non-O&P Items | Total | % |
|---|---|---|
| HEAVY EQUIPMENT | 1,933.60 | 0.44% |
| LABOR ONLY | 10,764.80 | 2.47% |
| **Non-O&P Items Subtotal** | **12,698.40** | **2.92%** |
| **O&P Items Subtotal** | **343,811.81** | **79.05%** |
| **Material Sales Tax** | **8,064.25** | **1.85%** |
| **Overhead** | **35,187.72** | **8.09%** |
| **Profit** | **35,187.72** | **8.09%** |
| **Total** | **434,949.90** | **100.00%** |

Thank you for choosing CJ Restoration. We appreciate your business.

CJ Restoration
12385 E. Cornell Ave Aurora, CO 80015
PH: 303-690-9253
FX: 303-690-9945

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

1 1-Baymont Inn
Date Taken: 10/7/2020



2 2-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

3 3-Baymont Inn
Date Taken: 10/7/2020




4 4-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

5 5-Baymont Inn
Date Taken: 10/7/2020



6 6-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

7 7-Baymont Inn
Date Taken: 10/7/2020




8 8-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

9 9-Baymont Inn
Date Taken: 10/7/2020



10 10-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

11 11-Baymont Inn
Date Taken: 10/7/2020



12 12-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

13 13-Baymont Inn
Date Taken: 10/7/2020



14 14-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

15 15-Baymont Inn
Date Taken: 10/7/2020



16 16-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

17 17-Baymont Inn
Date Taken: 10/7/2020



18 18-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

19 19-Baymont Inn
Date Taken: 10/7/2020



20 20-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

21 21-Baymont Inn
Date Taken: 10/7/2020



22 22-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

23 23-Baymont Inn
Date Taken: 10/7/2020



24 24-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

25 25-Baymont Inn
Date Taken: 10/7/2020



26 26-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

27 27-Baymont Inn
Date Taken: 10/7/2020



28 28-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

29 29-Baymont Inn
Date Taken: 10/7/2020



30 30-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

31 31-Baymont Inn
Date Taken: 10/7/2020



32 32-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

33 33-Baymont Inn
Date Taken: 10/7/2020



34 34-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

35 35-Baymont Inn
Date Taken: 10/7/2020



36 36-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

37 37-Baymont Inn
Date Taken: 10/7/2020



38 38-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

39 39-Baymont Inn
Date Taken: 10/7/2020



40 40-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

41 41-Baymont Inn
Date Taken: 10/7/2020



42 42-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

43 43-Baymont Inn
Date Taken: 10/7/2020



44 44-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

45 45-Baymont Inn
Date Taken: 10/7/2020



46 46-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

47 47-Baymont Inn
Date Taken: 10/7/2020



48 48-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

49 49-Baymont Inn
Date Taken: 10/7/2020



50 50-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

51 51-Baymont Inn
Date Taken: 10/7/2020



52 52-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

53 53-Baymont Inn
Date Taken: 10/7/2020



54 54-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

55 55-Baymont Inn
Date Taken: 10/7/2020



56 56-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

57 57-Baymont Inn
Date Taken: 10/7/2020



58 58-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

59 59-Baymont Inn
Date Taken: 10/7/2020



60 60-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

61 61-Baymont Inn
Date Taken: 10/7/2020



62 62-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

63 63-Baymont Inn
Date Taken: 10/7/2020



64 64-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

65 65-Baymont Inn
Date Taken: 10/7/2020



66 66-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

67 67-Baymont Inn
Date Taken: 10/7/2020



68 68-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

69 69-Baymont Inn
Date Taken: 10/7/2020



70 70-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

71 71-Baymont Inn
Date Taken: 10/7/2020



72 72-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

73 73-Baymont Inn
Date Taken: 10/7/2020



74 74-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

75 75-Baymont Inn
Date Taken: 10/7/2020



76 76-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

77 77-Baymont Inn
Date Taken: 10/7/2020



78 78-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

79 79-Baymont Inn
Date Taken: 10/7/2020



80 80-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

81 81-Baymont Inn
Date Taken: 10/7/2020



82 82-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

83 83-Baymont Inn
Date Taken: 10/7/2020



84 84-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

85 85-Baymont Inn
Date Taken: 10/7/2020



86 86-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

87 87-Baymont Inn
Date Taken: 10/7/2020



88 88-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

89 89-Baymont Inn
Date Taken: 10/7/2020



90 90-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

91 91-Baymont Inn
Date Taken: 10/7/2020



92 92-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

93 93-Baymont Inn
Date Taken: 10/7/2020



94 94-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

95 95-Baymont Inn
Date Taken: 10/7/2020



96 96-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

97 97-Baymont Inn
Date Taken: 10/7/2020



98 98-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

99 99-Baymont Inn
Date Taken: 10/7/2020



100 100-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

101 101-Baymont Inn
Date Taken: 10/7/2020



102 102-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

103 103-Baymont Inn
Date Taken: 10/7/2020



104 104-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

105 105-Baymont Inn
Date Taken: 10/7/2020



106 106-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

107 107-Baymont Inn
Date Taken: 10/7/2020



108 108-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

