# EXHIBIT 15

RAPHAEL & ASSOCIATES

**Date:** 04/24/2021

**Priority: High** **I/A Assigned: No** **DOL:** 08/02/2020

**Name of Adjuster:** Need Desk IA

**Examiner Name: Cora Routh**

**Name of Firm:** Raphael & Associates

**Claim Number:** 1.51913

**Insured's Name:** 2505 6TH Street LLC

**Policy Number:** NEBP030396

**Client Claim No.:** NEBPO30396-001-001-001

**Effective Dates:** 11/01/2019 - 11/01/2020

**Late Report ROR:** No

**Potential Subro:** No

## COVERAGE

**Claim Within Policy Period: Yes**

**Property on Schedule: Yes**

**Property in Foreclosure: No**

**Coverage Forms:** ☐ **BOP 06** ☒ **BOP 10**

**ACV/RCV: RCV** **Deductible:** $60,000.00 **Co-Insurance %:** Choose an item.

## LIMITS

**Dwelling/Building:** $3,000,000.00

**Contents/BPP:** $250,000.00

**Water Limit: None Specific**

**Mold Limit: $15,000.00**

**Mortgagee: Not Listed on Policy**

**Glass Limit:** ALS

**Addl Insured: Blanket**

**Location:** 2505 6th Street, Limon, CO 80828

**LOU:** None **LOR:** None

**Awnings:** $2,500.00

**BI/EE:** ALS 12 months

## RESERVES

**Loss: $25,000.00**

**TPA: Flat**

**Expert: $5,300.00**

**I/A: $3,300.00** **Public Adjuster: N/A**

**File within Authority: Yes**

**Diary Date: 5/8/2021**

**Loss Description:**

This loss was reported as a hail storm damaging windows, screens, siding, lights, and roof. The loss location was confirmed as 2505 6th ST, Limon, CO 80828. The insured Contact is Ashley Pendlay at 719-775-0700 or 970-930-0847. The client claim number is NEBPO30396-001-001-001. The policy number is NEBP030396. Policy Period 11-1-2019 to 11-1-2020. The DOL is reported as 8-2-2020.

**Coverage Confirmed:**

We reviewed the policy provided with the loss notice and claim documents. Coverage was in force at the time of the loss and the date of the loss falls within the policy period of coverage.

**Damages:**

The last IA report indicates a review of the Engineer Report as follows:

1. The subject building woo framing was not structurally damaged due to the reported storm on or about August 2, 2020.

2. The subject building asphalt shingle roof covering was functionally damaged due to hail impact from the reported storm on or about August 2, 2020. It is estimated that approximately 11,330 shingles were functionally damaged due to hail impact from the reported storm.

3. Exterior building elevation and roof elements were cosmetically damaged due to hail impact from the reported storm on or about August 2, 2020 in the form of small dents to soft metal roof vents, metal wall vents, and exterior metal doors.

4. Exterior building elevation elements were functionally damaged due to hail impact or wind forces from the reported storm on or about August 2, 2020 in the form of fractures in stucco siding, tears in window screens, fractured vinyl window wraps, 1000307939 Page 3 fractured glass window panes, fractured vinyl fencing, fractured or completely removed wall sconces, and three (3) racked metal door frames.

5. The subject building windows have several areas of observed damage due to over prying of window elements that were resistant to opening from either/or an installation issue, material defect, or a maintenance issue. These areas of observed damage were not consistent with a structural issue or deformation of the rough window opening due to excessive gravity or lateral loading to the underlying framing elements. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.

6. The subject building exterior stucco has damage in the form cracking that has propagated due to inadequate installation of horizontal and vertical movement joints in some areas. These areas observed are inconsistent with cracking caused from lateral building racking around rough framing openings and is therefore not attributable to damage caused by the reported storm on or about August 2, 2020.

7. The subject building pool room has advanced deterioration to building interior finishes, wood framing members of supporting walls, and exterior finishes attached thereto from a long-term exposure to excessive interior humidity. Therefore, this damage is not consistent with damage from the reported storm on or about August 2, 2020.

**Action Plan:**

1.
2. Contact insured/insured contractor
3. Contact Agent
4. Contact IA and Engineer
    a. Obtain a copy of the Engineer's full report
    b. Have IA Invoices been satisfied?
    c. Discuss loss details with IA
5. Assign desk IA to review the covered damages to the functional damages to the roof and other areas.
6. Prepare Proposed Partial Settlement/Disclaimer Letter
7. Report to the client for authority to issue partial settlement/disclaimer

**Reserves:**

Indemnity: $25,000.00 IA: $3,300.00 *includes previous amount Expert: $5,300.00 *Amount Invoiced