# EXHIBIT 16

**From:** Agnieszka Karcz
**To:** Camila Bader
**Cc:** Jonathan E. Bukowski
**Subject:** FW: AmGuard Claim No. NEBPO30396-001-001-001/Raphel Claim No. 1.51913
**Date:** Wednesday, May 12, 2021 1:09:03 PM
**Attachments:** image976213.png
image118701.png
image778017.png
image397468.png
image717053.png
image001.jpg
image002.jpg
image003.jpg
image004.jpg
image005.jpg
image006.jpg
image014.jpg
image117493.jpg
image242755.png
image294574.png
image614113.png
image626459.png
image289738.png
2021.4.8 - MLG LOR.pdf

---

Ms. Bader,

Please see below and attached.

*In order to ensure the safety of our team and their families, several of our offices continue to work remotely and/or staggered shifts.*
*Please allow our office additional time to respond to emails and calls during this time.*
*Thank you in advance for your patience and understanding.*

Agnieszka Karcz
Paralegal
Merlin Law Group
1001-17th Street
Suite 1150
Denver, CO 80202
Tel: (720) 665-9680
Fax: (720) 665-9681

Website | Property Blog | Condo Blog

Connect with us:

Privilege and Confidentiality Notice:
The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.

**From:** Agnieszka Karcz
**Sent:** Friday, May 7, 2021 3:53 PM
**To:** 'crouth@raphaelandassociates.com' <crouth@raphaelandassociates.com>
**Subject:** Re: AmGuard Claim No. NEBPO30396-001-001-001/Raphel Claim No. 1.51913

Ms. Routh,

Please see below.

---

**From:** Jonathan E. Bukowski <jbukowski@merlinlawgroup.com>
**Sent:** Friday, May 7, 2021 3:24 PM

**To:** 'c.routh@raphaelandassociates.com' <c.routh@raphaelandassociates.com>; claims3@guard.com
**Cc:** kukuchkaja@hotmail.com; baymontinn2019@gmail.com; jeffh@cjrestoration.com; harvey@cjrestoration.com; Sherrol Hall <SHall@merlinlawgroup.com>; Timothy Burchard <TBurchard@merlinlawgroup.com>; Larry Bache <lbache@merlinlawgroup.com>; Agnieszka Karcz <AKarcz@merlinlawgroup.com>
**Subject:** AmGuard Claim No. NEBPO30396-001-001-001/Raphel Claim No. 1.51913

As you aware, Merlin Law Group has been retained to represent the interests of 2505 6th Street, LLC DBA Baymont by Wyndham Limon with regard to its claim for damages to its hotel building resulting from a hail and wind storm occurring on August 8, 2020. I am following up on the attached letter of representation and request for information sent to AmGUARD on April 8. To date I have not received acknowledgement of our representation or any of the documentation responsive to my request. Please provide me with an anticipate timeframe for receipt of this information.

AmGUARD has been provided with photographs, moisture readings, and repair estimates documenting the devastating damage caused by the August 8, 2020 hail storm. Despite punctured shingles, fractured windows, and the penetration of moisture into the stucco and building, AmGUARD's lack of cooperation, and general disinterest, has created a dire and unacceptable situation.

We have retained GRK Consulting Engineers, Inc. (GRK) to perform an assessment of hail damage to the property. Following its inspection and consideration of this information, GRK arrived at the following conclusions:

1. *Based on the results of our investigation, evidence of significant storm damage, consistent with elevated wind forces and hail impact, had been identified at the time of our inspection to Baymont Inn & Suites located at 2505 6th Street, Limon, Colorado.*

2. *The localized wind damaged shingles, where inspected, are direct openings which allow for the entrance of moisture and the outside elements.*

