# EXHIBIT 17

# Expert Report Baymont Inn and Suites May 20, 2022

**Baymont Inn and Suites Limon, CO**

Mike Huneycutt
VICTORY CONSTRUCTION



Exhibit D-1

Merlin Law Group, P.A.
Mr. Jonathan Bukowski, Esq.
1001-17th Street, Suite 1150
Denver, Colorado 80202

May 20, 2022

Subject: Rule 26 Report—Hail Damage Repair Scope and Price Estimates
Baymont Inn and Suites
2505 6th Street
Limon, Colorado 80828

Dear Mr. Bukowski:

As requested, Victory 6 Enterprises, LTD (Victory Construction), has performed numerous inspections of the property. As requested, I have completed this report providing an estimate of repairs for the Baymont hotel based on damages identified by GRK Consulting Engineering, Inc., Raphael & Associates, Inc., JS Held, Engle Martin & Associates, and Envista Forensics. If you have any questions, please let me know.

Sincerely,
Mike Huneycutt
Victory 6 Enterprises LTD

**<u>Assignment/Scope of Services</u>**

On January 12, 2022, Merlin Law Group retained my services to provide additional data, investigations, and reports regarding the Baymont Inn and Suites in Limon, Colorado. My assignment was to provide an assessment of damage to windows, the methodology of repairs, and the cost associated with the repair. An estimate for repair of the windows based on the identified damages by GRK Consulting Engineers, Inc. (GRK), Envista Engineering, Raphael & Associates, and JS Held, related to the August 2, 2020, hailstorm at the Baymont Inn and Suites. I was also asked to provide the following:

A. To provide industry-standard pricing based on the windows, wood fascia, stucco, vinyl fencing, doors, gutters, wall-mounted dryer-vents, exterior lights, flashing and grill/cabinetry covering the wall mounted PTAC units, that were damaged by the August 2, 2020, hailstorm based on based on damages identified by GRK Consulting Engineering, Inc., Raphael & Associates, Inc., JS Held, Engle Martin & Associates, and Envista Forensics.
B. To provide industry-standard pricing based on the roofing system that was damaged by the August 2, 2020, hailstorm based on based on damages identified by GRK Consulting Engineering, Inc., Raphael & Associates, Inc., JS Held, Engle Martin & Associates, and Envista Forensics.
C. To provide industry-standard pricing based on the signage that was damaged by the August 2, 2020, hailstorm based on Raphael & Associates evaluation and report.

This report outlines the methodology of repair and approximate cost associated with the repairs based on the criteria above which is further detailed in the attached report.



Exhibit D-1

**Qualifications**

I have nearly 25 years of experience in the building, construction, and remodeling industries. After growing up in the family business of exterior remodeling, I started a company replacing windows and doors in Arizona nearly 25 years ago. My company, Victory 6 Enterprises LTD DBA Victory construction, moved to Colorado approximately ten years ago. I have personally installed over 5,000 replacement windows and doors. I have served as a production manager, sales representative, sales manager, and general manager in the replacement window industry overseeing thousands of residential windows and sliding glass door replacement projects. This includes homeowners' associations, apartment complexes, and single-family dwellings. I have installed or overseen the installation of many different brands and styles of windows. I have contracted the replacement of over 2000 residential and commercial roofs including asphalt shingles, metal roofs, stone coated steel, slate, clay tile, concrete tile, built-up roofs, EPDM, PVC, and TPO roofing systems.

I rely on my 25 years of experience, training, education, knowledge of installation, code recommendations, manufacture recommendations, and industry standards for each project I am involved with. Every project requires a thorough understanding of the type of substrate, replacement product, and best method of repair. It is very important to refer to building codes and industry standards such as ASTM, IRC, ICC, and AAMA for proper repair methodology. I have referred to and listed code sections I have adopted for my findings in this report.

**Prior claim experience**

Colorado experiences many extreme storm events that cause damage to various building materials, including windows and sliding glass doors. As a result of these storms, I have a great deal of experience in working with insurance company adjusters to evaluate the scope of damage and the cost to replace the damaged windows. We attempt to locate a like kind and quality product, and advise the correct replacement methods and cost associated with the repairs. Through these projects, I have been involved in and worked closely with insurance company adjusters on approximately 500 storm damage insurance claims amounting to thousands of windows and sliding glass door replacements.

Having worked with insurance adjusters over the years I gained experience in the identification of hail and wind-related damages. During these meetings with the various adjusters, I have become very familiar with the processes to reach understanding and positive resolutions on insurance claims where the windows, siding, or HVAC have been damaged. Just like any other business, window and door manufacturers have gone out of business or have changed the designs of their products over time. I often work directly with the insurance adjusters to find the best resolution for the insured. I have also been able to educate and provide research and opinions for insurance adjusters on correct repair methods, similar products, complexities, and quality level of each of these projects.

**Property Description**

The Baymont in and Suites is located at 2506 6th Street, Limon Colorado 80828. The Hotel was built in 2001. The building size is 27,928 square feet and is a class B building. The building has 2 stories.


BAYMONT
INN & SUITES
ESPN NFL PASS


190
3J
70
24
71
70
3G
70
70
Limon
24
287
Hwy 24
23
193
71
189



**Exhibit D-1**

SidingScope

**Project Totals**

| Total Siding Area | - | 12,396.8 SF |
|---|---|---|
| Stucco | - | 11,527.8 SF |
| Outdoor Ceiling | - | 869.0 SF |
| Fascia/Soffit | - | 1,158.2 LF |
| Frieze Board | - | 1,158.2 LF |
| Door Wrap | - | 88.0 LF |
| Window Wrap | - | 2,312.0 LF |
| # of Windows | - | 162 |
| # of Doors | - | 5 |

2505 6th St, Limon, CO 80828



**Waste Factor** (Total Siding Area)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4% | - | 12,892.7 SF | 7% | - | 13,264.6 SF | 10% | - | 13,636.5 SF | 13% | - | 14,008.4 SF |
| 5% | - | 13,016.6 SF | 8% | - | 13,388.5 SF | 11% | - | 13,760.4 SF | 14% | - | 14,132.4 SF |
| 6% | - | 13,140.6 SF | 9% | - | 13,512.5 SF | 12% | - | 13,884.4 SF | 15% | - | 14,256.3 SF |

THIS REPORT IS FOR ESTIMATION PURPOSES ONLY. VERIFY ALL DIMENSIONS AND TOTALS BEFORE PURCHASING MATERIALS.
THIS REPORT IS THE PROPERTY OF SCOPE TECHNOLOGIES, INC. AND MAY NOT BE REPRODUCED WITHOUT WRITTEN CONSENT.

