IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 21-cv-1673-WJM-MDB

2505 6TH STREET, LLC D/B/A BAYMONT BY WYNDAM LIMON,

    Plaintiff,

v.

WESTGUARD INSURANCE COMPANY, and
AMGUARD INSURANCE COMPANY,

    Defendants.
_____

### ORDER ADOPTING NOVEMBER 30, 2022 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

    This matter is before the Court on the November 30, 2022 Recommendation of United States Magistrate Judge Maritza Dominguez Braswell (the "Recommendation") (ECF No. 87) that Plaintiff's Motion for Leave to Amend Its Complaint to Add a Claim for Exemplary Damages (ECF No. 63) be granted.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 87 at 14.)  Defendants filed no objections.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

1

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 87) is ADOPTED in its entirety; and

(2) Plaintiff's Motion for Leave to Amend Its Complaint to Add a Claim for Exemplary Damages (ECF No. 63) is GRANTED;

(3) Plaintiff is DIRECTED to file its First Amended Complaint by **January 9, 2023**. Plaintiff is permitted to add a claim for exemplary damages but may make no other alterations to the pleading; and

(4) Defendants are DIRECTED to file an answer or other responsive pleading to the First Amended Complaint by **January 30, 2023**.

Dated this 19th day of December, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge

2