BizGUARD Plus
Comp • Businessowner's • Auto • Umbrella

**BUSINESSOWNER'S POLICY DECLARATIONS**

**AmGUARD Insurance Company**
**A Stock Company**

**Issued:** 11/06/2019

**Policy No.:** NEBP030396

**Renewal of:** NEW

## POLICY INFORMATION PAGE

**[1] Named Insured and Mailing Address**
2505 6TH Street LLC
2505 6th St
Limon, CO 80828

**Additional Names of Insured**
DBA Baymont by Wyndham Limon

**[2] Agency**
ALL ACCESS INSURANCE
9200 W. Cross Drive
Suite 515
Littleton, CO 80123

**[3] Policy Period**
From November 1, 2019 to November 1, 2020, 12:01 AM, standard time at the insured's mailing address.

**[4] Description of Business**
Hotels (except Casino Hotels) and Motels

**[5] Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6] Premium**
The premium shown below may be subject to adjustment.

| | |
|---|---|
| Terrorism - Certified Acts | Excluded |
| TOTAL POLICY PREMIUM | $20,610.00 |
| TOTAL PAYABLE | $20,610.00 |

**[7] Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 11/06/2019

**Policy No.:** NEBP030396 **Effective Date:** 11/01/2019

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001 BUILDING: 001**
**2505 6th St**
**Limon, CO 80828-2124**
**Lincoln County**

**Property Deductible: $5,000**
**Wind/Hail Deductible: 2%**
**Optional Coverages/Glass Deductible: $500**
**Classification: 69161 - Hotels - Preferred - With Ltd. Cooking Restaurant (No Deep Fat Frying)**

**COVERAGES:**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Building Coverage** | |
| Limit | $3,000,000 |
| Valuation | Replacement Cost |
| Inflation Guard % | 4 |
| **Business Personal Property Coverage** | |
| Limit | $250,000 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |
| **Liability** | |
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $900,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | 25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Jerry |
| Phone Number | 303-932-1700 |
| **Exclusion of Cosmetic Damage to Roof Coverings Caused by Hail** | |
| Coverage | Refer to form BP 99 249 |
| **Hotels/Motels Coverage** | |
| Lock Replacement | 2,500 |
| Web Sites (Business Income) | 7 day period or $50,000/$100,000 |
| Reward Payment | 5,000 |
| Credit Card Slips | 10,000 |



**EXHIBIT 1**

| | |
|---|---|
| Liability for Guests' Property | $3,000/$75,000 |
| Liability for Guests' Property in Safe Deposit Boxes | None |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law** | |
| Coverage Type | Coverage 1, 2 & 3 Combined |
| Cvg 1 (Loss in Value of Undamaged Portion of Bldg) Limit | $3,000,000 |
| Cvg 2 (Demolition Cost) & Cvg 3 (Increased Cost of Construction) Limit | $250,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $10,000 |
| **Playgrounds or Amusement Areas** | |
| Limit | Included |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |