**BUSINESSOWNERS POLICY DECLARATIONS**

Issued: 11/06/2019

**Policy No.:** NEBP030396 **Effective Date:** 11/01/2019

**SCHEDULE OF FORMS AND ENDORSEMENTS**

| **Form Number** | **Title** |
|---|---|
| PN MU 01 06 17 | Protective Safeguards Policyholder Notice |
| BP WEL LET | Welcome Letter |
| IIT DS 01 05 | Businessowners Policy Declarations |
| BP 00 03 01 10 | Businessowners Coverage Form |
| BP IN 01 01 10 | Businessowners Coverage Form Index |
| END SCHD | Schedule Of Forms And Endorsements |
| IL 99 00 08 13 | Authorization and Attestation |
| IL P 001 01 04 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholder |
| PRIV POL | Privacy Policy |
| BP 99 CO 09 16 | CO Policy Customizations |
| BP 01 81 03 15 | Colorado Changes |
| BP 03 12 01 10 | Windstorm or Hail Percentage Deductibles |
| BP 04 04 01 10 | Hired Auto And Non-owned Auto Liability |
| BP 04 12 04 17 | Limitation of Coverage to Designated Premises, Project or Operation |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 46 01 06 | Ordinance or Law Coverage |
| BP 05 01 07 02 | Calculation Of Premium |
| BP 05 24 01 15 | Exclusion Of Certified Acts Of Terrorism |
| BP 05 41 01 15 | Exclusion of Certified Acts of Terrorism and Exclusion of Other Acts of Terrorism Committed Outside the United States |
| BP 05 42 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BP 15 04 05 14 | Exclusion – Access or Disclosure of Confidential or Personal Information and Data-related Liability - With Limited Bodily Injury Exception |
| BP 99 04 01 10 | Equipment Breakdown Coverage |
| BP 99 11 09 08 | Exclusion – Bed Bug - Kissing Bug |
| BP 99 188 06 16 | Deductible Endorsement - Property |
| BP 99 20 01 10 | Hotels/Motels Coverage |
| BP 99 238 06 17 | Protective Safeguards - Fire |
| BP 99 249 07 17 | Exclusion of Cosmetic Damage to Roof Coverings Caused by Hail - Scheduled Buildings |
| BP 99 365 09 18 | Blanket Additional Insured - Manager or Lessor of Premises, Grantor of Franchise, Lessors of Leased Equipment |
| BP 99 60 03 12 | Water Back-up and Sump Overflow |
| BP 99 91 11 14 | Data Compromise Coverage |



**EXHIBIT 2**