**GUARD BOP SHORT FORM – HOTELS AND MOTELS**

**Policy #** **NEBP030096** **Date of Survey:** **01/08/2020**

**Date of initial call to account:** **11/11/19** **Date of 2nd Call:** **12/04/19** **Date of Agency Call:** **12/03/19**

**Date Agency is Notified of Visit Date:** **01/08/20** **Notification Method:** **Telephone**

**Account Name:** **2505 6th Street LLC** **Agency:** **All Access Insurance**

**Location of Survey:** **2505 6th Street, Limon, CO 80828**

**Person Interviewed – Name:** **Ashley Pendlay** **Title:** **General Manager**

**E-mail address:** **baymontlimon2019@gmail.com** **Phone number:** **970/930-0847**

**Field Person & Vendor Name:** **Richard Hering / sedgwick**
**Was GUARD's phone protocol followed?** ☒ **Yes** ☐ **No (explain)** ______________________________
**Was the survey completed by the due date?** ☒ **Yes** ☐ **No (explain)** ______________________________

**GENERAL INFORMATION – HOTEL OR MOTEL**

**Confirmation Address is Correct:** ☒ **Yes** ☐ **No (details)** ______________________________
**Vacant Areas:** ☒ **No** ☐ **Yes (Percentage: ____%)** **If vacancies, signed leases obtained?** ☐ **Yes** ☐ **No**
**Are there renovations underway or anticipated in the next twelve months?** ☒ **Yes** ☐ **No**

**Description of Operations**: The insured, 2505 6th Street, is a Baymont Inn and Suites in Limon. It is a two story building with 48 rooms, a small fitness room and an indoor swimming pool. It also has a three room apartment for the GM on the second floor. The insured purchased this hotel and opened for business in November 2019. Their customers are the traveling general public. They provide their customers with a room to sleep and breakfast the next morning. They advertise their services via a listing on the internet for places to stay while traveling. They only have the GM and five employees at this time but will add more as the number of guests increases daily. There is no children's play area at this site.

**Estimated Total Receipts - Support Document (from Guard):** **900,000**
**Estimated Total Receipts – Per Contact:** **900,000**
**Number of Rooms** **48** **Number of Buildings** **1** **Number of rooms per building** **48**
**Rooms Accessed (specify room numbers):** **101, 107, 211**
**If no access was made to any room, explain why:** **N/A**
**Average Occupancy Rates (past 12 months):** **N/A% Overall** **50% Weekdays** **50% Weekends**
**Meeting Rooms?** ☐ **No** ☒ **Yes** **If yes, maximum occupancy:** **24**
**Is this a franchise location?** ☐ **No** ☒ **Yes**
***(If yes, obtain a copy of the franchise requirements addressing guest safety and fire safety.)***
**If yes, describe self-inspection frequency requirements: On-site staff-** **Maint - daily** **Franchisor –** **Yearly**
**Subcontracted Operations:** ☒ **Elevator Service** ☐ **Landscaping** ☒ **Alarms** ☐ **Laundry** ☐ **Housekeeping** ☐ **Security** ☐ **Shuttle Service** ☐ **Pool Maintenance** ☐ **Lifeguard Service** ☐ **Bartender** ☐ **Heating & Air Conditioning** ☐ **Conference Services** ☐ **Sports or Recreation Services** ☒ **Snow & Ice Removal** ☒ **Other:** **Pesticide Company**
**Fire Drills: Frequency (per Year)** **2** **Fire Department Involvement?** ☐ **Yes** ☒ **No** **Documented?** ☒ **Yes** ☐ **No**
**ANCILLARY OPERATIONS** ☒ **Pool** ☒ **Exercise Room** ☐ **Meet & Greets (wine/beer served)**
☒ **Conference Rooms** ☐ **Valet** ☒ **Business Center** ☐ **Room Service (In-House)**
☒ **Limited Cooking** ☐ **Full Cooking (*if checked, complete restaurant supplement*)**
**Other:** **N/A**

