Berkshire Hathaway GUARD Insurance Companies

Berkshire Hathaway GUARD
P.O. Box 1368
Wilkes-Barre, PA 18703-1368
570-825-9900 (Toll-Free 800-673-2465)
FAX 570-825-0611
www.guard.com

# Independent Adjuster Assignment by Berkshire Hathaway GUARD

| | |
|---|---|
| **Carrier Name:** AmGUARD Insurance Company<br>**Policy Number:** NEBP030396<br>**Policy Period:** 11/1/2019 - 11/1/2020<br>**Insured Name:** 2505 6TH Street LLC<br>**Insured Address:** 2505 6th St<br>Limon, CO 80828 | **Agency Name:** ALL ACCESS INSURANCE<br>**Agency Phone:** 303-932-1700<br>**Adjustor Assigned:** Anthony Bartoli<br>**Adjustor E-mail:** Anthony.Bartoli@guard.com |
| **Occurrence Number:** 001<br>**Date of Loss:** 08/02/2020<br>**Time of Loss:** 8:00 PM<br>**Loss Description:** A hail storm damaged the windows, screens, siding, lights, and roof.<br>**Narrative:**<br>**Claim Number:** NEBP030396-001-001-001<br>**Claim Type:** Property<br>**Cause of Loss:** Hail<br>**Building Info:**<br>**Location:** 2505 6th St<br>Limon, CO 80828-2124 | **Reported to Police:** N<br>**Police Department:**<br>**Police Report Number:**<br>**Fire Department Involved:** N<br>**Fire Department:**<br>**Fire Report Number:**<br>**Description of Damage:** A hail storm damaged the windows, screens, siding, lights, and roof.<br>**Estimated Loss:** 0<br>**Additional Information:** |
| **Caller Name:** Ashley Pendlay<br>**Caller Type:** Insured<br>**Caller Business Phone:** 719-775-0700<br>**Extension:**<br>**Caller Cell Phone:** 970-930-0847<br>**Caller E-mail Address:** | **Executive:**<br>**Risk Mgr:** Jerry - 303-932-1700<br>**Claims:**<br>**Where to Contact:**<br>**When to Contact:** |

**Date Prepared:** 8/3/2020

RAPHAEL 000009

**EXHIBIT 5**