**Description of Operations:** Hotel
**Headquarters State:** CO
**Number of Locations:** 1
**Industry Type:** Apartments and Hotels BOP

## Coverage Highlights

**Policy Level:**

| | |
|---|---|
| Total Annual Revenues: | $900,000 |
| Liability Limits: | $1,000,000/$2,000,000 |
| Non-Owned Auto: | YES |
| Liquor Liability Common Cause Limit: | 0 |
| Gross Annual Liquor Receipts: | 0 |
| Liquor Sales/Total Sales: | 0% |

**Location/Building Level:**

| Location Number | Building Number | Equipment Breakdown | Water Back-up | Spoilage | Utility Services - Direct Damage | Utility Services - Time Element |
|---|---|---|---|---|---|---|
| 001 | 001 | YES | 5,000 | 0 | NO | NO |

## Coverage Highlights Notes

Hotel, fitness center, continental breakfast, and pool
Added BP0412, added 10% debit due to increased wildfire & w/h exposure, changed ded from 1% to 2%, added cosmetic damage endorsement. Updated named insured. Change liab from $2/4M to $1/2M, water backup reduced from $25k to $5k, added # of rooms, added pool & fitness center ammenity, changed to limited cooking due to continental breakfast exposure,
Bed bug is already excluded
TIV (w/BI/EE) $3,900,000

## GL Information

| Location Number | Building Number | Liability Basis | Sales | Total Payroll | Class Code Description |
|---|---|---|---|---|---|
| 001 | 001 | SALES | 900,000 | 0 | Hotels - Standard - With Ltd. Cooking Restaurant (No Deep Fat Frying) |

## Property (COPE) Information

| Location Number | Building Number | Building | Personal Property | Est BI/EE | Base TIV | Hurricane Zone | Distance from Coast | Bld Ded | Construction Type | Number of Stories | Year Built | Total Area | PPC | Territory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 001 | 3,000,000 | 250,000 | 650,000 | 3,250,000 | All Other | 0 | 5,000 | Frame | 2 | 1999 | 25,000 | 05 | 705 |

## Radius Accumulation Management

**Message**
**There are no records to list.**

## Loss History

| Inception Year | Expiring Prem. | # of Claims | Val. Date | Inc'd | Carrier |
|---|---|---|---|---|---|
| 2019 | *n/a* | *n/a* | *n/a* | *n/a* | PAAMGU10 |
| **L/R: 0%** | **$0** | **TOTALS** | | **$0** | |

## Individual losses over 25,000 by policy year

| Policy Year | Incurred | Description |
|---|---|---|
| **No Data Entered** | | |

## Web Results:

https://www.wyndhamhotels.com/baymont/limon-colorado/baymont-inn-and-suites-limon/overview

## Other Coverage Lines:

map attached

## UW Notes:

D&B:not found even updating NI
Review Auto Assistive UW Tab Failures- reviewed
Wildfire TIV guidelines: n/a
Coastal: n/a
Crime: 2
Wildfire: 13
Hail: 96
Tornado: 96
ISO 360:non valued pol state ok to keep agent value
ISO RC $3,376,808 Agent value$ 3,000,000
Prior History:
Conversations/DocuView:reviewed
Review State Guidelines:reviewed
Agency exceptions: none
Peril Calculator: 10% debit increased wildfire & w/h exposure, 2% w/h ded required & cosmtic damage end.
Appetite/UW Qs: reviewed
Occupancy %: 100
# of Units:48
Safeguards:sprinklered, CSFA, private contract protection, CSBA, security cameras
Target:n/a
BI/EE is acceptable

## Policy Comparisons

| | Expiring | Renewal | Change |
|---|---|---|---|
| Company | NEW | PAAMGU10 | |
| IRPM | 1.00 | 1.10 | |
| WC Safety Record Discount | 1.00 | 1.00 | |
| Multi-Policy Credit | 1.00 | 1.00 | |
| Total Est. Standard Premium | NEW | 29,637 | |
| Billing -- % Down | NEW | 10% | |
| # of Installments | NEW | 10 | |

## UW Decision/Supervisor Approval:

Modifier:10% debit increased wildfire & w/h exposure
AI: none
Cross Sell $1M umbrellaï¿½
Final Decision:
Hotel, fitness center, continental breakfast, and pool
Added BP0412, added 10% debit due to increased wildfire & w/h exposure, changed ded from 1% to 2%, added cosmetic damage endorsement. Updated named insured. Change liab from $2/4M to $1/2M, water backup reduced from $25k to $5k, added # of rooms, added pool & fitness center ammenity, changed to limited cooking due to continental breakfast exposure,
Bed bug is already excluded subject to inspection & verification of safeguards & favorable loss runs. VTOMASINI 10/23/2019

