R&A
RAPHAEL
FIELD ADJUSTING

August 25, 2020

Raphael & Associates, TPA
Attn: Danielle Chilcote
E-mail: danielle.chilcote@raphaelandassociates.com

| | | |
|---|---|---|
| **Re:** | **Insured:** | **2505 6TH Street LLC** |
| | **Date of Event:** | **08/02/2020** |
| | **Type of Event:** | **Hail** |
| | **Event Location:** | **2505 6th St., Limon, CO 80828** |
| | **Policy No.:** | **NEBP030396** |
| | **Our File No.:** | **2.60465** |
| | **Your File No.:** | **1.51913** |

Dear Ms. Chilcote:

The following shall serve as our Initial and Final Report with respect to the above captioned claim.

**ENCLOSURES:**

1. Hail History Report.
2. Photographs of the risk and damage.
3. Our Service Invoice.

**ESTIMATE/RESERVES:**

Building: $150,000

**ADJUSTMENT & CLAIM DETAILS:**

This loss was reported as a hail loss. We immediately contacted the Insured on 08/04/2020 to discuss the loss and schedule our inspection. The loss was inspected on 08/06/2020.

**Underwriting or Coverage Concerns:**

Our inspection revealed no underwriting concerns.

Our inspection revealed a coverage concern as the premises free-standing sign was damaged by hail, and per your 08/10/2020 e-mail Ms. Chilcote hail is not a covered peril for the stand alone sign per the policy. We defer to the Carrier for their coverage review and determination for the hail damaged free-standing sign.

**Insured:**

You insure 2505 6TH Street LLC with a mailing address of 2505 6th St., Limon, CO 80828. The Insured contact is Jerry and he can be reached at (303) 932-1700.

The Insured is not represented by a public adjuster or attorney.

**Risk:**

The involved risk is located at 2505 6th St., Limon, CO 80828. The risk is a two-story commercial Building used as a Baymont Hotel.

The interior consists of an estimated 22,000 square feet and was constructed in 2000. The risk is well maintained and shows no obvious hazards or defects.

**Cause of Loss:**

The cause of loss has been verified as a hail and wind loss from 08/02/2020. We have obtained a Hail History Report for your review documenting the date of the hail loss occurrence.

**Subrogation/Salvage:**

There is no potential for subrogation.

None of the damaged Building materials will have any salvageable interest.

**Expert Involvement:**

There are no concerns which require an expert at this time.

**Scope of Damage:**

We traveled to the loss location and conducted a joint inspection with the Insured and their Contractor (Geno Edwards-Sunny Contractors & Roofing, LLC—303-517-2256) on 08/06/2020. Our inspection revealed the following:

1. Exterior of Risk:
   a. Roof: Damage to roof from hail was great enough to warrant an entire replacement of the roof and soft metal items. The hail damage sustained to the roof is not cosmetic in nature.
   b. Siding: Stucco damaged requiring the back wall to be repaired and the entire wall to be skim coated. 4 1'X1' dryer vents damaged by hail.
   c. Wood Fascia: Hail damaged paint on fascia requiring repainting.
   d. Windows: The windows were a hard vinyl. The hail damaged more than 30 window frames requiring entire windows to be replaced. Screen damage.
   e. Fencing: Vinyl fencing attached to the Building damaged requiring its replacement.

f. Doors: The wind was extremely strong during the storm. Guests trying to escape the storm opened doors. The wind caught the doors damaging 4 door closures.
g. Exterior lights: Hail damaged 11 exterior lights requiring replacement.
h. Signage: No damage found to sign(s) attached to Building. Free-standing sign damaged by hail.

2. Interior of the Risk: No damage reported or found to interior from this storm.

**Estimate:**

We have not completed an estimate of repairs as per your 08/11/2020 e-mail Ms. Chilcote, the claim file has now been returned to Guard for handling and you instructed us to submit our final invoice.

**RECOMMENDATIONS:**

We have no recommendations as per your e-mail Ms. Chilcote, the claim file has now been returned to Guard for handling and you instructed us to submit our final invoice.

**FUTURE ACTIVITY:**

No future activity is anticipated as per your e-mail Ms. Chilcote, the claim file has now been returned to Guard for handling and you instructed us to submit our final invoice.

**CLOSING COMMENTS:**

Our claim assignment has been completed. Please let us know if there is any other information that you may require in order to proceed with this claim.

