# 9-14-20 TPA report.msg

**From:**
**Sent:** Wednesday, September 2, 2020 1:22 PM
**To:** William Ardoline<William.Ardoline@GUARD.com>
**Cc:** Ryan McCarthy<Ryan.McCarthy@guard.com>, <dchilcote@raphaelandassociates.com>
**Subject:** [EXTERNAL] RE: 1.51913/2.60465 2505 6TH Street LLC

**CAUTION: This email originated from outside of BH Insurance.**

Good Afternoon William,

I hope you are well.

I have attached the adjuster's report as requested.

This file was returned back to Guard for handling on August 10th.

Please advise should anything further be required.

Best Regards,

Danielle

**Danielle Marie Chilcote**
Claims Examiner
O (321) 574-3179 F (888) 902-5701
raphaelandassociates.com

---

**From:** William Ardoline <William.Ardoline@GUARD.com>
**Sent:** Wednesday, September 02, 2020 12:56 PM
**To:** Danielle Marie Chilcote <dchilcote@raphaelandassociates.com>; Field Support <fieldsupport@raphaelandassociates.com>; Support 2 <support2@raphaelandassociates.com>
**Cc:** Ryan McCarthy <Ryan.McCarthy@guard.com>
**Subject:** RE: 1.51913/2.60465 2505 6TH Street LLC
**Importance:** High

Hello,

I have the agent calling for status and don't see a report from Raphael and Associates on file.

Please provide status asap as it seems this could be a larger loss.
Hail is also covered for the outdoor sign FYI.
Please send report asap!

Thank you.

Ryan, I CC'd you as I have never dealt with a TPA claim before and unsure of procedures.

Thank you as well.

---

**William Ardoline**
P&C CLAIMS ADJUSTER II
Berkshire Hathaway GUARD Insurance Companies
Claims3@guard.com
570-825-9900, ext.4655

---

**From:** Danielle Marie Chilcote <dchilcote@raphaelandassociates.com>
**Sent:** Monday, August 10, 2020 12:58 PM
**To:** Field Support <fieldsupport@raphaelandassociates.com>; Support 2 <support2@raphaelandassociates.com>
**Cc:** Danielle Marie Chilcote <dchilcote@raphaelandassociates.com>
**Subject:** 1.51913/2.60465 2505 6TH Street LLC

Hi Ted,