5565 Glenridge Connector | Suite 900
Atlanta, Georgia 30342
O: 404.257.4523
www.englemartin.com | sball@englemartin.com

*Connect with us:*

---

**From:** DoNotReply@GUARD.com <DoNotReply@GUARD.com>
**Sent:** Wednesday, September 09, 2020 1:21 PM
**To:** Daily Claims2 <dclaims2@englemartin.com>
**Subject:** New Claim Assignment - NEBP030396-001-001-001 2505 6TH Street LLC - Berkshire Hathaway GUARD Insurance Companies

***EXTERNAL***

Dear Independent Adjustment Firm,

This email is being used to forward a possible new Businessowner's Policy (B claim assignment to your firm.

Assignment Type - Full Adjustment

PLEASE NOTE THAT THE ATTACHED DOCUMENT(S) CONTAINS THE CLAIMS AND POLICY INFORMATION NEEDED TO PROCEED WITH YOUR ACTIVITIES.

We request that you acknowledge receipt of this assignment to claims3@guard.com Please include our claim number in the acknowledgement.

If you have any questions or requests involving a specific claim, we encourage you to contact the Berkshire Hathaway GUARD Insurance Companies adjustor assigned to the case:

Assigned Adjustor: William Ardoline
Via e-mail at William.Ardoline@guard.com
Via phone at 800-673-2465, 4655

We appreciate your attention and anticipated cooperation.

Thank you,

Berkshire Hathaway GUARD Insurance Companies

****** CONFIDENTIALITY NOTICE ******

THIS E-MAIL, INCLUDING ANY ATTACHED FILES, MAY CONTAIN CONFIDENTIAL, PROPRIETARY AND/OR PRIVILEGED INFORMATION FOR THE SOLE USE OF THE INTENDED RECIPIENT(S). ANY REVIEW, USE, DISTRIBUTION, COPY OR