# 9-14-20 update to sales.msg

**From:** William Ardoline<>
**Sent:** Monday, September 14, 2020 5:02 PM
**To:** Mark Concklin<Mark.Concklin@guard.com>
**Cc:** Steve Keshishian<Steve.Keshishian@GUARD.com>, Mark Martinez<Mark.Martinez@guard.com>
**Subject:** RE: [EXTERNAL] FW: DAMAGE CLAIM FOR HOTEL NEBP030396 001 001 001

Hello Mark,

Per my vm I have reached out to the agent on this and followed up with the attached email.

Please let me know if you need anything else on this and I will be happy to help!

---

**William Ardoline**
P&C CLAIMS ADJUSTER II
Berkshire Hathaway GUARD Insurance Companies
Claims3@guard.com
570-825-9900, ext.4655

---

**From:** Mark Concklin <Mark.Concklin@GUARD.com>
**Sent:** Monday, September 14, 2020 4:22 PM
**To:** William Ardoline <William.Ardoline@GUARD.com>
**Cc:** Steve Keshishian <Steve.Keshishian@GUARD.com>; Mark Martinez <Mark.Martinez@guard.com>
**Subject:** FW: [EXTERNAL] FW: DAMAGE CLAIM FOR HOTEL NEBP030396 001 001 001

This is my third email on this one please.

Do we send initial letter letting them know to secure property and make repairs after taking photos and saving evidence of damaged items?

---

**Mark Concklin, CIC, CLU**
SENIOR FIELD REPRESENTATIVE
Mark.Concklin@guard.com
570-825-9900, ext.8721

Follow GUARD on social media:

---

**From:** RICK CLINE <rick@allaccessins.com>
**Sent:** Monday, September 14, 2020 1:36 PM
**To:** Mark Concklin <Mark.Concklin@GUARD.com>
**Subject:** [EXTERNAL] FW: DAMAGE CLAIM FOR HOTEL

**CAUTION: This email originated from outside of BH Insurance.**

Mark

This claim has been the top 3 most inefficient claims I have had in 21 years.

I cannot do business with Guard with your claims department.

You have previous emails on this one and I need you to get this handled today

---

RICK CLINE
All Access Insurance, OWNER

303-932-1700
9200 W CROSS DR STE 515
LITTLETON, CO 80123
http://WWW.ALLACCESSINS.COM

---

**From:** Ashley Pendlay <baymontinn2019@gmail.com>
**Sent:** Monday, September 14, 2020 1:30 PM
**To:** Jerry Kukuchka <kukuchkaja@hotmail.com>
**Cc:** RICK CLINE <rick@allaccessins.com>
**Subject:** Re: DAMAGE CLAIM FOR HOTEL

Hello Rick,
Ashley here. Hope you had a great weekend. I am getting statements drawn up from guests that have left and went elsewhere because of the damage to our building and them not feeling safe in which I will email you as well as Jerry as soon as I receive them. We have lost out on thousands of dollars since this hail storm over a month ago. We have also had more damage as Jerry mentioned above. Since the hail storm we have had 2 days of a snow storm, multiple days of high power winds with rain, and the damage created from that hail is 10x worse. I am also confused as to why you have hired someone else to come and look at the property? This has already taken much longer than expected and needed and I would like to be informed on what is going on as this is not only my job but my home. The damage here is awful and I am not sure if anyone understands the stress and reputation that is being ruined by the time it is taking to get started?! It is very imperative that you CC me on all emails as well as keep me in the loop on what is going on because time is of the essence.
Thank You
Ashley Pendlay
General Manager Baymont Inn & Suites

Image removed by sender.

2505 6th st
Limon, CO 80828

On Mon, Sep 14, 2020 at 11:38 AM Jerry Kukuchka <kukuchkaja@hotmail.com> wrote:

> Hey Rick,
>
> I am in Florida for a couple more days working but I really need to find out where we stand on the claim.
>
> Ashley, has told me we are losing revenue from this damage as windows are broken screens missing, etc. doesn't look very good for walk up customers especially. In addition the snow created more damage from water leaks, etc.
>
> I am copying Ashley please respond to all of us when you send an update so she knows what's going on as well.
>
> Thanks
> JK