# IA 1st report.eml

**From:** Armster, Gabriella
**Sent:** Tuesday, October 6, 2020 5:59 PM
**To:** GUARDClaimsTeam@GUARD.com<GUARDClaimsTeam@GUARD.com>
**Cc:** Rubidoux, Brian<brubidoux@englemartin.com>
**Subject:** [EXTERNAL] 2505 6th Street LLC | Claim #: NEBP030396-001-001-001 | Report 01 | EMA File #: 1000307939

**CAUTION: This email originated from outside of BH Insurance.**

Dear Mr. Ardoline:

Please find the attached first report sent on behalf of Brian Rubidoux. Should you have any questions or concerns please contact Brian directly at (303) 736-5131 or brubidoux@englemartin.com.

Thank you,

**Gabriella Armster**
**Administrative Assistant**
**Engle Martin & Associates**

1635 Village Center Circle | Ste. 280
Las Vegas, NV 89134
O: 702.727.2511 | F: 702.434.3054
www.englemartin.com | gabriella.armster@englemartin.com

*Connect with us:*

NOTICE: This communication is strictly confidential. If you are not an intended recipient, then any review, use or distribution of it, and/or any action taken or not taken in reliance upon it, is unauthorized, strictly prohibited and may be unlawful. Instead, please immediately notify the sender by return email and then delete this communication and its attachments from your system