# Restoration estimate.eml

**From:** Jeff
**Sent:** Tuesday, October 20, 2020 8:01 PM
**To:** claims3@guard.com<claims3@guard.com>
**Subject:** [EXTERNAL] NEBP030396-001-001-001 2505 6TH Street LLC

**CAUTION: This email originated from outside of BH Insurance.**

Please see attached estimate for repair and replacement of damages to the property located at 2505 6th St. Limon, CO 80828 from a storm which occurred on 08/02/2020. This storm produced 2.5â€ hail and sustained winds of 75mph for a duration of up to 1 hr.
Please note that the cost reflected for stucco repairs are based on Xactimate line item prices and may be subject to change with actual bid from our qualified stucco technician.

*Jeff Henke*
**General Sales Manager**
Office: 303.690.9253
Cell: 303.915.5400
Email: jeffh@cjrestoration.com

Blue & Black Logo small

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

| | |
|---|---|
| Client: | Baymont Inn & Suites |
| Property: | 2505 6th St<br>Limon, CO 80828 |
| Operator: | BRIAN |

| | | | |
|---|---|---|---|
| Estimator: | Harvey Waters | Business: | (303) 690-9253 |
| Company: | CJ Restoration | E-mail: | Harvey@cjrestoration.com |
| Business: | 12385 E. Cornell Ave<br>Aurora, CO 80015 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Hail, Wind and Water | | |
| Date Entered: | 10/12/2020 | Date Assigned: | |
| Date Est. Completed: | 10/12/2020 | Date Job Completed: | |

| | |
|---|---|
| Price List: | COCS8X_OCT20 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | BAYMONT_INN&SUITES |

CJ Restoration is a licensed general contractor in the state of Colorado - License/Registration No. 243230 - and has been retained by your insured to repair storm damage to the covered property itemized in your adjuster's estimate. The following scope of work was prepared by CJ Restoration using Xactimate Version 28.0 with the most current Price List available in Xactimate for accurate job costing. Any modifications or additions necessary to complete construction are shown in **bold** text. Overhead and profit have been added due to the number of trades involved and/or the complexity of the project to cover supervision. Please feel free to contact our office with any questions.

Thank you for your consideration,

CJ Restoration
303-690-9253

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**BAYMONT_INN&SUITES**

**BAYMONT_INN&SUITES**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Please Note we are waiting for Stucco pricing from our subcontractors to verify Xactimate Numbers.** | | | | | | |
| **Per our experience stucco pricing in Xactimate historically is not sufficient to meet our subcontractor pricing.** | | | | | | |
| Total: BAYMONT_INN&SUITES | | | | 0.00 | 0.00 | 0.00 |

**General**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Commercial Supervision / Project Management - per hour | 160.00 HR | 0.00 | 67.28 | 0.00 | 0.00 | 10,764.80 |

General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business.
Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising.
Including General Overhead expenses in an Xactimate estimate—General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate.
Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor.
Examples (including but not limited to): Project managers, onsite portable offices and restroom facilities, temporary power and fencing, security if needed, etc.
Including Job-Related Overhead expenses in an Xactimate estimate—Job Related Overhead expenses should be added as separate line items to the Xactimate estimate. This is done within the Line Item Entry window of an Xactimate estimate by selecting the proper price list items, or creating your own miscellaneous items

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Temporary toilet (per month) | 2.00 MO | 0.00 | 171.64 | 0.00 | 68.66 | 411.94 |

CJ Restoration will need to have a temporary toilet on site for use of crews.

This can be found on OSHA website about toilets.
"Per OSHA standards, employers with 20 or fewer employers must provide one toilet to their workers. Employers with 20 or more employees must provide one toilet and one urinal per 40 workers. If an employer has 200 or more employees, one toilet and one urinal is required for every 50 employees."

