ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

116 Inverness Dr. East
Suite 270
Englewood, CO 80112-5126

O: 720.733.2970
F: 720.733.2971
TF: 800.818.5619

September 15, 2020

Envista Forensics

Attention: Andy Guerra

*Sent via Electronic Mail:* andy.guerra@envistaforensics.com

| | | |
|---|---|---|
| RE: | **Insured:** | **2505 6th Street LLC** |
| | Location of Loss: | 2505 6th St, Limon, CO 80828 |
| | Nature of Loss: | Hail Storm |
| | Date of Loss: | August 2, 2020 |
| | Policy Number: | NEBP030396 |
| | Our File Number: | 1000307939 |
| | **Claim Number:** | **NEBP030396-001-001-001** |

---

Dear Mr. Guerra:

We have been authorized and instructed by Berkshire Hathaway GUARD, to retain your firm on their behalf.

- Complete an inspection of the building to address any structural damage concerns presented by the insured.
- Submit your report of findings with a general repair recommendation.
- Forward a preliminary budget for your inspection and report.
- Please address on a RUSH basis.

You will need to make contact with Ashley Pendlay, Property Manager who may be reached at (719) 775-0700 and to schedule your inspection. Please contact our office prior to contacting Ms. Pendlay to coordinate the available dates to inspect so we may arrange to be present. The insureds' contractor is Jeff Henke who can be reached at (303) 915-5400.

**Reports:** Your reports and communications should be directed to my attention, unless otherwise instructed.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



**Billing:** Please direct your invoice to our client as follows:

Berkshire Hathaway GUARD
Attn: William Ardoline
PO Box 1368
Wilkes Barre, PA 18703

Although you are being engaged by the insurance company and your invoices are to be addressed to same, you must mail your invoice solely to my attention. After our review, your invoice will be forwarded to Berkshire Hathaway GUARD for payment directly to you. Payments of invoices will be the responsibility of the insurance company.

**ENGLE MARTIN & ASSOCIATES**

Brian Rubidoux, AIC
Senior Property Adjuster
brubidoux@englemartin.com
Cell Phone: (719) 201-0323 | Direct Line: (303) 736-5131

BLR/gaa