# 11-19-20 followup for engineer report.msg

**From:** William Ardoline<>
**Sent:** Thursday, November 19, 2020 11:03 AM
**To:** Rubidoux, Brian<brubidoux@englemartin.com>
**Cc:** Marc Dellario<Marc.Dellario@guard.com>, <jeffh@cjrestoration.com>
**Subject:** NEBP030396-001-001-001 2505 6TH Street LLC

Hello Brian,

Please advise the status of the engineer report as we need to review for coverage.
The restoration estimate totals $434,949.90 from CJ so we will need to review this ASAP!

Thank you.

---

**William Ardoline**
P&C CLAIMS ADJUSTER II
Claims3@guard.com
570-825-9900, ext.4655