# IA 2nd report.eml

**From:** Armster, Gabriella
**Sent:** Monday, November 30, 2020 7:06 PM
**To:** GUARDClaimsTeam@GUARD.com<GUARDClaimsTeam@GUARD.com>
**Cc:** Rubidoux, Brian<brubidoux@englemartin.com>
**Subject:** [EXTERNAL] 2505 6th Street LLC | Claim #: NEBP030396-001-001-001 | Report 02 | EMA File #: 1000307939

**CAUTION: This email originated from outside of BH Insurance.**

Dear Mr. Ardoline:

Please find the attached report sent on behalf of Brian Rubidoux. Should you have any questions or concerns please contact Brian directly at (303) 736-5131 or brubidoux@englemartin.com.

Thank you,

**Gabriella Armster**
***Administrative Assistant***
**Engle Martin & Associates**
Las Vegas, Nevada
O: 702.727.2511 | TF: 800.818.5619
gabriella.armster@englemartin.com

**Mailing Address**
5565 Glenridge Connector | Suite 900
Atlanta, Georgia 30342
www.englemartin.com

*Connect with us:*

NOTICE: This communication is strictly confidential. If you are not an intended recipient, then any review, use or distribution of it, and/or any action taken or not taken in reliance upon it, is unauthorized, strictly prohibited and may be unlawful. Instead, please immediately notify the sender by return email and then delete this communication and its attachments from your system. Click here to read our Point of Collection Policy.



**EXHIBIT 18**