IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01673-WJM-KMT

---

REMOTE DEPOSITION OF: WILLIAM JAMESON OVIATT
March 8, 2022

---

2505 6th STREET LIMON, LLC d/b/a
BAYMONT BY WINDHAM (sic) LIMON,

Plaintiff,

v.

WESTGUARD INSURANCE COMPANY and
AMGUARD INSURANCE COMPANY,

Defendants.

---

PURSUANT TO NOTICE, the deposition of WILLIAM JAMESON OVIATT was taken remotely on behalf of the Plaintiff on March 8, 2022, at 9:02 a.m., before Lori A. Aldrich, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public within Colorado.



**EXHIBIT 19**

A P P E A R A N C E S

For the Plaintiff:

JONATHAN E. BUKOWSKI, ESQ.
Merlin Law Group, PA
1001 17th Street
Suite 1150
Denver, Colorado 80202
jbukowski@merlinlawgroup.com

For the Defendants and the Deponent:

MATTHEW S. PONZI, ESQ.
Foran Glennon Palandech Ponzi & Rudloff, PC
222 North LaSalle Street
14th Floor
Chicago, Illinois 60601
mponzi@fgppr.com

Q. Okay. And if the name doesn't recall a bell, then I'm assuming you didn't speak to William Ardoline after your inspection but prior to your report?

A. No, not that I recall.

Q. And did you speak to Brian Rubidoux after your inspection, but prior to issuing your report?

A. I don't recall. I may have, but I -- I don't recall. I'm sorry.

Q. And do you recall speaking to anyone from Amguard Insurance Company after your inspection, but prior to your report?

A. I do not recall speaking with any of them, no.

Q. Okay. After you produced this report marked as Exhibit 4, did you speak to William Ardoline or anyone from Amguard?

A. No.

Q. Has anyone from Amguard ever reached out to you to discuss your investigation?

A. Not to me directly.

Q. And you never notified Baymont Hotel of your findings, correct?

MR. PONZI: Objection; it's been asked and answered.

A. That's a repeat of before. So . . .
MR. PONZI: You can answer it again. Objection, for the record.
A. No. Yeah, no, I did not provide my report of findings to the insured, no.
Q. (BY MR. BUKOWSKI) Okay. Well, did you ever notify Baymont that -- or the hotel's agent, Rick Cline, of your findings?
A. No, I -- I did not.
Q. Okay. And did you ever provide a copy of your report to the roofers who were at the inspection with you in September 2020?
A. No.
Q. And the reason that none of these individuals were provided with your report is because they were not, in your mind, your client, correct?
MR. PONZI: I'll object; it mischaracterizes the testimony. You can answer.
A. Okay. Yeah, so I was never asked by any of those individuals for the report, and I provided my report to my client.
Q. (BY MR. BUKOWSKI) Okay.
A. And, actually, I didn't -- yeah. Fine.
Q. I'm not trying to make this contentious, I'm just trying to figure out what you did or didn't



**EXHIBIT 19**