ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

January 4, 2021

***RESPONSE REQUESTED***

Berkshire Hathaway GUARD

Attention: William Ardoline

*Sent via Electronic Mail: GUARDClaimsTeam@GUARD.com*

| RE: | | |
|---|---|---|
| | **Report Number:** | **Three** |
| | **Insured:** | **2505 6th Street LLC** |
| | Location of Loss: | 2505 6th St, Limon, CO 80828 |
| | Nature of Loss: | Hail Storm |
| | Date of Loss: | August 2, 2020 |
| | Date Assigned: | September 9, 2020 |
| | Date Inspected: | September 18, 2020 |
| | Policy Number: | NEBP030396 |
| | Our File Number: | 1000307939 |
| | **Claim Number:** | **NEBP030396-001-001-001** |

---

Dear Mr. Ardoline:

This will serve as our third report of the above referenced assignment.

| | |
|---|---|
| **ESTIMATE OF LOSS:** | $ 60,000.00 |
| **DEDUCTIBLE:** | ($ 60,000.00) – Wind/Hail 2% |
| **PAID TO DATE:** | ($ 0.00) |
| **NET ESTIMATE OF LOSS:** | **$ 0.00** |

The Estimate of Loss establishes our initial loss values, and our report provides detailed information regarding our continued adjustment of loss.

Estimate of Loss values are based on previously submitted estimates of the loss and subject to Insurers' coverage consideration.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



**INSURED:**

The named Insured is 2505 6th Street LLC, with a mailing address of 2505 6th St, Limon, CO 80828. We have been dealing with Ashley Pendlay, Manager, who can be reached at (719) 775-0700.

**LOSS DESCRIPTION:**

**Wind / Hail.** The insured property sustained wind and hail damage to the south elevation of the building and roof.

**ASSIGNMENT TO EXPERTS/CONSULTANTS:**

Per your authorization, we engaged Envista Forensics to complete an inspection. We are currently awaiting the report of findings from William Oviatt (402) 659-2723. We have enclosed a copy of their report for your review.

**INVESTIGATION AND ADJUSTMENT:**

**Building:**

In our prior email we recommended engaging a Building Consultant to assist with the estimate of repairs pending your coverage review. To date we have not received any further handling instructions from your office. We will keep our file open an additional 20 days pending additional instructions. If we do not receive a response within that time, we will retire our file at the end of 20 days.

**PLAN OF ACTION:**

1. Retire our file in 20 days pending further handling instructions.

We thank you very much for the referral of this claim. Upon receipt and review of this report, should you have any questions or additional handling instructions, please contact our office. Otherwise, our subsequent report will follow in due course.

ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators



Report Prepared By:

**ENGLE MARTIN & ASSOCIATES**

Brian Rubidoux, AIC
Senior Property Adjuster
Denver, CO Office
brubidoux@englemartin.com
Cell Phone: (719) 201-0323 | Direct Line: (303) 736-5131

BLR/gaa