## Jonathan E. Bukowski

**From:** Jonathan E. Bukowski
**Sent:** Thursday, April 8, 2021 9:43 AM
**To:** William.Ardoline@GUARD.com
**Cc:** claims3@guard.com; Larry Bache; Timothy Burchard; Sherrol Hall; harvey@cjrestoration.com; kukuchkaja@hotmail.com; baymontinn2019@gmail.com
**Subject:** Claim No. NEBP030396-001-001-001 - 2505 6th Street, LLC DBA Baymont by Wyndham Limon

Dear Mr. Ardoline,

By way of introduction, Merlin Law Group has been retained to represent the interests of 2505 6th Street, LLC DBA Baymont by Wyndham Limon with regard to its claim for damages to its hotel building under Claim No. SPBP974333-001-001-001 resulting from a hail and wind storm occurring on August 8, 2020 at 2505 6th Street, Limon, Colorado 80828. All future communication related to this claim should be directed to Merlin Law Group.

Please consider this our formal request for a certified copy of the insurance policy including all attachments, applicable endorsements, declaration page(s), and applications in full force and effect at the time of the loss. Further, please provide our office with all correspondence, videos, statements, engineering reports, and estimates in your possession regarding this claim, along with any documents and information relied upon by AmGUARD in its evaluation of the claim.

Finally, please let me know your availability to meet on site to discuss the unpaid damages. The roof of the property is totaled, broken windows have been boarded, and there is hail damage throughout the stucco system. There are doors that no longer open properly due to the intrusion of moisture through hail caused openings. Your insured and its contractor have been pleading with you for months to no avail. These damages need to be addressed immediately.

Thank you for your attention. I look forward to working with you.

*In order to ensure the safety of our team and their families, several of our offices continue to work remotely and/or staggered shifts.*
*Please allow our office additional time to respond to emails and calls during this time.*
*Thank you in advance for your patience and understanding.*

MERLIN LAW GROUP
The Policyholder's Advocate®
Website | Property Blog | Condo Blog

Connect with us:

Jonathan E. Bukowski
Attorney
Merlin Law Group
1001-17th Street
Suite 1150
Denver, CO 80202
Tel: (720) 665-9680
Fax: (720) 665-9681

Privilege and Confidentiality Notice:
The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.