109 109-Baymont Inn
Date Taken: 10/7/2020



110 110-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

111 111-Baymont Inn
Date Taken: 10/7/2020



112 112-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

113 113-Baymont Inn
Date Taken: 10/7/2020



114 114-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

115 115-Baymont Inn
Date Taken: 10/7/2020



116 116-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

117 117-Baymont Inn
Date Taken: 10/7/2020



118 118-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

119 119-Baymont Inn
Date Taken: 10/7/2020



120 120-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

121 121-Baymont Inn
Date Taken: 10/7/2020



122 122-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

123 123-Baymont Inn
Date Taken: 10/7/2020



124 124-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

125 125-Baymont Inn
Date Taken: 10/7/2020



126 126-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

127 127-Baymont Inn
Date Taken: 10/7/2020



128 128-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

129 129-Baymont Inn
Date Taken: 10/7/2020



130 130-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

131 131-Baymont Inn
Date Taken: 10/7/2020



132 132-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

133 133-Baymont Inn
Date Taken: 10/7/2020



134 134-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

135 135-Baymont Inn
Date Taken: 10/7/2020



136 136-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

137 137-Baymont Inn
Date Taken: 10/7/2020



138 138-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

139 139-Baymont Inn
Date Taken: 10/7/2020



140 140-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

141 141-Baymont Inn
Date Taken: 10/7/2020



142 142-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

143 143-Baymont Inn
Date Taken: 10/7/2020



144 144-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

145 145-Baymont Inn
Date Taken: 10/7/2020



146 146-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

147 147-Baymont Inn
Date Taken: 10/7/2020



148 148-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

149 149-Baymont Inn
Date Taken: 10/7/2020



150 150-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

151 151-Baymont Inn
Date Taken: 10/7/2020



152 152-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

153 153-Baymont Inn
Date Taken: 10/7/2020



154 154-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

155 155-Baymont Inn
Date Taken: 10/7/2020



156 156-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

157 157-Baymont Inn
Date Taken: 10/7/2020



158 158-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

159 159-Baymont Inn
Date Taken: 10/7/2020



160 160-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

161 161-Baymont Inn
Date Taken: 10/7/2020



162 162-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

163 163-Baymont Inn
Date Taken: 10/7/2020



164 164-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

165 165-Baymont Inn
Date Taken: 10/7/2020



166 166-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

167 167-Baymont Inn
Date Taken: 10/7/2020



168 168-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

169 169-Baymont Inn
Date Taken: 10/7/2020



170 170-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

171 171-Baymont Inn
Date Taken: 10/7/2020



172 172-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

173 173-Baymont Inn
Date Taken: 10/7/2020



174 174-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

175 175-Baymont Inn
Date Taken: 10/7/2020



176 176-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

177 177-Baymont Inn
Date Taken: 10/7/2020



178 178-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

179 179-Baymont Inn
Date Taken: 10/7/2020



180 180-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

181 181-Baymont Inn
Date Taken: 10/7/2020



182 182-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

183 183-Baymont Inn
Date Taken: 10/7/2020



184 184-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

185 185-Baymont Inn
Date Taken: 10/7/2020



186 186-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

187 187-Baymont Inn
Date Taken: 10/7/2020



188 188-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration
12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

189 189-Baymont Inn
Date Taken: 10/7/2020



190 190-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

191 191-Baymont Inn
Date Taken: 10/7/2020



192 192-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

193 193-Baymont Inn
Date Taken: 10/7/2020



194 194-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

195 195-Baymont Inn
Date Taken: 10/7/2020



196 196-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

197 197-Baymont Inn
Date Taken: 10/7/2020



198 198-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

199 199-Baymont Inn
Date Taken: 10/7/2020



200 200-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

201 201-Baymont Inn
Date Taken: 10/7/2020



202 202-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

203 203-Baymont Inn
Date Taken: 10/7/2020



204 204-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

205 205-Baymont Inn
Date Taken: 10/7/2020



206 206-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

207 207-Baymont Inn
Date Taken: 10/7/2020



208 208-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

209 209-Baymont Inn
Date Taken: 10/7/2020



210 210-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

211 211-Baymont Inn
Date Taken: 10/7/2020



212 212-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

213 213-Baymont Inn
Date Taken: 10/7/2020



214 214-Baymont Inn
Date Taken: 10/7/2020



CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

215 215-Baymont Inn
Date Taken: 10/7/2020



216 216-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

217 217-Baymont Inn
Date Taken: 10/7/2020



218 218-Baymont Inn
Date Taken: 10/7/2020



CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

219 219-Baymont Inn
Date Taken: 10/7/2020



220 220-Baymont Inn
Date Taken: 10/7/2020



**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

221 221-Baymont Inn
Date Taken: 10/7/2020