3. *Evidence of hail impact on the order of 1.75 to 2.0-inches in diameter had been consistently identified to the roof shingles. Further, the results of our visual inspection and test square analysis establish that widespread hail damages occurred to all slopes inspected and that the roofs have been significantly damaged and compromised. In addition to through shingle fracturing which will allow for the entrance of moisture and the outside elements, the concentrated loss of granules at impact locations are permanent, widespread, will lead to premature product failure, and cannot be restored to pre-loss conditions by repairs. As such,*

*individual spot repair is impractical and not a viable option and, in our opinion, full roof replacement down to the decking is warranted.*

4. *Significant hail impact damage to the vinyl window units resulted in fractures to the frame, glazing bead damage, and broken glass. This level of damage not only creates direct openings which allow for the entrance of moisture and the outside elements, but the damages evidenced is such that the structural integrity of the window installation has been compromised. The bead is specifically installed not only for aesthetics, but to secure the glass in the sash or frame and failure of the glazing bead can result in the window glass physically being blown out of the frame. As such, we recommend all hail damaged windows be repaired and/or replaced, as necessary. Where window repairs are not applicable, we recommend the windows be replaced with a CODE complaint window of similar quality and construction to the one being removed.*

5. *In our opinion, the level of hail impact evidenced to the windows, combined with the noted EIFS damages, rise to the level such that these damages have resulted in direct openings which allow for the entrance of moisture and the outside elements. As shown, staining to the interior windowsills, microbial growth on interior drywall, and varying degrees of moisture levels behind the EIFS system had been positively identified at various locations at the time of the inspection.*

6. *We recommend all other wind and hail damaged building materials be repaired and/or replaced, as necessary, including, but not limited to, the following:*

    a. *EIFS- Note: The damage to the EFIS materials must be addressed by suitable repair or replacement to ensure that the structural integrity and particularly the waterproof barrier and moisture resistance is fully restored.*
    b. *Masonry veneer along the east elevation (Photos 12 & 13)*
    c. *Signage*
    d. *Entry card readers*
    e. *Metal passage doors*
    f. *Interior water intrusion damages*
    g. *Indented metals including flashing and grill/cabinetry covering the wall mounted PTAC units*
    h. *Wood fascia*
    i. *Vinyl fencing*

7. *Where applicable, it is our opinion that if individual repairs do not result in a reasonable uniform appearance, additional remediation will be required.*

8. *We recommend that all work associated with this loss be performed by suitably licensed contractors per current CODE while implementing, where applicable, requirements mandated by the authority having jurisdiction, manufacturer's installation procedures, etc.*

I have uploaded the GRK report and corresponding photographs to a sharefile which can be accessed via the link below. I have also uploaded updated repair estimates from CJ Restoration. Please let me know if you have any trouble downloading these materials.

https://merlinlawgroup.sharefile.com/d-sd567a5a1bc4248848a2318974b454b2f

Having received no payment from AmGUARD, my client's building remains in a state of disrepair resulting in loss of revenue and overall negative impact of the business. More concerning, hail caused openings to the property have

allowed water to penetrate the exterior surfaces which has created issues of mold and contamination impacting the health, safety, and welfare of personnel and staff.

AmGUARD's lack of communication suggests that AmGuard does not wish to cooperate and that my client should proceed on that basis. I would appreciate you confirming that reasonable inference, or clarifying AmGuard's intent. If we do not receive a response by May 14, we will proceed with the understanding that AmGuard has abandoned the claim and its obligations to 2505 6th Street, LLC.

Thank you for your prompt attention. I look forward to your response.

***In order to ensure the safety of our team and their families, several of our offices continue to work remotely and/or staggered shifts.***
***Please allow our office additional time to respond to emails and calls during this time.***
***Thank you in advance for your patience and understanding.***

Website | Property Blog | Condo Blog

Connect with us:

Jonathan E. Bukowski
Attorney
Merlin Law Group
1001-17th Street
Suite 1150
Denver, CO 80202
Tel: (720) 665-9680
Fax: (720) 665-9681

Privilege and Confidentiality Notice:
The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.