ScopeTechnologies

SidingScope Report ©Scope Technologies, Inc. | 1801 Wewatta Street, 11th Floor, Denver, CO 80202 | www.sidingscope.com | 877-MyScope | 05/20/22 | Drafted by: AH | p.1/5

---

## Background information

Beginning on January 25, 2022, I began my investigation to identify all discernable damage to the windows that I believed was related to the hailstorm on August 2, 2020. Over the course of 2 days and I inspected every window on the building. During my investigation, I observed impressions, chips in the vinyl window frames, broken glass, broken glazing seals, missing glazing seals, and broken glass on many of the windows on 4 out of 4 elevations of the building, that were damaged from the hailstorm on August 2, 2020. Based on my experience and observations of the hail impacts I identified these windows as damaged and would recommend them for replacement. I also performed a moisture meter test around many of the windows to ascertain if the structure had sustained any water penetration.

On April 4, 2022, I re-inspected the property with Greg Kaszas of GRK Engineering. The purpose of my inspection was to correctly verify each specific window that GRK had identified as damaged and would recommend a full replacement.



**Damaged Window From the Hailstorm on August 2, 2020**

On May 10, 2022, I inspected the damaged windows at the Baymont to ascertain the repairability of the windows with glazing seal damage that were identified by GRK Engineering. The glazing seals, commonly referred to as glazing beads, are essential for the window system. Not only are the glazing seals a part of the aesthetic component, but they assist in maintaining a solid connection from the glass packs to the window frame, maintaining an airtight and waterproof seal from the outside elements. In my experience, I have found that when the glazing seals have been heavily damaged from hailstone impacts, the glass pack can become loose from the frame. As a result, water penetration and air leakage will occur when the glass loses its airtight seal and bond to the frame.

During my inspection, I found discernable evidence of where the glass pack has become loose from the frame and allows air leakage and water penetration. Windows Identified in the GRK Engineering Tables as window numbers F26, F35, F19, F20, and F34 were windows that had glazing seal damage detrimental enough to allow for the glass packs to be loosed from the frame. The windows cannot be repaired to a pre-loss condition by replacing the glazing seals. I have listed these windows in my estimates as damaged windows and requiring full replacement.



**Damaged Glazing Seals**



**<u>The glass pack loosed from the frame resulting in air leakage and water penetration</u>**



**<u>The key card easily slides in between the frame and glass pack</u>**





Exhibit D-1

**Water had settled on the inside of the windows on the tracking system**

After I completed my investigation, I prepared estimates for repairs to the windows at the property.

*At the time of this report, I have no knowledge of and was not informed of what coverage may or may not be extended on the claim. I am also unaware of any agreed scope of damage found by the carrier or contractors. As result, I felt it would be appropriate to provide data, proposals, and opinions on all the damaged and undamaged windows to all the parties involved for consideration moving forward.

**Site Inspections.**

1. January 25, 2022 -Investigation of the scope of the damage.
2. January 26, 2022-Investigation of the scope of the damage.
3. April 4, 2022- Inspection with Mr. Kaszas of GRK Engineering to correctly identify the specific windows in his report he recommended for full replacement
4. May 10, 2022- Investigation to ascertain the repairability of the damaged windows.

**Third-Party Discussions/Interviews.**

1. I spoke with the onsite Manager of the property regarding what she had witnessed during the hailstorm on August 2, 2020
2. I spoke with the General Manager of the General contractor hired by the Insured, Jeff Henke, about his observations of the storm damage at the property.
3. I have spoken with Mr. Kaszas of GRK Engineering about his findings, opinions, and scope of the damage.
4. I have spoken with the owner of the Baymont hotel, Mr. Jerry Kukuchka
5. I have consulted with Eric Royston of Advanced Stucco Design regarding the pricing and repair methods of the EIFS stucco system.

**Basis of Professional Opinions**

All opinions expressed in this report are made within a reasonable degree of professional certainty based on my training and experience in the window replacement and repair construction industry for more than twenty-five years. I have also conducted site inspections, had discussions with third parties, and have reviewed and considered several documents to establish the basis of my professional opinions in this report.

The estimates I have prepared are based on the conclusions relating to damage and undamaged windows reached by GRK in its May 18th, 2022, report. Based on the data and observations from the GRK report, I provided an estimate for replacing the windows identified as damaged and recommended complete replacement by the August 2nd, 2020, hailstorm. I have also included a separate estimate for the undamaged windows for consideration for all the parties involved.

**Documents Reviewed and Considered.**

1. 2021.10.15 - JS Held Estimate Dated October 15, 2021
2. 2021.11.18 JS Held Report Dated November 18, 2021
3. GRK Engineering Report Dated May 18, 2022
4. EM_000076-105 First Engle Martin Report Dated October 6, 2020
5. EM_000219-221 -Engle Martin Third Report Dated January 4, 2021
6. EM_000226-235 -Engle Martin Estimate - $103,782.79 Dated August 12, 2021
7. EM_000240-243 - Engle Martin Fourth Report Dated August 12, 2021
8. EM_000657-772 -Brian Rubidoux Inspection Photographs Dated September 18, 2020
9. ENV-000012-17 Envista Engineering Report Dated November 20, 2020
10. ENV-000018-38 Envista Engineering Inspection Photographs
11. ENV-000039-43 Envista Engineering Weather Data
12. ENV-000052-560 Envista – William Oviatt Inspection Photographs
13. GUARD 000781-785 GUARD 000781-785 - Ted Miller (Raphael Field Adjuster) Inspection Report (August 25, 2020)
14. GUARD 000787-845 GUARD 000787-845 - Ted Miller (Raphael Field Adjuster) Inspection Photographs (August 6, 2020)
15. CJ Restoration Estimate – October 12, 2020
16. ASTM E 2112-07 STANDARD PRACTICE FOR INSTALLATION OF EXTERIOR WINDOWS, DOORS, AND SKYLIGHTS.
17. FMA/AAMA 100-12 (Methods A, B, and C):
    Standard Practice for the Installation of Windows with Flanges or Mounting Fins in Wood Frame Construction for Extreme Wind/Water Conditions.
18. FMA/AAMA/WDMA 300-12:
    Standard Practice for the Installation of Exterior Doors in Wood Frame Construction for Extreme Wind/Water Conditions Exposure. Fenestration Manufacturers Association (FMA), American Architectural Manufacturers Association (AAMA), and Window and Door Manufacturers Association (WDMA)
19. RES 500 E SMART EIFS PROCEDURES BULLETIN
20. DryVit Care EIFS Repair Procedures DS498

**Window Replacement methods**

In reaching my conclusions on the scope and methodology of repair to hail-damaged windows identified by GRK Engineering, I have considered multiple methods of repair. The two primary installation methodologies used today when replacing damaged windows are detailed below.