**Ancillary Operations – properly controlled? ☒ Yes ☐ No If no, details: N/A**

**BUILDING CONSTRUCTION**

**ISO Class: ☒Frame ☐ Joisted Masonry ☐ Noncombustible**
**☐ Masonry Noncombustible ☐ Modified Fire Resistive ☐ Fire Resistive**

**ISO Class – different from support data? ☒No ☐ Yes**

**How was ISO Class determined (reasons)? If building is mixed construction, give % of each ISO class.**
**Maintenance Person**

**Year Built: 1999 How was year built determined? ☒ From Contact ☐ Blueprints ☐ Other: _____________**

**Total Sq. Ft (insured's area): 28,000**

**Occupancy by Floor (occupancy type & square footage): ☐ Basement: None**
**☒ 1st Floor: 25 rental rooms, Laundry, Office, Front Desk, Breakfast room, Conference room, Restrooms, Pool, Sprinkler room, Electrical room, Elevator room, Kitchen, 2 Storage closets – 16,000 ft² ☒ 2nd Floor: 23 rental rooms, 3 Room managers apt, Managers Office, Mechanical room, 3 Storage closets, Fitness center, Guest laundry – 12,000 ft² ☐ 3rd Floor: None ☐ 4th Floor: None ☐ Other Floors: None**

**Roof: Approx. Age Unknown years Roof construction type(s): Wood frame & decking**

**Roof finish type(s): ☐ Concrete ☐ Flat Roof Asphalt/Other ☐ Flat Roof PVC/TPO ☐ Metal**
**☒ Shingle Asphalt/Fiberglass ☐ Slate/Tile ☐ Unknown/Other: ________________________**

**General Condition (Visual Inspection): ☐ Excellent ☐ Above Avg. ☒ Average ☐ Below Avg. ☐ Poor**

**EXTERIOR EXPOSURES - Exposures of concern within 100'? ☐ No ☒ Yes - Reason: Vacant Denny's Restaurant – 96' to the east**

**UTILITIES**

**Electrical: Aluminum or Knob-and –Tube Wiring? ☒ No ☐ Yes Age (yrs.): 21**
**Federal Pacific (FP) electrical panels (or Zinsco, Stablok)? ☒ No ☐ Yes**
**Any obvious deficiencies noted regarding NFPA 70? ☒ No ☐ Yes**
**Plumbing: Acceptable condition, and properly protected from freezing? ☒ Yes ☐ No Age (yrs.): 21**
**Heating System: Acceptable housekeeping, servicing, maintenance, condition? ☒ Yes ☐ No Age (yrs.): 10**
**Fossil Fuel Devices: ☐ None ☒ Heater ☐ Oven ☐ Dryer ☒ Hot Water Heater ☐ Fireplace ☒ Other: 3 furnaces**

**FIRE & BURGLARY PROTECTION (INCLUDING PROTECTIVE SAFEGUARDS)**

**Hydrants: At least 1 within 500'? ☒Yes ☐No At least 2 within 1,000'? ☒Yes ☐No**
**Extinguishers – Are there at least 2 fire extinguishers mounted and visible and within 75' of all areas? ☒Yes ☐No**
**Are the fire extinguishers always accessible and serviced annually? ☐Yes ☒No Date Last Serviced _Jan 2019**
**Fire Department within 5 miles? ☒Yes ☐No**
**Sprinkler System (Policyholder's area): ☒ 100% Sprinklered ☐ Non-sprinklered ☐ Partial Sprinklered (____%)**
**Are attic areas sprinklered? ☐ 100% Sprinklered ☒ Non-sprinklered ☐ Partial Sprinklered (____%)**
****Provide at least one photo of sprinklered attic area****
**Is sprinkler riser available? ☒ Yes ☐ N/A (not sprinklered) ☐ No (reason: ______________)**