**HTTP Error 500.19 - Internal Server Error**

**The requested page cannot be accessed because the related configuration data for the page is invalid.**

## Detailed Error Information:

| | |
|---|---|
| **Module** | IIS Web Core |
| **Notification** | BeginRequest |
| **Handler** | Not yet determined |
| **Error Code** | 0x80070003 |
| **Config Error** | Cannot read configuration file |
| **Config File** | \\?\d:\inetpub\wwwroot\dotnet\mvc\claims\claimantheader\web.config |
| **Requested URL** | https://gigwebapp.guard.com:443/dotnet/mvc/claims/ClaimantHeader/?claimantid=566248 |
| **Physical Path** | d:\inetpub\wwwroot\dotnet\mvc\claims\claimantheader\ |
| **Logon Method** | Not yet determined |
| **Logon User** | Not yet determined |
| **Request Tracing Directory** | D:\inetpub\logs\FailedReqLogFiles\ |

## Config Source:

```
   -1:
    0:
```

## More Information:

This error occurs when there is a problem reading the configuration file for the Web server or Web application. In some cases, the event logs may contain more information about what caused this error.

View more information »

Notes & Diaries

DocuNotes

### DocuNotes

+ new entry

**Category Filter:**

☐ *check/uncheck all*

☒ Adjustor ☐ Attorney ☒ Customer Service ☐ GUARDTech ☐ Litigation ☐ Payments ☐ Recovery ☒ Reserves ☐ SIU

☒ Supervisory ☐ Vendor Management

filter

**Sort By:** Created ▾ Descending ▾ sort

---

**Created:** Tue, May 25 2021 at 2:02pm by **Melinda Champluvier**
**Category:** Supervisory

Received Suit, Sent to Legal

---

**Created:** Thu, May 13 2021 at 10:24am by **April Johnson**
**Category:** Adjustor

**TPA Acknowledgement**

Our File Number: 1.51913
Your Claim Number: NEBP030396-001-001-001
Dear Anthony Bartoli,
We acknowledge receipt of the above referenced claim. The handling examiner assigned to your claim is Danielle Chilcote.
Please direct all correspondence to dchilcote@raphaelandassociates.com.

---

**Created:** Tue, May 4 2021 at 6:27pm by Brandon Nichols
**Category:** Customer Service

Source: Phone, Contact Type: Attorney's Office, Contact Subject: Claims, Detailed Subject: Adjuster Info, Contact Resolution: Resolved, Contact Name: Agnish

---

**Created:** Sun, Apr 18 2021 at 9:40am by **Melinda Champluvier**
**Category:** Adjustor

A Copy Project Request was submitted.
CD
Destination Address:
R&A - auto upload

---

**Created:** Wed, Mar 10 2021 at 11:00am by William Ardoline
**Category:** Reserves

This note was entered during a mandatory reserve review: Reviewed reserves, will update.

---

**Created:** Wed, Mar 10 2021 at 10:59am by William Ardoline
**Category:** Adjustor

Claim Review:

- Need estimate per Envista report, damage related to storm only.

---

**Created:** Wed, Dec 2 2020 at 12:29pm by William Ardoline
**Category:** Adjustor

Response to contractor:

Hello Jeff,

As of last week we were awaiting the expert report and I have requested Brian please provide status on that asap.
Brian, please advise status of their report.

Jeff, please keep in mind the insured has a duty to mitigate their damages and repairs need to begin as long as the expert and IA dont need any further inspections which to my knowledge I dont believe they do.
Brian, please confirm.
Advising repairs need to begin is not confirming coverage.

Thank you!

---

**Created:** Thu, Nov 19 2020 at 11:01am by William Ardoline
**Category:** Adjustor

- Engineer report not on file.
- Requested IA send it asap as restoration estimate totals $434,949.90.
- CC'd team lead and GC.

---

**Created:** Thu, Nov 19 2020 at 10:26am by **Marc Dellario**
**Modified:** Thu, Nov 19 2020 at 10:26am by **Marc Dellario**
**Category:** Adjustor

303-862-0168 CJ Restoration Hayden PISTILLI requesting call back from adjuster in regards to engineer report.

---

**Created:** Thu, Oct 15 2020 at 11:02am by William Ardoline
**Modified:** Thu, Oct 15 2020 at 11:04am by William Ardoline
**Category:** Adjustor

- Called insured Ahley at 719-775-0700.
Advised her awaiting engineer report.
Advised her of timeline of engineer reports.
Supervisor also updated agent.
Provided IA information to insured.
She stated repairs haven't begun and advised per the policy they must begin to protect property against further damage.
Followed up with email.

baymontinn2019@gmail.com

---

**Created:** Thu, Oct 15 2020 at 10:58am by William Ardoline
**Category:** Adjustor

IA update:

Mr. Ardoline:

Thank you for the assignment and please note the following:

Insured Contact: Ashely Pendlay
Date Insured contacted: September 10, 2020
Date of inspection: September 18, 2020

Our contact with insured was delayed due to: n/a
Our inspection was delayed due to: Scheduling date and time for joint inspection with engineer and insureds contractor.