Respectfully submitted,

*Ted Miller*

Ted Miller
**RAPHAEL & ASSOCIATES**
support@raphaelandassociates.com
Main Office: (800) 466 – 9165
TM/kb

Management Review:_

# StormIntel Verify® Hail History Report
# WeatherGuidance Forensics Unit

**Report date:** 08/04/20
**Claim/Reference #** 2505 6TH Street LLC

**Property Address:** 2505 6th St, Limon, CO, 80828

**Latitude:** 39.26971 **Longitude:** -103.71141
**Search Period:** 08/03/19-08/03/20

| Date | Time | Hail Size (in.) at Location | Maximum Hail Size (in.) Within… | | | |
|---|---|---|---|---|---|---|
| | | | 1 mile | 2 miles | 3 miles | 5 miles |
| 08/02/20 | 08:38pm | 1.50 | 1.75 | 2.00 | 2.00 | 2.00 |
| 08/17/19 | 02:24pm | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| End of Data | | End of Data | End of Data | | | |

Please note: "ND" (No Data) indicates that we could not verify hail of at least 0.75 inch in diameter at the property address during the requested search period. Times indicated on the report are expressed in the local time zone and should be considered approximate. The above information is based upon the examination of ground based storm reports and/or radar indicated hail detection algorithms. If you need help interpreting the report, please contact our Forensic Weather Verification Unit for assistance. Any person(s) ordering or otherwise utilizing this report agree(s) to abide by the terms, conditions and disclaimers outlined in the Terms of Service/End User License Agreement (TOS/EULA) which can be found at www.weatherguidance.com/eula.html

WeatherGuidance
StormIntel® Verify

**(512) 504-3151 x5**
**www.weatherguidance.com**

**Verify the report data here:**
**http://www.weatherguidance.com/hailintel/verify.php?id=b11c1d**

**If the verification link is not clickable, please go to www.weatherguidance.com/hailintel/verify.php and enter the following code: b11c1d**

RAPHAEL 000095

**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396




**1-Front of risk**

Date Taken: 8/6/2020

Taken By: Ted Miller

Overview.




**2-Front of risk**

Date Taken: 8/6/2020

Taken By: Ted Miller

This is a hotel.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**3-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Roof has one layer 30 yr laminate and drip edge. This drip edge is unpainted. Some other drip edge is painted.




**4-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Roof has a 3/12 pitch.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**5-Front gutter**

Date Taken: 8/6/2020

Taken By: Ted Miller

No damage to gutter from hail.



**6-Front slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**7-Front slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**8-Front slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**9-Front slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**10-Front slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

| | |
|---|---|
| Insured: | 2506 6th St LLC |
| Claim #: | 2.60465 |
| Policy #: | NEBP030396 |



**11-Front slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square. All directional test squares had 10+ hail damaged shingles.



**12-Right slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396




**13-Right slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square. 10+.



**14-Right slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

| | |
|---|---|
| Insured: | 2506 6th St LLC |
| Claim #: | 2.60465 |
| Policy #: | NEBP030396 |



**15-Right slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**16-Right slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**17-Right gutter**

Date Taken: 8/6/2020

Taken By: Ted Miller

No hail damage to gutter.



**18-Back slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**19-Back slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**20-Back slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**21-Back slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**22-Back slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



EXHIBIT 8

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**23-Back slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**24-Back slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396




**25-Left slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**26-Left slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**27-Left slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**28-Left slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to test square and to soft metal items.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**29-Left slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to soft metal items.



**30-Left slope**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to soft metal items.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**48-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Soft metal damaged by hail.



**49-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

n the roof, paint on fascia shows damage from hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

| | |
|---|---|
| Insured: | 2506 6th St LLC |
| Claim #: | 2.60465 |
| Policy #: | NEBP030396 |



**50-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

On the roof, paint on fascia shows damage from hail.



**51-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco was not damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**52-Stucco**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco not damaged from the hail.



**54-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco was not affected by hail. Facing north.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**55-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to paint on fascia.



**56-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to painted fascia.



EXHIBIT 8

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

| | |
|---|---|
| Insured: | 2506 6th St LLC |
| Claim #: | 2.60465 |
| Policy #: | NEBP030396 |



**57-DSCN6692**

Date Taken: 8/6/2020

Taken By: Ted Miller

View showing the protruding hips on top of the main gable roofing.