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 4. Debris chute hopper - per week - 30" x 4' section | 24.00 WK | 30.05 | 0.00 | 0.00 | 144.24 | 865.44 |

Do not know why the unit price is different than JS Held

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 5. Debris chute mounting hardware - per week | 4.00 WK | 25.00 | 0.00 | 0.00 | 20.00 | 120.00 |
| 6. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 10.00 EA | 475.00 | 0.00 | 0.00 | 950.00 | 5,700.00 |
| 7. Temporary fencing - 1-4 months (per month) | 500.00 LF | 0.00 | 1.67 | 0.00 | 167.00 | 1,002.00 |

This is fencing to move pedestrian traffic towards safe areas to ensure the safety of the work site

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 8. Temporary Repairs - per hour | 8.00 HR | 0.00 | 64.25 | 0.00 | 102.80 | 616.80 |



RAPHAEL 001119

**EXHIBIT 15**

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - General**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: General | | | | 0.00 | 1,452.70 | 19,480.98 |

**Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 9. Remove Laminated - comp. shingle rfg. - w/out felt | 185.26 SQ | 56.25 | 0.00 | 0.00 | 2,084.18 | 12,505.06 |
| 10. Laminated - comp. shingle rfg. - w/out felt | 213.33 SQ | 0.00 | 220.65 | 1,683.65 | 9,751.00 | 58,505.91 |
| 11. Remove Additional charge for high roof (2 stories or greater) | 178.63 SQ | 4.97 | 0.00 | 0.00 | 177.56 | 1,065.35 |
| 12. Additional charge for high roof (2 stories or greater) | 178.63 SQ | 0.00 | 17.36 | 0.00 | 620.20 | 3,721.22 |
| 13. R&R Ridge cap - Standard profile - composition shingles | 605.51 LF | 2.41 | 4.70 | 88.57 | 878.76 | 5,272.51 |
| 14. Asphalt starter - universal starter course | 1,121.48 LF | 0.00 | 2.05 | 53.39 | 470.48 | 2,822.90 |
| 15. Roofing felt - 15 lb. | 185.26 SQ | 0.00 | 29.74 | 94.98 | 1,120.92 | 6,725.53 |
| 16. Step flashing | 228.21 LF | 0.00 | 8.46 | 21.42 | 390.42 | 2,342.50 |
| 17. R&R Flashing - L flashing - galvanized | 149.00 LF | 0.55 | 3.53 | 13.26 | 124.26 | 745.44 |
| 18. R&R Drip edge/gutter apron | 1,005.00 LF | 0.30 | 2.27 | 59.64 | 528.50 | 3,170.99 |
| 19. Drip edge | 116.48 LF | 0.00 | 2.15 | 5.95 | 51.28 | 307.66 |
| 20. R&R Power attic vent cover only - metal | 5.00 EA | 11.79 | 82.45 | 10.48 | 96.36 | 578.04 |
| 21. Roof mount power attic vent - Detach & reset | 5.00 EA | 0.00 | 148.77 | 0.00 | 148.78 | 892.63 |
| 22. R&R Rain cap - 8" | 3.00 EA | 4.70 | 42.89 | 5.63 | 29.68 | 178.08 |
| 23. R&R Valley metal | 11.00 LF | 0.55 | 5.16 | 1.54 | 12.88 | 77.23 |
| 24. R&R Flashing - pipe jack | 6.00 EA | 6.63 | 37.67 | 3.97 | 53.96 | 323.73 |
| 25. Prime & paint roof jack | 6.00 EA | 0.00 | 31.79 | 2.97 | 38.74 | 232.45 |
| 26. R&R Roof vent - turtle type - Metal | 2.00 EA | 8.45 | 53.28 | 2.19 | 25.14 | 150.79 |
| 27. Prime & paint roof vent | 7.00 EA | 0.00 | 31.79 | 3.46 | 45.20 | 271.19 |
| 28. Exterior light fixture - Detach & reset | 4.00 EA | 0.00 | 67.99 | 0.00 | 54.40 | 326.36 |
| 29. R&R Roof vent - active ventilation | 8.00 EA | 8.45 | 94.01 | 27.10 | 169.36 | 1,016.14 |
| 30. Boom lift - 50'-60' reach (per day) | 8.00 DA | 0.00 | 462.00 | 0.00 | 739.20 | 4,435.20 |
| Boom lift will be needed to load and unload all crews, materials, etc to the high story roof. | | | | | | |
| 31. Equipment Operator - per hour | 40.00 HR | 0.00 | 48.34 | 0.00 | 0.00 | 1,933.60 |



RAPHAEL 001120

**EXHIBIT 15**

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

Boom lift will be needed to load and unload all crews, materials, etc to the high story roof. Therefore will need the proper operator for safety of life on job site
OSHA - 1926.453(b)(2)(ii)
"Only authorized persons shall operate an aerial lift."