- **Retrofit Installation**

  When we are replacing windows in a stucco application there are many concerns with performing a retrofit installation. To retrofit you must use a tool to cut along the sides of the fenestration product (window). Cut through the stucco, and nail flanges. Remove the old window, slide in the new window, and secure the window from the inside using screws through the frame. Apply caulking on the outside edge of the window to the stucco surface. The major concern is that this type of repair is that it does not provide the water and moisture-tight system that is designed for a stucco substrate.

- **Full-frame Replacement per ASTM, IRC, AMAA, and ICC Standards**

  This method requires cutting out the stucco perimeter of the fenestration product by 3-9 inches depending on the original construction. Remove the window. Reinstalling the new window utilizing the anchor/nail flanges. Also, the nail flanges provide structural integrity to the frame of the window helping to maintain straightness. The nail flanges are a part of the structural integrity of the window to anchor inside of the substrate firmly meeting all required design pressures. Flash in the window with new flashing tape in continuity according to ASTM standards. Re-apply the new stucco section filling in what was removed. Last, finish the exterior stucco surface. In this application, the stucco system is an EIFS system that requires a new skim and finish coats.

It is my professional opinion that using a full-frame replacement method is the industry's best practice and should be applied.

**Photos of  steps required to perform a full-frame window replacement in stucco**











Exhibit D-1

**Illustrations of Victory's recommended methodology of repair**




FIG. 20 Applied Flanges and Mechanical Joints



**Exhibit D-1**




NOTE: FOR METHODS "A1" AND "B1" THE WEATHER RESISTANT BARRIER (WRB) HAS BEEN INSTALLED. A FLAP AT THE HEAD OF THE WINDOW HAS BEEN TEMPORARILY TAPED OUT OF THE WAY TO ALLOW FOR FLASHING AND WINDOW INSTALLATION.

NOTE 1—Where pan flashing is to be installed, install after sill flashing (before window installation).

FIG. 21 Sill Flashing (Methods A and B)



Exhibit D-1




NOTE 1—For Method A1 the weather-resistive barrier (WRB) has been installed. A flap at the head of the window has been temporarily taped out of the way to allow for flashing and window installation.

FIG. 22 Window Installation (Method A)



Exhibit D-1




NOTE 1—For Method A1 the weather-resistive barrier (WRB) has been installed. A flap at the head of the window has been temporarily taped out of the way to allow for flashing and window installation.

FIG. 23 Jamb Flashing (Method A)



Exhibit D-1




NOTE 1—For Methods A1 and B1 the weather-resistive barrier (WRB) has been installed. A flap at the head of the window has been temporarily taped out of the way to allow for flashing and window installation.

FIG. 24 Head Flashing (Methods A and B)



**Exhibit D-1**




FIG. 25 Weather-Resistive Barrier (WRB) Application (Method A Shown—Method B Similar)

## Repair Methodology Opinion

Utilizing the installation methodology detailed in the ASTM standards will provide the best and only guarantee against water and moisture penetration. This installation methodology is the only way to maintain a reasonably uniform appearance. This installation methodology is the only method that can meet all design pressure requirements for the fenestrations in all locations.

It is my professional opinion that adopting the full-frame window replacement methodology detailed above in this report should be adopted and all other options should not be considered.

## Product Recommendations

The existing windows do not have any discernable brand name on any of the parts or glass. They are vinyl with little discoloration or chalking since being installed in 2001. This suggests that they were manufactured with quality vinyl with a high percentage of titanium dioxide and are of high quality. The frame thickness is 3.25 inches thick which is of high quality and commonly used in a premium vinyl products. Standard or new construction frame thickness is usually thinner than 2 7/8- inches. The glass packs appear to be a 5/8-inch-thick pack with the outside pain of glass thicker than that of the inside pain. This suggests that the windows were originally ordered to have a noise-reducing glass pack and are of high quality. This is common in high-traffic areas and hotels.

Based on the construction of the existing windows it is my professional opinion that they are a premium vinyl product. I have priced the replacement windows accordingly.

## Pricing methodology

United inch price methodology is an industry-standard approach when estimating window repairs and/or replacements. The basis for this methodology is the following equation:

"Length" plus "Height" times our cost per united inch

This method is commonly used by window replacement contractors to establish their pricing. This method is created by developing an average cost per inch and varies from size, operation, brand and model, type of construction, and region.

An alternative pricing methodology utilized by window replacement contractors is to request an exact quote from the window vendor/manufacturer. Certain window manufacturers have developed their own proprietary software systems, and such will provide specific window unit pricing upon request. This pricing methodology is another industry standard that can be used.

In this matter, I have applied the united inch methodology which is commonly used in pricing vinyl replacement windows. It is my professional opinion that the existing damaged windows that need to be replaced are of high quality and are a premium vinyl product.

I have priced the replacement windows using a cost associated with a premium replacement product. The pricing is consistent with standard industry pricing with a reasonable degree of professional certainty.



Exhibit D-1

I have added in fees associated with miscellaneous labors and services required to complete the repairs. These services include:

- Cut out 6-9 inches of stucco surrounding the perimeter of the window.
- Applying a new perimeter patch of stucco around the window after the full installation.
- Repair the drywall inside of the windows along the top bottom and sides.
- Painting of replaced drywall on the interior of the windows.
- Detach and reset blinds.
- Content manipulation inside each room where a window is being replaced.
- Preparation of each room to protect the carpets and context from dust and debris
- Scaffolding to access each 2nd story window from the outside.