**Fire Alarms? ☒ Yes ☐ No Type (select all that apply): ☒ Local ☐ Central Station**
**If Central Station, Name of Station: ______________________________ Alarm(s) Active? ☒ Yes ☐ No**

**Burglar Alarms? ☐ Yes ☒ No Type (select all that apply): ☐ Outside Siren ☐ Central Station**
**If Central Station, Name of Station: ______________________________ Alarm(s) Active? ☐ Yes ☒ No**

**LIFE SAFETY**

**Acceptable emergency egress? ☒ Yes ☐No Proper emergency lighting? ☒Yes ☐No**

**WALKING AND WORKING SURFACES**

**Proper slip, trip and fall controls in place (condition, lighting, snow removal, spills/housekeeping)? ☒ Yes ☐ No**

**ADDITIONAL EXPOSURES: Comment on any additional property or liability exposures. Exposures addressed should include the following: Lead paint, asbestos, chimneys, dogs & other pets, firearms on premises, candle usage, underground storage tanks, dancing, entertainment, elevators, rooftop activities, water damage, smoking, or other fire or liability issues not addressed above and noted during this visit.** This hotel is a pet friendly hotel that allows their guests to bring their dogs (only dogs) with them to stay overnight. There is an elevator for the guests to use to access the rooms on the second floor. It is maintained by Otis Elevators. The whole building is smoke free. There is no entertainment at this hotel.

**Comments:** The management for the hotel has discovered that the previous owner did not perform maintenance on the fire monitor system and the fire sprinkler system as required when the fire marshal inspected their building. They were also lax on the overall maintenance of the building if it did not affect the guests directly. Some of the fire extinguishers were inspected when the insured purchased the property and others were not and these have exceeded the one year time for the inspections to be completed. They are scheduled to inspect all of the fire extinguishers.

**RECOMMENDATIONS: ☐ None ☒ See Below**

**COMPLETE SUPPLEMENTS AS NEEDED:**

**☒ AUTOMATIC SPRINKLER SYSTEM SUPPLEMENT**

**☒ SWIMMING POOL SUPPLEMENT**

**☐ CHILDREN'S PLAY AREA SUPPLEMENT**

**20-1: MANDATORY - SPRINKLER SYSTEM INSPECTION AND TESTING NOT VERIFIED** – Employ a qualified, experienced, and licensed contractor to perform a 2" main drain test on your sprinkler system as required by National Fire Prevention Association (NFPA) 25, *Standard for the Inspection, Testing and Maintenance of Water-Based Fire Protection Systems*. If such a test has been provided in the prior 12 months, provide evidence of such testing in the form of any of the following:

- A copy of the sprinkler system test report
- A copy of the invoice specifying the charge was for sprinkler system testing (not an inspection)
- A document from the sprinkler system contractor that performed the test, with their letterhead or logo, explaining the date that a 2" main drain test was performed
- A notarized statement verifying that a 2" main drain test was performed within the prior 12 months by an experienced and qualified sprinkler contractor

**20-2: MANDATORY – POOL SIGNAGE –** Post a "Pool Rules" sign in the pool area showing the pool's hour of operations as well as applicable rules and regulations. Rules at a minimum should include the following:

- ➢ No lifeguard on duty.
- ➢ All persons using this pool do so at their own risk.
- ➢ Shower before entering the pool.
- ➢ No glass or alcoholic beverages in the pool area.
- ➢ No pets allowed in the pool area.
- ➢ Proper swimming attire required.
- ➢ No running or horseplay on pool deck.
- ➢ Children under 18 must be supervised by an adult.
- ➢ No diving.
- ➢ No food or drink in the pool area.
- ➢ Keep door closed.
- ➢ No swimming other than during pool hours.
- ➢ Do not attempt to tamper with drain covers or filter covers.
- ➢ Notify management immediately of accidents of injuries. *[Include management number on poster]*