The cause of loss was : Hail. Damage to the roof, windows/frames, exterior doors and vinyl privacy fencing
Based on our inspection and/or discussion with your office, we would recommend engaging the following experts/consultants: Per your authorization, Envista Forensics was engaged to complete an inspection and report of findings

We are projecting damages as follows:

Building $60,000.00
Building Emer Services $0.00
BPP $0.00
BI period of restoration .,
gross per week Total BI $0.00

Total estimated damages: $60,000.00

Our initial report with details on our investigation to date will follow.

Brian L. Rubidoux, AIC
Senior Property Adjuster
Engle Martin & Associates

---

**Created:** Tue, Sep 29 2020 at 3:24pm by William Ardoline
**Category:** Adjustor

Response to agent:

Rick,

An adjuster and engineer inspected this loss.
I am relaying what the field adjuster told me on the phone yesterday.
It is quite possible there is older damage present the insured is stating that is related to this loss but actually isnt.
When the engineer report is received I will be able to further advise.

At this time repairs need to begin per the policys provisions to protect from further damage.

Thank you.

---

**Created:** Mon, Sep 28 2020 at 11:22am by William Ardoline
**Modified:** Mon, Sep 28 2020 at 11:23am by William Ardoline
**Category:** Adjustor

- Spoke to IA who stated the engineer inspection has taken place and awaiting report.
- He stated there is alot of wear and tear the insured is stating is attributed to the hail damage but most likely not.
- He will write estimate for anything that could be attributed to hail.
- Await engineer report to make official determination.
- Advised agent.

---

**Created:** Tue, Sep 15 2020 at 8:17am by William Ardoline
**Category:** Adjustor

Reiterated to agent that IA and engineer are setting up inspection with insured.
Requested IA send email and CC agent with date of inspection and engineer contact information.

---

**Created:** Mon, Sep 14 2020 at 4:50pm by William Ardoline
**Modified:** Mon, Sep 14 2020 at 4:57pm by William Ardoline
**Category:** Adjustor

- Spoke to IA who stated he got ahold of property manager.
- Reiterated directions to schedule re-inspection with Envista.
- He will contact insured/property manager.

- Called agent Rick Cline to advise.
Left vm and followed up with email.
Provided IA contact information.

- Updated sales.

---

**Created:** Mon, Sep 14 2020 at 4:47pm by William Ardoline
**Category:** Adjustor

IA acknowledgement:

Brian Rubidoux, Senior Property Adjuster
116 Inverness Drive East
Ste. 270
Englewood, CO 80112
brubidoux@englemartin.com
Cell Phone: 719.201.0323 | Direct Line: 303.736.5131
EMA File # 1000307939

---

**Created:** Wed, Sep 9 2020 at 1:19pm by William Ardoline

**Modified:** Wed, Sep 9 2020 at 1:25pm by William Ardoline
**Category:** Adjustor

Claim Review:

- TPA didn't provide necessary information.
- Advised them to close and will assign IA and engineer and request rush reporting per management.

- Advised agent and sales.

---

**Created:** Wed, Sep 2 2020 at 12:54pm by William Ardoline
**Modified:** Wed, Sep 2 2020 at 12:59pm by William Ardoline
**Category:** Adjustor

- No TPA report on file.
- Followed up for information.

- Spoke to agent Rick and advised awaiting TPA information.
Followed up with email.

---

**Created:** Fri, Aug 7 2020 at 11:53am by William Ardoline
**Category:** Adjustor

- Await TPA information.
- Sent acknowledgement and contractor letter.

---

**Created:** Fri, Aug 7 2020 at 11:48am by William Ardoline
**Category:** Adjustor

Loss/Accident Description:A hail storm damaged the windows, screens, siding, lights, and roof.

Location of Loss/Accident:2505 6th St, Limon, CO 80828-2124 (001)

Ashley Pendlay
719-775-0700
970-930-0847

Building Coverage
Limit $3,000,000
Valuation Replacement Cost
Inflation Guard % 4

Business Personal Property Coverage
Limit $250,000
Seasonal Increase Percent 25
Valuation Replacement Cost

Property Deductible: $5,000
Wind/Hail Deductible: 2%
Optional Coverages/Glass Deductible: $500
Classification: 69161 - Hotels - Preferred - With Ltd. Cooking Restaurant (No Deep Fat Frying)

***Await information from TPA***

---

**Created:** Mon, Aug 3 2020 at 3:07pm by Anthony Bartoli
**Category:** Adjustor

Sent new Raphael & Associates assignment.