**58-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

All of the protruding hips from the gable roofs have painted fascia damaged from hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**59-DSCN6694**

Date Taken: 8/6/2020

Taken By: Ted Miller

All fascia of hips have hail damage to paint.



**60-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Damage to fascia paint.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**75-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Paint on left fascia damage by hail.



**76-Fascia**

Date Taken: 8/6/2020

Taken By: Ted Miller

Close up of hail damage to painted fascia.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**77-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Lights will need boots if not detached and reset.



**78-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Lights will need boots if not detached and reset.



RAPHAEL000118

**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

| | |
|---|---|
| Insured: | 2506 6th St LLC |
| Claim #: | 2.60465 |
| Policy #: | NEBP030396 |



**86-Roof**

Date Taken: 8/6/2020

Taken By: Ted Miller

Soft metal items damaged b hail.



**87-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No hail damage to stucco.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**88-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No damage to stucco.



**89-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window screen not hail damaged.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**90-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window frame damaged by hail. Screen also damaged.



**91-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to window bead.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**92-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco ok.



**93-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No damage to spout.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**94-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No hail damage to window or spout.



**95-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No hail damage to spout.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**96-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Overview. No damage to this area. Note: The canopy is attached to the main building.



**97-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco, no damage.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**98-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Front doors no hail damage. Closures effected by strong wind during storm.



**99-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No damage to window.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**100-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Screen was damaged by hail.



**101-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Screen damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**102-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco shows no damage in photo.



**103-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Warping of vinyl window bead. Not hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**104-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Spout shows no damage.



**105-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

This is not hail damage. Warping of vinyl.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**106-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

This is not hail damage. Warping of vinyl.



**107-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Warping of vinyl.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**109-Front elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Screen damaged by hail.



**115-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Overview.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**116-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No damage to spout from hail.



**117-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No hail damage to stucco.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**118-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller



**119-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to windows from hail. 2 R&R.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

| | |
|---|---|
| Insured: | 2506 6th St LLC |
| Claim #: | 2.60465 |
| Policy #: | NEBP030396 |



**120-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to windows from hail. 2 R&R.



**121-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to windows from hail. 2 R&R.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**122-Right elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to windows from hail. 2 R&R.



**123-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Overview.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**124-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Spout not damaged.



**125-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**126-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**127-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**128-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**129-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**130-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**131-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**132-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**133-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**134-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**135-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**136-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**137-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



RAPHAEL000141

**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**138-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**139-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**140-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**141-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**142-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

30 window frames and screens damaged by hail.



**143-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco damaged from hail. Patch and skim coat entire back wall.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**144-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco damaged from hail. Patch and skim coat entire back wall.



**145-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Vinyl fencing damaged by hail requiring rem/repl.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**147-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

11 lights on the back damaged by hail.



**149-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

4 commercial dryer vents 1X1 needs to be rem/repl.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**150-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Hail damage to stucco wall.



**152-Back elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Stucco damaged from hail. Patch and skim coat entire back wall.



RAPHAEL000147

**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

| | |
|---|---|
| Insured: | 2506 6th St LLC |
| Claim #: | 2.60465 |
| Policy #: | NEBP030396 |



**153-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Overview.



**154-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Spout not damaged.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**155-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window bead damaged by hail.



**156-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window beading and screens damaged by hail. 45LF bead.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**157-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window beading and screens damaged by hail. 45LF bead.



**158-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window beading and screens damaged by hail. 45LF bead.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**159-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window beading and screens damaged by hail. 45LF bead.



**160-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window beading and screens damaged by hail. 45LF bead.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC

Claim #: 2.60465

Policy #: NEBP030396



**161-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Window beading and screens damaged by hail. 45LF bead.



**162-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

This is frame damage to window requiring replacement of the entire window from hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**163-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

No hail damage to spout.



**164-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

This is a crease, not damage from hail.



**EXHIBIT 8**

# Photo Sheet

**Raphael & Associates, Inc**

**301 Route 17 North**
**Suite #500**
**Rutherford, NJ 07070**

Insured: 2506 6th St LLC
Claim #: 2.60465
Policy #: NEBP030396



**165-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Cinder block damage is not from hail.



**166-Left elevation**

Date Taken: 8/6/2020

Taken By: Ted Miller

Cinder block damage is not from hail.



**EXHIBIT 8**