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Roof | | | | 2,078.20 | 17,611.26 | 107,600.51 |

**Signage**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 32. Commercial sign (Bid Item) | 1.00 EA | 0.00 | 20,977.82 | 0.00 | 4,195.56 | 25,173.38 |

**Both signs have damage - See bid from Signarama**

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Signage | | | | 0.00 | 4,195.56 | 25,173.38 |

**Gutters**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 33. R&R Gutter - aluminum - 6" | 1,005.00 LF | 0.47 | 9.17 | 382.78 | 2,014.22 | 12,085.20 |
| 34. Soffit & Fascia Installer - per hour | 24.00 HR | 0.00 | 90.36 | 0.00 | 433.72 | 2,602.36 |

**Per Xactimate - Generally, a contractor will have and use standard ladders, jacks, and plank scaffolding as part of their normal equipment toolset, and as such, the labor yield assumption addresses the average time necessary for normal one or two story applications, including the set up and use of this equipment as needed, where the ladder scaffold platform does not exceed 20'. If additional labor is required, use item SFG LAB.**

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Gutters | | | | 382.78 | 2,447.94 | 14,687.56 |

**Front Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 35. Clean stucco | 4,630.80 SF | 0.00 | 0.59 | 3.20 | 547.08 | 3,282.45 |
| 36. Stucco color coat (Redash) - sand texture | 4,630.80 SF | 0.00 | 3.61 | 99.05 | 3,363.26 | 20,179.50 |
| 37. Seal & paint stucco | 4,630.80 SF | 0.00 | 1.30 | 89.47 | 1,221.90 | 7,331.41 |
| 38. Mask and prep for paint - plastic, paper, tape (per LF) | 910.00 LF | 0.00 | 1.25 | 16.33 | 230.76 | 1,384.59 |
| 39. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 32.00 EA | 33.29 | 592.69 | 1,147.10 | 4,235.70 | 25,414.16 |
| 40. Add. charge for a retrofit window, 24-40 sf - difficult | 32.00 EA | 0.00 | 228.75 | 60.83 | 1,476.16 | 8,856.99 |



RAPHAEL 001121

EXHIBIT 15

CJ Restoration

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Front Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 41. Window blind - horizontal or vertical - Detach & reset | 32.00 EA | 0.00 | 25.60 | 0.00 | 163.84 | 983.04 |
| 42. Stucco repair around doors, windows, etc - 2nd floor | 340.00 LF | 0.00 | 25.60 | 42.70 | 1,749.34 | 10,496.04 |
| 43. Stucco repair around doors, windows, etc - 1st floor | 300.00 LF | 0.00 | 18.11 | 37.67 | 1,094.14 | 6,564.81 |
| 44. Drywall tape joint/repair - per LF | 640.00 LF | 0.00 | 6.81 | 12.81 | 874.24 | 5,245.45 |
| 45. Paint door/window trim & jamb - Large - 2 coats (per side) | 32.00 EA | 0.00 | 32.85 | 11.06 | 212.46 | 1,274.72 |
| 46. R&R Downspout - aluminum - 6" | 130.00 LF | 0.47 | 9.17 | 49.51 | 260.54 | 1,563.25 |
| 47. Exterior light fixture - Detach & reset | 18.00 EA | 0.00 | 67.99 | 0.00 | 244.76 | 1,468.58 |
| 48. R&R Air conditioning security cage | 12.00 EA | 11.77 | 306.06 | 198.72 | 802.52 | 4,815.20 |
| 49. R&R Storefront door -bronze anod. frame, oversized-Double pane | 3.00 EA | 35.30 | 3,438.18 | 678.61 | 2,219.80 | 13,318.85 |
| 50. R&R Entrance hardware - card key | 3.00 EA | 14.11 | 368.58 | 51.54 | 239.90 | 1,439.51 |
| Totals: Front Elevation | | | | 2,498.60 | 18,936.40 | 113,618.55 |