**<u>Victory price estimate for the damaged and undamaged windows</u>**

*SIDING,STUCCO,WINDOWS,HVAC* 1-303-209-0383

WINDOW BID/PURCHASE AGREEMENT

TO:
BAYMONT INN AND SUITES
2505 6th Street
Limon, Colorado 80828
BILL TO:

VICTORY CONSTRUCTION
BERTHOUD,CO

DAMAGED WINDOWS PER GRK SCOPE

DESCRIPTION OF SERVICES TO BE PERFORMED AND EXPLANATION

COMPANY TO REMOVE AND REPLACE EXISTING DAMAGED VINYL WINDOWS. THE WINDOWS LISTED IN THIS ESTIMATE ARE NOT ABLE TO BE REPAIRED TO A PRE-LOSS CONDITION. WE HAVE NOT BEEN ABLE TO LOCATE THE EXACT MODEL OF THE EXISTING WINDOW AND WE BELIEVE THE WINDOW IS NO LONGER BEING MANUFACTURED. REPLACEMENTS ARE TO BE SIMILAR IN LIKENESS, KIND AND QUALITY. REPLACEMENTS ARE TO APPEAR AS SIMILAR TO EXISTING AS POSSIBLE. WINDOWS ARE TO BE SIMILAR IN GLASS PACK THICKNESS (5/8) BE INSULATED DUAL PANE. FRAME THICKNESS TO BE (3.25). GLASS THICKNESS (3/32), FLANGE SETBACKS (1 3/8), CAM LOCKS, AND FIBERGLASS MESH SCREENS. COMPANY IS TO CUT OUT AND REPAIR 9 INCHES OF STUCCO AROUND THE PERIMETER OF THE WINDOWS FOR PROPER INSTALLATION OF THE NEW WINDOWS INTO THE EIFS STUCCO SYSTEM. COMPANY TO REPAIR DRYAWALL AND PAINT TO FINISH. COMPANY TO MAINTAIN A SAFE JOB SITE, REMOVE ALL DEBRIS AND WASTE. ESTIMATE DOES NOT INCLUDE SCAFFOLDING

| QTY | DAMAGED WINDOWS/DOORS-DESCRIPTION OF SERVICES TO BE PERFORMED | AMOUNT |
|---|---|---|
| | TOTAL DAMAGED WINDOW COST (SEE ATTACHED WINDOW CALCULATION LIST) | $50,976.00 |
| 2 | 20 YARD DUMPSTERS AND DISPOSAL | $890.00 |
| 93 | SUPERVISOR HOURS ($100 PER HOUR) | $9,300.00 |
| 2 | MOBILE STORAGE CONTAINER | $980.00 |
| 47 | STAIN/PAINT INTERIOR OF WINDOWS, JAMS, CASING W/ 2 COATS ($125 EACH) | $5,875.00 |
| 47 | R&R OF FURNITURE, MASKING, TAPING, TARPS, PLASTIC, CLEANING ($100 EACH) | $4,700.00 |
| 47 | REPAIR DRYWALL ($250 PER OPENING) | $11,750.00 |
| 47 | CUT & REPAIR STUCCO AROUND WINDOW W/VAC SAFE METHOD ($800 EACH) | $37,600.00 |
| 47 | FULL FRAME LABOR ($200 EACH) | $9,400.00 |
| 28 | 2ND FLOOR SCAFFOLDING / INSTALL ($200 EACH) | $5,600.00 |
| 47 | REMOVE AND REINSTALL BLINDS,DRAPES OR SHUTTERS ($75) | $3,525.00 |
| | TAXABLE TOTAL @ 9% | $4,587.84 |
| | GENERAL CONTRACTORS OVERHEAD AND PROFIT 10/10 | $ 29,036.77 |
| ACCEPTANCE OF PROPOSAL | MATERIALS, LABOR, & SALES TAX | $ 174,220.61 |

*SIDING,WINDOWS, & HVAC* 1-303-209-0383

*****WINDOW BID/PURCHASE AGREEMENT*****

**TO:**
BAYMONT INN AND SUITES
2505 6th Street
Limon, Colorado 80828

VICTORY CONSTRUCTION

**DAMAGED WINDOWS**

| Quantity | Width | Height | Operation | Elevation | UI Per Window | Total UI | Amount |
|---|---|---|---|---|---|---|---|
| 15 | 60 | 60 | XO 1ST FLOOR | RR1-RR15 | 120 | 1800 | $ 14,400.00 |
| 17 | 60 | 60 | X0 2ND FLOOR | R16-R32 | 120 | 2040 | $ 16,320.00 |
| 1 | 60 | 60 | XO 1ST FLOOR | LF4 | 120 | 120 | $ 960.00 |
| 1 | 36 | 60 | XO 1ST FLOOR | RT1 | 96 | 96 | $ 768.00 |
| 1 | 36 | 60 | XO 2ND FLOOR | RT2 | 96 | 96 | $ 768.00 |
| 2 | 60 | 60 | XO 1STFLOOR | F2,F17 | 120 | 240 | $ 1,920.00 |
| 2 | 60 | 60 | XO 2ND FLOOR | F21,F27 | 120 | 240 | $ 1,920.00 |
| 3 | 60 | 60 | XO 2ND FLOOR | F29,F33,F36 | 120 | 360 | $ 2,880.00 |
| 1 | 60 | 60 | XO 2ND FLOOR | F26 | 120 | 120 | $ 960.00 |
| 1 | 60 | 60 | XO 2ND FLOOR | F35 | 120 | 120 | $ 7,200.00 |
| 2 | 60 | 60 | XO 2ND FLOOR | F19,F20 | 120 | 240 | $ 1,920.00 |
| 1 | 60 | 60 | XO 2ND FLOOR | F34 | 120 | 120 | $ 960.00 |
| | | | | | 0 | 0 | $ - |
| TOTAL | | | | | | | |
| 47 | | | | | **Totals** | **5592** | **$ 50,976.00** |