**Right Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 51. Clean stucco | 1,240.00 SF | 0.00 | 0.59 | 0.86 | 146.50 | 878.96 |
| 52. Stucco color coat (Redash) - sand texture | 1,240.00 SF | 0.00 | 3.61 | 26.52 | 900.58 | 5,403.50 |
| 53. Seal & paint stucco | 1,240.00 SF | 0.00 | 1.30 | 23.96 | 327.20 | 1,963.16 |
| 54. Mask and prep for paint - plastic, paper, tape (per LF) | 96.00 LF | 0.00 | 1.25 | 1.72 | 24.34 | 146.06 |
| 55. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 2.00 EA | 33.29 | 592.69 | 71.69 | 264.74 | 1,588.39 |
| 56. Add. charge for a retrofit window, 24-40 sf - difficult | 2.00 EA | 0.00 | 228.75 | 3.80 | 92.26 | 553.56 |
| 57. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 0.00 | 25.60 | 0.00 | 10.24 | 61.44 |
| 58. Stucco repair around doors, windows, etc - 2nd floor | 20.00 LF | 0.00 | 25.60 | 2.51 | 102.90 | 617.41 |
| 59. Stucco repair around doors, windows, etc - 1st floor | 20.00 LF | 0.00 | 18.11 | 2.51 | 72.94 | 437.65 |
| 60. Drywall tape joint/repair - per LF | 40.00 LF | 0.00 | 6.81 | 0.80 | 54.64 | 327.84 |
| 61. Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 32.85 | 0.69 | 13.28 | 79.67 |

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Right Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 62. R&R Downspout - aluminum - 6" | 20.00 LF | 0.47 | 9.17 | 7.62 | 40.08 | 240.50 |
| 63. R&R Exterior light fixture - High grade | 4.00 EA | 11.80 | 119.35 | 20.70 | 109.06 | 654.36 |
| 64. Exterior light fixture - Detach & reset | 1.00 EA | 0.00 | 67.99 | 0.00 | 13.60 | 81.59 |
| 65. R&R Air conditioning security cage | 2.00 EA | 11.77 | 306.06 | 33.12 | 133.74 | 802.52 |
| Totals: Right Elevation | | | | 196.50 | 2,306.10 | 13,836.61 |

**Rear Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 66. Clean stucco | 4,630.80 SF | 0.00 | 0.59 | 3.20 | 547.08 | 3,282.45 |
| 67. Stucco color coat (Redash) - sand texture | 4,630.80 SF | 0.00 | 3.61 | 99.05 | 3,363.26 | 20,179.50 |
| 68. Seal & paint stucco | 4,630.80 SF | 0.00 | 1.30 | 89.47 | 1,221.90 | 7,331.41 |
| 69. R&R Synthetic stucco repair | 500.00 SF | 0.71 | 8.01 | 45.54 | 881.10 | 5,286.64 |
| 70. Mask and prep for paint - plastic, paper, tape (per LF) | 910.00 LF | 0.00 | 1.25 | 16.33 | 230.76 | 1,384.59 |
| 71. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 32.00 EA | 33.29 | 592.69 | 1,147.10 | 4,235.70 | 25,414.16 |
| 72. Add. charge for a retrofit window, 24-40 sf - difficult | 32.00 EA | 0.00 | 228.75 | 60.83 | 1,476.16 | 8,856.99 |
| 73. Window blind - horizontal or vertical - Detach & reset | 32.00 EA | 0.00 | 25.60 | 0.00 | 163.84 | 983.04 |
| 74. Stucco repair around doors, windows, etc - 2nd floor | 340.00 LF | 0.00 | 25.60 | 42.70 | 1,749.34 | 10,496.04 |
| 75. Stucco repair around doors, windows, etc - 1st floor | 300.00 LF | 0.00 | 18.11 | 37.67 | 1,094.14 | 6,564.81 |
| 76. Drywall tape joint/repair - per LF | 640.00 LF | 0.00 | 6.81 | 12.81 | 874.24 | 5,245.45 |
| 77. Paint door/window trim & jamb - Large - 2 coats (per side) | 32.00 EA | 0.00 | 32.85 | 11.06 | 212.46 | 1,274.72 |
| 78. R&R Downspout - aluminum - 6" | 86.00 LF | 0.47 | 9.17 | 32.76 | 172.36 | 1,034.16 |
| 79. R&R Exterior light fixture - High grade | 16.00 EA | 11.80 | 119.35 | 82.81 | 436.24 | 2,617.45 |
| 80. Exterior light fixture - Detach & reset | 5.00 EA | 0.00 | 67.99 | 0.00 | 68.00 | 407.95 |
| 81. R&R Air conditioning security cage | 24.00 EA | 11.77 | 306.06 | 397.44 | 1,605.06 | 9,630.42 |
| 82. R&R Storefront door -bronze anod. frame, oversized-Double pane | 2.00 EA | 35.30 | 3,438.18 | 452.41 | 1,479.88 | 8,879.25 |