**UNDAMAGED WINDOWS**

| Quantity | Width | Height | Operation | Elevation | UI Per Window | Total UI | Amount |
|---|---|---|---|---|---|---|---|
| 3 | 60 | 60 | XO 1ST FLOOR | LF 1,2,3 | 120 | 360 | $ 2,880.00 |
| 1 | 60 | 60 | XO 1ST FLOOR | F1 | 120 | 120 | $ 960.00 |
| 0 | 60 | 60 | ALUM SF | F3-F6 | 120 | 0 | $ - |
| 4 | 60 | 60 | XO 1ST FLOOR | F9-F12 | 120 | 480 | $ 3,840.00 |
| 3 | 60 | 60 | XO 1ST FLOOR | F14-F16 | 120 | 360 | $ 2,880.00 |
| 1 | 60 | 60 | XO 2ND FLOOR | F18 | 120 | 120 | $ 960.00 |
| 2 | 60 | 60 | XO 2ND FLOOR | F25,F30 | 120 | 240 | $ 1,920.00 |
| 2 | 60 | 60 | XO 2ND FLOOR | F31,F32 | 120 | 240 | $ 1,920.00 |
| 2 | 60 | 60 | XO 1ST FLOOR | F7,F8 | 120 | 240 | $ 1,920.00 |
| 1 | 60 | 60 | XO 1ST FLOOR | F13 | 120 | 120 | $ 960.00 |
| 2 | 60 | 60 | PW 2NDFLOOR | F22,F23 | 120 | 240 | $ 1,920.00 |
| 2 | 60 | 60 | XO 2ND FLOOR | F24,F28 | 120 | 240 | $ 1,920.00 |
| 1 | 36 | 60 | XO 2ND FLOOR | F37 | 96 | 96 | $ 768.00 |
| | | | | | 0 | 0 | $ - |
| TOTAL | | | | | **Totals** | **2856** | **$ 22,848.00** |
| 24 | | | | | | | |



**Exhibit D-1**

**Victory price estimate for the damaged and undamaged windows**

*SIDING,WINDOWS, & HVAC* 1-303-209-0383

*****WINDOW BID/PURCHASE AGREEMENT*****

**TO:**
BAYMONT INN AND SUITES
2505 6th Street
Limon, Colorado 80828

BILL TO:

UNDAMAGED WINDOWS PER GRK SCOPE

**BERTHOUD,CO**

| DESCRIPTION OF SERVICES TO BE PERFORMED AND EXPLANATION |
|---|
| COMPANY TO REMOVE AND REPLACE EXISTING DAMAGED VINYL WINDOWS. THE WINDOWS LISTED IN THIS ESTIMATE ARE NOT ABLE TO BE REPAIRED TO A PRE-LOSS CONDITION. WE HAVE NOT BEEN ABLE TO LOCATE THE EXACT MODEL OF THE EXISTING WINDOW AND WE BELIEVE THE WINDOW IS NO LONGER BEING MANUFACTURED. REPLACEMENTS ARE TO BE SIMILAR IN LIKENESS, KIND AND QUALITY. REPLACEMENTS ARE TO APPEAR AS SIMILAR TO EXISTING AS POSSIBLE. WINDOWS ARE TO BE SIMILAR IN GLASS PACK THICKNESS (5/8) AND BE INSULATED DUAL PANE, FRAME THICKNESS TO BE (3.25) . GLASS THICKNESS (3/32 ), FLANGE SETBACKS (1 3/8) , CAM LOCKS, AND FIBERGLASS MESH SCREENS. COMPANY IS TO CUT OUT AND REPAIR 9 INCHES OF STUCCO AROUND THE PERIMETER OF THE WINDOWS FOR PROPER INSTALLATION OF THE NEW WINDOWS INTO THE EIFS STUCCO SYSTEM. COMPANY IS TO REPAIR DRYWALL AND PAINT TO FINISH. COMPANY TO MAINTAIN A SAFE JOB SITE, REMOVE ALL DEBRIS AND WASTE. ALL ALUMINUM STORE FROM WINDOWS (F3-F6) HAVE BEEN OMITTED. ESTIMATE DOES NOT INCLUDE SCAFFOLDING. |

| QTY | UNDAMAGED WINDOWS/DOORS-DESCRIPTION OF SERVICES TO BE PERFORMED | AMOUNT |
|---|---|---|
| | TOTAL DAMAGED COST (SEE ATTACHED CUSTOMER WINDOW CALCULATION) | $22,848.00 |
| 1 | 20 YARD DUMPSTERS AND DISPOSAL | $445.00 |
| 48 | SUPERVISOR HOURS ($100 PER HOUR) | $4,800.00 |
| 1 | MOBILE STORAGE CONTAINER | $490.00 |
| 24 | STAIN/PAINT INTERIOR OF WINDOWS, JAMS, CASING W/ 2 COATS ($125 EACH) | $3,000.00 |
| 24 | R&R OF FURNITURE, MASKING, TAPING, TARPS, PLASTIC, CLEANING ($100 EACH) | $2,400.00 |
| 24 | REPAIR DRYWALL ($250 PER OPENING) | $6,000.00 |
| 24 | CUT & REPAIR STUCCO AROUND WINDOW W/VAC SAFE METHOD ($800 EACH) | $19,200.00 |
| 24 | FULL FRAME LABOR ($200 EACH) | $4,800.00 |
| 10 | 2ND FLOOR SCAFFOLDING / INSTALL ($200 EACH) | $2,000.00 |
| 24 | REMOVE AND REINSTALL BLINDS, DRAPES OR SHUTTERS ($75) | $1,800.00 |
| | TAXABLE TOTAL @ 9% | $0.00 |
| | GENERAL CONTRACTORS OVERHEAD AND PROFIT 10/10 | $4,569.60 |
| **TOTAL UNDAMAGED WINDOWS** | **MATERIALS, LABOR, & SALES TAX** | **$ 72,352.60** |
| **TOTAL ESTIMATE DAMAGED & UNDAMAGED WINDOWS/DOOR** | | **$ 246,573.21** |



**Exhibit D-1**

**Stucco Refinishing**

Outside of our requested assignment by Merlin Law Group we are providing estimates for both the stucco resurfacing and painting of the stucco as both are required after the completion of the window replacement. Upon successful completion of the windows, the EIFS wall surface must be recoated to maintain a pre-loss condition and a reasonable uniform appearance. Applying a resurfacing system allows the creation of the best final appearance, can address multiple points of damage simultaneously and allows the installation of a strengthened EIFS lamina. Where multiple points of damage are present, for example, damage due to hailstorm impact, resurfacing provides the best industry practice to maintain continuity in the aesthetic appearance. In addition, the high-impact mesh can be used to strengthen areas subject to heavy service conditions or to protect against future hailstorms. By resurfacing EIFS, the cosmetic surface is fully restored. The EIFS will then be repainted.