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Rear Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 83. R&R Entrance hardware - card key | 2.00 EA | 14.11 | 368.58 | 34.36 | 159.96 | 959.70 |
| 84. R&R Rain cap - 4" to 5" | 1.00 EA | 4.70 | 31.16 | 1.07 | 7.40 | 44.33 |
| 85. R&R Vinyl (PVC) fence, 5'- 6' high - full slat | 66.00 LF | 5.88 | 39.71 | 99.69 | 621.74 | 3,730.37 |
| Totals: Rear Elevation | | | | 2,666.30 | 20,600.62 | 123,603.43 |

**Left Elevation**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 86. Clean stucco | 1,240.00 SF | 0.00 | 0.59 | 0.86 | 146.50 | 878.96 |
| 87. Stucco color coat (Redash) - sand texture | 1,240.00 SF | 0.00 | 3.61 | 26.52 | 900.58 | 5,403.50 |
| 88. Seal & paint stucco | 1,240.00 SF | 0.00 | 1.30 | 23.96 | 327.20 | 1,963.16 |
| 89. Mask and prep for paint - plastic, paper, tape (per LF) | 96.00 LF | 0.00 | 1.25 | 1.72 | 24.34 | 146.06 |
| 90. R&R Vinyl window, horizontal sliding, 24-32 sf - High grade | 4.00 EA | 33.29 | 592.69 | 143.39 | 529.48 | 3,176.79 |
| 91. Add. charge for a retrofit window, 24-40 sf - difficult | 4.00 EA | 0.00 | 228.75 | 7.60 | 184.52 | 1,107.12 |
| 92. Window blind - horizontal or vertical - Detach & reset | 4.00 EA | 0.00 | 25.60 | 0.00 | 20.48 | 122.88 |
| 93. Stucco repair around doors, windows, etc - 1st floor | 80.00 LF | 0.00 | 18.11 | 10.05 | 291.78 | 1,750.63 |
| 94. Drywall tape joint/repair - per LF | 80.00 LF | 0.00 | 6.81 | 1.60 | 109.28 | 655.68 |
| 95. Paint door/window trim & jamb - Large - 2 coats (per side) | 4.00 EA | 0.00 | 32.85 | 1.38 | 26.56 | 159.34 |
| 96. Exterior light fixture - Detach & reset | 5.00 EA | 0.00 | 67.99 | 0.00 | 68.00 | 407.95 |
| Totals: Left Elevation | | | | 217.08 | 2,628.72 | 15,772.07 |

**Shed**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 97. Asphalt starter - universal starter course | 54.00 LF | 0.00 | 2.05 | 2.57 | 22.66 | 135.93 |
| 98. Remove Laminated - comp. shingle rfg. - w/out felt | 1.76 SQ | 56.25 | 0.00 | 0.00 | 19.80 | 118.80 |
| 99. Laminated - comp. shingle rfg. - w/out felt | 2.00 SQ | 0.00 | 220.65 | 15.78 | 91.42 | 548.50 |