**Repair Methodology of Recoating EIFS Stucco System**

**A. PROCEDURE PER SENERGY-SMART-EIFS-500-PROCEDURE TO RESURFACE**

1. Identify areas that will be resurfaced. For aesthetic reasons, resurfacing should be terminated at an architectural break in the wall such as a reveal, change in plane, or change in elevation. Doing this minimizes the contrast between resurfaced areas and adjacent finishes.
2. Thoroughly clean all surfaces that will be resurfaced, and allow them to dry.
3. Inspect all sealant joints and repair them as needed.
4. Mask off areas that are not intended to be resurfaced and may come in contact with a base coat or finish.
5. Apply Surface Stabilizer to existing paint or acrylic finish that shows evidence of chalking.
6. Perform bond testing to confirm basecoat adhesion.
7. Apply Dry Base Coat using a stainless steel trowel to a uniform 1/16" thickness. Reinforce Mesh directly into the wet base coat, troweling from the center outward. Overlap Reinforcing Mesh at least 2.5-inches at mesh seams. Allow the base coat to dry.
8. Tinted Primer can optionally be used to alleviate finish shadowing and reduce base coat suction. Apply using a brush, roller, or spray equipment, achieving 750–1250 SF/pail coverage. Allow drying for at least 24 hours. Tinted Primer must be dry to the touch.
9. Apply to finish using a stainless steel trowel

**Stucco Repainting**

The existing EFIS stucco system is coated with elastomeric paint in multiple colors. After the recoating of the EFIS stucco system, it will need to be repainted with elastomeric paint to return to its pre-storm condition. Below I have outlined the scope and cost to repaint the EFIS stucco system.

## Victory Estimate for resurfacing of the EIFS stucco system

| SIDING,STUCCO,WINDOWS,HVAC | 1-303-209-0383 |
|---|---|
| STUCCO ESTIMATE / AGREEMENT | |

TO:
BAYMONT INN AND SUITES
2505 6th Street
Limon, Colorado 80828
BILL TO:
BAYMONT INN AND SUITES
2505 6th Street
Limon, Colorado 80828

BERTHOUD,CO

**EXPLANATION OF PROPOSAL**

IN ORDER TO RECREATE A PRE-LOSS CONDITION AND MAINTAIN A REASONABLE UNIFORM APPEARANCE COMPANY RECOMMENDS A COMPLETE SKIM AND FINISH OF THE OUTSIDE LAYER OF THE EXISTING EIFS STUCCO SYSTEM WHEN ANY MAJOR REPAIRS ARE PERFORMED. REPAIRS COULD INCLUDE CUTTING OUT WINDOWS, AND DOORS, REPLACEMENT OF SECTIONS, ETC. THE EXISTING SYSTEM IS EIFS WITH INSULATION. COMPANY TO APPLY A SYNTHETIC BASE CASE, 4.5 OUNCE FIBER MESH, AND THEN AN ACRYLIC FINISH COAT. THE COMPANY WILL REPAIR BIRD HOLES, HAIL HITS, AND CRACKS. THIS ESTIMATE DOES NOT INCLUDE PAINTING THE SURFACE TO MATCH THE EXISTING COLORS. THE PROJECT WILL REQUIRE ON-SITE AND CONSISTENT MANAGEMENT TO ENSURE SAFETY, COMPLIANCE, AND CLEANLINESS.

| QTY | DESCRIPTION OF SERVICES TO BE PERFORMED | AMOUNT |
|---|---|---|
| 1 | TOTAL STUCCO PROJECT SQU FT. | 11,527.00 |
| 1 | STUCCO SKIM AND FINISH COAT (SQ FT * $7) | $ 80,689.00 |
| 1 | TOTAL SCAFFOLDING SECTIONS REQUIRED (SQ FT / 66) | 174.65 |
| 1 | SCAFFOLDING (SECTIONS @ $25 EACH ) | $ 26,197.73 |
| 1 | SET UP AND TAKE DOWN (ONE TIME CHARGE PER SECTION @ $55) | $ 9,605.83 |
| 1 | MASK, PREP, TARP (ONE TIME CHARGE) | $ 2,000.00 |
| | DETACH AND RESET DOWNSPOUTS | $ 2,000.00 |
| | SCRUB AND PRESSURE WASH EXISTING ACRYLIC FINISHED WALLS $.65 SQFT | $ 7,492.00 |
| | FENCING AND SAFETY PRECAUTIONS | $ 1,300.00 |
| | DETACH AND RESET LIGHT FIXTURES BY ELECTRICIAN | $ 2,500.00 |
| 2312 | BACKER ROD, URETHANE SEALANT AROUND ALL OPENINGS (@$4.00 LF) | $ 9,248.00 |
| 1 | MOBILE STORAGE CONTAINER | $ 490.00 |
| 1 | 20 YARD DUMPSTER AND DISPOSAL | $ 445.00 |
| | TRANSPORT RENTED SCAFFOLDING TO AND FROM (ONE TIME CHARGE) | $ 500.00 |
| | GENERAL CONTRACTORS OVERHEAD AND PROFIT 10/10 | $ 30,833.84 |
| **ACCEPTANCE OF PROPOSAL** | **MATERIALS, LABOR, & SALES TAX** | **$ 142,642.21** |

50% DOWN - BALANCE DUE UPON COMPLETION

YOU AUTHORIZE VICTORY 6 ENTERPRISES TO EXECUTE SERVICES DETAILED IN THIS AGREEMENT UPON INSURANCE APPROVAL.