RAPHAEL 001124

EXHIBIT 15

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

**CONTINUED - Shed**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 100. R&R Ridge cap - Standard profile - composition shingles | 16.00 LF | 2.41 | 4.70 | 2.34 | 23.22 | 139.32 |
| 101. Roofing felt - 15 lb. | 1.76 SQ | 0.00 | 29.74 | 0.90 | 10.64 | 63.88 |
| 102. R&R Drip edge/gutter apron | 54.00 LF | 0.30 | 2.27 | 3.20 | 28.40 | 170.38 |
| Totals: Shed | | | | 24.79 | 196.14 | 1,176.81 |
| **Line Item Totals: BAYMONT_INN&SUITES** | | | | **8,064.25** | **70,375.44** | **434,949.90** |

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Summary

| | |
|---|---|
| Line Item Total | 356,510.21 |
| Material Sales Tax | 8,064.25 |
| Subtotal | 364,574.46 |
| Overhead | 35,187.72 |
| Profit | 35,187.72 |
| **Replacement Cost Value** | **$434,949.90** |
| **Net Claim** | **$434,949.90** |

Harvey Waters

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.9%) | Manuf. Home Tax (6.9%) | Storage Rental Tax (6.9%) | Local Food Tax (4%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 35,187.72 | 35,187.72 | 8,064.25 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **35,187.72** | **35,187.72** | **8,064.25** | **0.00** | **0.00** | **0.00** |

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Recap by Room

**Estimate: BAYMONT_INN&SUITES**

| | | |
|---|---|---|
| **General** | **18,028.28** | **5.06%** |
| **Roof** | **87,911.05** | **24.66%** |
| **Signage** | **20,977.82** | **5.88%** |
| **Gutters** | **11,856.84** | **3.33%** |
| **Front Elevation** | **92,183.55** | **25.86%** |
| **Right Elevation** | **11,334.01** | **3.18%** |
| **Rear Elevation** | **100,336.51** | **28.14%** |
| **Left Elevation** | **12,926.27** | **3.63%** |
| **Shed** | **955.88** | **0.27%** |
| **Subtotal of Areas** | **356,510.21** | **100.00%** |
| **Total** | **356,510.21** | **100.00%** |

CJ RESTORATION

**CJ Restoration**

12385 E. Cornell Ave
Aurora, CO 80014
(303)690-9253

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CLEANING | 6,927.54 | 1.59% |
| GENERAL DEMOLITION | 23,671.40 | 5.44% |
| DRYWALL | 9,534.00 | 2.19% |
| MISC. EQUIPMENT - COMMERCIAL | 20,977.82 | 4.82% |
| HEAVY EQUIPMENT | 3,696.00 | 0.85% |
| FENCING | 2,620.86 | 0.60% |
| FINISH HARDWARE | 1,842.90 | 0.42% |
| GLASS, GLAZING, & STOREFRONTS | 17,190.90 | 3.95% |
| HEAT, VENT & AIR CONDITIONING | 11,630.28 | 2.67% |
| LIGHT FIXTURES | 4,630.67 | 1.06% |
| PAINTING | 20,491.85 | 4.71% |
| ROOFING | 69,074.72 | 15.88% |
| SOFFIT, FASCIA, & GUTTER | 13,548.61 | 3.11% |
| STUCCO & EXTERIOR PLASTER | 76,989.18 | 17.70% |
| TEMPORARY REPAIRS | 1,692.28 | 0.39% |
| WINDOW TREATMENT | 1,792.00 | 0.41% |
| WINDOWS - VINYL | 57,500.80 | 13.22% |
| O&P Items Subtotal | 343,811.81 | 79.05% |

| Non-O&P Items | Total | % |
|---|---|---|
| HEAVY EQUIPMENT | 1,933.60 | 0.44% |
| LABOR ONLY | 10,764.80 | 2.47% |
| Non-O&P Items Subtotal | 12,698.40 | 2.92% |
| O&P Items Subtotal | 343,811.81 | 79.05% |
| Material Sales Tax | 8,064.25 | 1.85% |
| Overhead | 35,187.72 | 8.09% |
| Profit | 35,187.72 | 8.09% |
| Total | 434,949.90 | 100.00% |

Thank you for choosing CJ Restoration. We appreciate your business.

CJ Restoration
12385 E. Cornell Ave Aurora, CO 80015
PH: 303-690-9253
FX: 303-690-9945





EXHIBIT 15