SIGNATURE________________________ DATE____________

SIGNATURE________________________ DATE____________

________________________ DATE____________



Exhibit D-1

# Victory Estimate for Painting Resurfaced Stucco Walls

*SIDING,STUCCO,WINDOWS,HVAC* 1-303-209-0383

TO:
BAYMONT INN AND SUITES
2505 6th Street
Limon, Colorado 80828

BILL TO:
BAYMONT INN AND SUITES
2505 6th Street
Limon, Colorado 80828

**Berthoud Colorado**
Since 1984

**Job Description:** PREP, PRIME AND PAINT THE EXTERIOR OF THE BUILDING

| AMOUNT | | |
|---|---|---|
| 11527 | COMPANY TO PREP AND MASK WALLS $1.00 SQ FT | **$ 11,527.00** |
| | **Includes labor and material** | |
| **11527** | COMPANY PAINT WALLS WITH ELASTOMERIC $4.00 SQ ST | **$ 46,108.00** |
| | **Includes labor and material ( TWO STORY CHARGES INCLUDED)** | |
| **1158** | COMPANY TO PREP, WASH, SCRAPE FASCIA AFTER GUTTER REMOVAL | **$ 1,737.00** |
| | **Includes labor and material** | |
| **1158** | COMPANY TO PRIME AND PAINT FASCIA $3.50 LINEAR FOOT | **$ 4,053.00** |
| | **Includes labor and material** | |
| | COMPANY TO PREP, WASH, SCRAPE AND MASK CORNERS | |
| | **Includes labor and material** | |
| | COMPANY TO PRIME AND PAINT CORNERS | |
| | **Includes labor and material** | |
| | COMPANY TO PREP, WASH, SCRAPE WINDOW AND ACCESORY TRIM | |
| | **Includes labor and material** | |
| | COMPANY TO PRIME AND PAINT WINDOW AND ACCESORY TRIM | |
| | **Includes labor and material** | |
| | COMPANY TO PRIME AND PAINT GARAGE DOOR | |
| | **Includes labor and material** | |
| | **GENERAL CONTRACTORS OVERHEAD AND PROFIT 10/10** | **$ 810.60** |
| | MATERIALS, LABOR, & SALES TAX | **$ 63,425.00** |
| | DEPOSIT MUST BE COLLECTED BEFORE PROCEEDING WITH PROJECT | |
| | COMPANY TO CLEAN UP AND HAUL AWAY ALL RELATED DEBRIS | |
| ACCEPTANCE OF PROPOSAL | BALANCE MATERIALS, LABOR, & SALES TAX | **$ 63,425.00** |



**Exhibit D-1**

## Commercial Sign Bid

I was asked to provide an opinion on the reasonable cost of repair of exterior signage that Raphael & Associates identified as hail damaged. I contacted Signarama and obtained a bid for replacement of the signage. In my opinion this bid represents a reasonable cost to replace the hail damaged signage.

Signarama
1110 Elkton Drive
Suite I
Colorado Springs, CO 80907
(719) 574-9400
The Way to Grow Your Business
coloradosignarama.com

**ESTIMATE**
**EST-5650**

Payment Terms: Cash Customer

**Created Date:** 5/20/2022

**DESCRIPTION:** Baymont Inn (Limon, CO)

**Bill To:** Victory Restoration
12385 E. Cornell Ave.
#4
Aurora, CO 80014
US

**Pickup At:** Signarama of Colorado Springs
1110 Elkton Drive
Suite I
Colorado Springs, CO 80907
US

**Requested By:** Mike Huneycutt
Email: victorybids@gmail.com
Work Phone: (623) 326-1460

**Salesperson:** Steve Brinkman

| NO. | Product Summary | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | **Large Sign** | 1 | $7,343.88 | $7,343.88 |
| 1.1 | **Panaflex Face -**<br>**Part Qty:** 2<br>**Width:** 180.00" | | | |
| 1.2 | **Vinyl - Translucent Digitally Printed -**<br>**Part Qty:** 2<br>**Width:** 168.00"<br>**Height:** 120.00" | | | |
| 2 | **Smaller Sign** | 1 | $3,265.68 | $3,265.68 |
| 2.1 | **Panaflex Face -**<br>**Part Qty:** 2<br>**Width:** 108.00" | | | |
| 2.2 | **Vinyl - Translucent Digitally Printed -**<br>**Part Qty:** 1<br>**Width:** 120.00"<br>**Height:** 96.00" | | | |
| 3 | **Installation** | 1 | $11,467.50 | $11,467.50 |
| 3.1 | **Installation -**<br>**Part Qty:** 1<br>**Notes:**<br>Includes repainting both cabinets. | | | |
| 4 | **File Set Up Fee Tier 5** | 1 | $50.00 | $50.00 |
| 4.1 | **Set Up -**<br>- Retail Price: $0.00 | | | |

A 50% deposit is due upon placing the order. Your balance will be due upon delivery and/or installation. Vendor may, at its sole discretion, extend credit terms to you upon approval. Until payment in full has been received, the

Generated On: 5/20/2022 12:55 PM





Exhibit D-1

products and/or services, once the order has been placed, are the property of Signarama and may be removed at our discretion. The client is responsible for any cost of removal, reinstallation, and/or storage of such property until paid in full. A minimum charge of $30.00 will be levied against all returned checks. All costs of collection, including reasonable attorney fees, are the responsibility of the client.

| | |
|---|---|
| **Subtotal:** | $22,127.06 |
| **Taxes:** | $869.99 |
| **Grand Total:** | $22,997.05 |
| **Deposit Required:** | $11,498.53 |

PLEASE NOTE: Signarama has a designer on staff. Your estimate includes basic design time up to one hour and/or three (3) proofs. Any additional time or changes in proof(s) may incur additional charges.

**Signature:** ______________________ **Date:** ______________________

**Asphalt Shingle Roof Replacement and Gutters**

I have reviewed and considered the estimates from JS Held (October 15, 2021), and CJ Restoration (October 12, 2020) in reaching my conclusions. I have found that both estimates are within a professional degree of accuracy regarding the scope and line items required to perform the replacement of the roofing system and gutters. It is my professional opinion that line items 248-268 for the roof and gutter replacement detailed in the JS Held report are accurate and required.

Price List: COFC8X_OCT21

At this time, it is my opinion that the October price list is reasonably priced, however, I do recommend considering updating the price list if the roof is not installed by July 1, 2022

Current totals

The total RCV: **-----------------------------------------------$122,763.31**

I agree that the Xactimate pricing utilized by JS Held represents an industry-standard scope and price for repairs of the roofing systems and gutters. I have adopted JS Held's scope and cost of repair for the roofing system and gutters in my report

**Vinyl Fence Replacement**

I have reviewed and considered the estimates from JS Held (October 15, 2021) in reaching my conclusions. I have found the estimate is within a professional degree of accuracy regarding the scope and line items required to perform the replacement of the vinyl fence system. It is my professional opinion that line items 285 and 286 for the vinyl fence replacement detailed in the JS Held report are accurate and required.

The total RCV: **-----------------------------------------------$6,800.14**

I agree that the Xactimate pricing utilized by JS Held represents an industry-standard scope and price for repairs of the roofing systems and gutters. I have adopted JS Held's scope and cost of repair for the vinyl fence system in my report.

**Steel Storefront Doors**

I have been asked to provide a scope and cost to repair certain door units that were damaged from the August 2, 2020 storm that was identified by Raphael & Associates, GRK Engineering, and Envista. In addition to the observations that I made during my site visit, I have reviewed and considered the following reports.

- GUARD 000781-785 - Ted Miller (Raphael Field Adjuster) Inspection Report (August 25, 2020) Where he states that the front 4-light storefront entry door system was damaged from wind in photo 98- front elevation.
- ENV-000018-38 - Envista Engineering Inspection Photographs, Photograph 20 ENV-000028. The photo illustrates dents south side metal door. Single door unit.
- EM_000657-772 - Brian Rubidoux Inspection Photographs (September 18, 2020). Photos illustrate wind damage to the front right steel storefront door with sidelight.
- ENV-000012-17 - Envista Engineering Report (November 20, 2020) and states "(3) racked metal door frames"
- CJ repair estimate

I am in agreement with the reports and have adopted the findings into my estimate. Each of the door units will require replacement per the above-mentioned reports and findings. To establish a reasonable price for a replacement I adopted line items 49 and 50 from the CJ repair estimate. I agree that the Xactimate pricing utilized by CJ Restoration represents an industry-standard scope and price for repairs of the Storefront door systems. I have adopted CJ Restoration's scope and cost of repair for my report.

Line item 49 for (3) Bronze storefront doors**-----------------$13,318.85**

Line item 50 for 3 card readers**---------------------------------$1439.51**

**Total--------------------------------------------------------------------$14,758.36**

**Exterior Light fixtures**

I have been asked to provide a scope and cost to repair exterior light units that were damaged from the August 2, 2020, storm. There are 29 light fixtures that will need to be detached and reset. There are 20 light fixtures that were damaged and need to be removed and replaced.

To establish a reasonable price for a replacement I adopted line item 28,47,64,79,80, of the CJ repair estimate. I agree that the Xactimate pricing utilized by CJ Restoration represents an industry-standard scope and price for repairs of the exterior light fixtures. I have adopted CJ Restoration's scope and cost of repair for my report.

Detach and reset 29 light fixtures at $70 each totaling: **$2,030.00**

Remove and replace 20 light fixtures at $120 each totaling: **$2,400.00**

Total**-----------------------------------------------------------------$4,430.00**

**Conclusions**

All my conclusions are based on industry standards and are expressed within a reasonable degree of professional certainty. My conclusions are based on the pricing methodology, repair methodology, and product recommendation listed above in our report.

1. It is my professional opinion that it will cost $174,220.61 to repair and replace the windows that were damaged by the August 2, 2020, hailstorm based on GRK Consulting Engineers, Inc.'s conclusions.
2. It is my professional opinion that it will cost $246,573.21 to repair and replace all the windows at the property, which includes those identified by GRK Consulting Engineers, Inc, and those undamaged windows to maintain a reasonable uniform appearance.
3. It is my professional opinion that to provide the industry best practice is to use a full-frame replacement repair method, cutting out the stucco perimeter and replacing it after installing a new window is the best method of repair.
4. It is my professional opinion that the windows currently installed at the Baymont and recommended for full replacement by GRK are premium vinyl products.
5. It is my professional opinion that water has penetrated many of the damaged windows into the substrate of the structure.
6. It is my professional opinion that it will cost $142,642.21 to repair the stucco that will be affected by the repair of windows on the elevations of the building.
7. It is my professional opinion that it will cost $63,425 to repaint the stucco on the building that will be affected by the repair of windows on the elevations of the building.
8. It is my professional opinion that it will cost $6,800.14 to repair the vinyl fencing that was identified as damaged by the August 2, 2020, hailstorm, based on the conclusions of GRK Consulting Engineers, Inc., Envista Engineering, Raphael & Associates, and JS Held.
9. It is my professional opinion that it will cost $14,758.36 to repair the doors that were identified as damaged by the August 2, 2020, hailstorm, based on the conclusions of GRK Consulting Engineers, Inc., Envista Engineering, and Raphael & Associates.
10. It is my professional opinion that it will cost $4,430.00 to repair the exterior lighting that was identified as damaged by the August 2, 2020, hailstorm, based on the conclusions of GRK Consulting Engineers, Inc., Envista Engineering, and Raphael & Associates.
11. It is my professional opinion that it will cost $122,763.31 to repair the roofing system and gutters that were identified as damaged and requiring replacement by the August 2, 2020, hailstorm, based on GRK Consulting Engineers, Inc., Envista Engineering, Raphael & Associates, and JS Held's conclusion for replacement of the roofing system.
12. It is my professional opinion that it will cost $22,127.05 to repair signage that was identified as damaged by the August 2, 2020, hailstorm, based on the Raphael & Associates evaluation and report.

s/Mike HUneycuttt_____5/20/2022

Mike Huneycutt



Exhibit D-1

**Rule 26 Disclosures:**

Rates and Fees: I charge $150 per hour for inspection time, preparation for reports and estimates, and for testimony.

I have not authored any publications over the last ten years.

I have had one deposition in the past four years in *The American Insurance Company v. Pine Terrace Homeowners Association*, Civil Action No.: 1:20-cv-00654-KMT.

**Limitations**

The scope of this report and observations provided herein extend only to information provided to Victory Construction and items visible during our onsite inspection. If field conditions change or are different than indicated, it is the responsibility of all parties to promptly contact Victory Construction. Should new information become available, Victory Construction reserves the right to revise our findings in light of new information. Considering market and pricing inflation over the last 12 months Victory reserves the right to adjust its estimates to meet the current market pricing at the time of an approval.