DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD

GRK CONSULTING ENGINEERS INC

Merlin Law Group, P.A.
Mr. Jonathan Bukowski, Esq.
1001-17th Street, Suite 1150
Denver, Colorado 80202

April 23, 2021

Subject: Storm Damage Assessment
Baymont Inn & Suites- 2505 6th Street, Limon, Lincoln County, Colorado 80828
GRK Project No. 21-045

Dear Mr. Bukowski:

As requested, GRK Consulting Engineers, Inc. (GRK) has performed a storm damage assessment at the above referenced property address. We are pleased to submit this report summarizing the results of our onsite inspection and our evaluations and conclusions with respect to the damage reported at the incident location. All opinions and conclusions rendered in this report have been formulated based upon the results of my inspection of the property, historical information obtained from others, my training, skill, knowledge, and experience as a consulting forensic engineer.

GRK appreciates the opportunity to have provided you with our professional engineering services on this project. Should you have any questions, or if we can be of further assistance, please do not hesitate to contact our office.

Very truly yours,
**GRK CONSULTING ENGINEERS, INC.**

DocuSigned by: Gregory R. Kaszas

COLORADO LICENSED GREGORY R. KASZAS 52589 PROFESSIONAL ENGINEER

4/23/2021

02546D73834E476...

Gregory R. Kaszas, P.E., C.G.C.
President
CO Eng. Registration No. 52589
FL Certified General Contractor No. 1514974

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Table of Contents

BACKGROUND INFORMATION ..... 3
BASIS OF REPORT ..... 3
PROPERTY DESCRIPTION ..... 4
REVIEW OF MATERIAL PREPARED BY OTHERS ..... 5
BACKGROUND INFORMATION ..... 5
PURPOSE & SCOPE OF SERVICES ..... 6
ENGINEERING FINDINGS & CIRCUMSTANCES OF THE INCIDENT ..... 7
CONCLUSIONS & ENGINEERING RECOMMENDATIONS ..... 47
LIMITATIONS ..... 48

## BACKGROUND INFORMATION

At the request of Merlin Law Group, GRK conducted an investigation at Baymont Inn & Suites located at 2505 6th Street, Limon, Colorado (80828). A Principal of GRK met onsite with Mr. Jeff Henke, general sales manager with CJ Restoration, who reported damage to the hotel, including the roof covering and exterior cladding, after a recent hail and windstorm event.

## BASIS OF REPORT

The scope of our investigation as well as the information obtained, documents reviewed and considered in establishing the basis of this report, and our professional opinions stated herein, are as follows:

1.) Onsite inspection performed by Gregory R. Kaszas, P.E. on March 29 and March 30, 2021, the purpose of which was to visually inspect the observable conditions of the roof covering, interior/exterior of the structure, and to obtain historical information.

2.) Historical and background information obtained from the hotel's general manager, Mrs. Ashley Clay as well as Mr. Jeff Henke.

3.) Photo report prepared by CJ Restoration dated March 30, 2021 containing one hundred and three (103) photographs.

4.) The evidence in question, specifically hail damages to the roof covering, was observed visually, both macro and microphotographed in the field using a Celestron handheld digital microscope. Additionally, to compare microscope images of non-hail impacted surfaces from hail impact, "control" or baseline images were included and examined for clarity purposes.

5.) National Roofing Contractors Association Roofing Manual-Steep-Slope Roof Systems – 2017.

6.) Owens Corning Hail Damage Technical Bulletin TB-10024261.

7.) Applicable building codes including 2006 International Building Code.

8.) Education, professional knowledge, and forensic engineering experience of Gregory R. Kaszas, P.E. investigating hundreds of losses due to hail and windstorm events and providing remediation recommendations. Relevant experience includes providing forensic engineering consulting services to clients such as policyholders and/or their representatives, insurance carriers and adjusters, and defense attorneys.

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



## PROPERTY DESCRIPTION

The incident location, as shown in Figure 1, consists of a two-story wood framed hotel, a Porte Cochere, and a storage shed. The exterior walls of the hotel were clad with a painted exterior insulation and finish system, commonly referred to as EIFS. The hip style roofs covering the hotel and Porte Cochere were provided with architectural shingles. The gable style roof covering the storage shed was also provided with architectural shingles. The exact age of the roof coverings is unknown.




Figure 1: Aerial view of Baymont Inn & Suites, 2505 6th Street, Limon, Colorado (80828)

## REVIEW OF MATERIAL PREPARED BY OTHERS

The following documentation was provided to our office to be reviewed and considered as part of our evaluation:

1.) Photo report prepared by CJ Restoration dated March 30, 2021 containing one hundred and three (103) photographs. The photographs depict hand-held moisture readings which indicate moisture had been positively detected behind the EIFS system presumably on February 22, 2021.

## BACKGROUND INFORMATION

Based on conversations with Mrs. Clay and Mr. Henke, the following pertinent information had been provided at the time of the inspection:

1.) The hotel's signage along the front or north elevation had been damaged by wind.

2.) Wind damage had occurred to various metal doors and their bracket/hinge system, located along the north and south facing elevations.

3.) Hail impact had significantly damaged the property including the shingled roof system, windows, EIFS, fencing, etc. These damages had not been present prior to the storm event.

4.) Temporary prior repair efforts such as the use of silicone/caulking applied around the perimeter of window openings and covering broken glass with synthetic roof underlayment had been performed by the property owner to protect the property against future loss.

5.) Interior water intrusion had occurred around the window openings which had not been present prior to the storm event.

6.) Mr. Henke had performed temporary repairs to the roof covering due to wind damage.

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



## PURPOSE & SCOPE OF SERVICES

The purpose of our investigation was to provide an engineering evaluation as to the cause and origin of damage reported at the incident location due to a recent hail and windstorm event. Further, if the subject structure did sustain storm-related damages, we were also tasked to provide remediation recommendations to place the property back to its pre-loss condition. With regard to the shingled roof coverings, we were specifically tasked to determine if hail impact resulted in any of the following conditions:

1.) Direct physical loss to the roof coverings.

2.) Direct physical damage to the roof coverings.

3.) Decrease in functionality.

4.) Decrease in the useful life.

5.) Decrease in the performance.

6.) Damage preventing the roof from continuing to function as a barrier of the elements to the same extent as it did before the hail damage occurred.

7.) Storm damage to any portion of the roof that will allow the penetration of water.

8.) Storm damage that will allow the penetration of water or results in the failure of the roof covering to perform its intended function of keeping out the elements for the remainder of its original, useful life.

## ENGINEERING FINDINGS & CIRCUMSTANCES OF THE INCIDENT

GRK representative Gregory R. Kaszas, P.E. performed an onsite on March 29 and March 30, 2021, the purpose of which was to visually inspect the observable conditions of the roof covering, interior/exterior of the structure, and to obtain historical information. Exemplar condition photographs 1 through 70 shown herein depict representative conditions consistently identified throughout the project at the time of the inspection. It should be noted that the photographs captured within this report are not intended to delimit the full extent of damages that may exist or damages/conditions which may have been documented by others. The results of our onsite inspection are as follows:

1.) Wind damage to metal framed passage doors and their bracket/hinge system, both north and south facing elevations (Photos 2 and 3).

2.) Damage to the EIFS wall system consisting of through fractures and chipping of the top surface, consistent with impact from hail stones.

3.) Significant and widespread hail impact damage to the vinyl window units resulting in fractures to the frame, glazing bead damage, and broken glass. Damages had been identified to windows facing all four cardinal directions and in fact, every window unit along the south elevation had been physically damaged in one form or another. Temporary repair efforts such as the use of silicone/caulking applied around the perimeter of window openings and covering broken glass with synthetic roof underlayment had been performed by the owner to protect the property against future loss. **In our opinion, the level of widespread hail impact evidenced to the windows, combined with the EIFS damages, rise to the level such that these damages have resulted in direct openings which allow for the entrance of moisture and the outside elements. As shown, staining to the interior windowsills, microbial growth on interior drywall, and varying degrees of moisture levels behind the EIFS system (as high a 61%, relative) had been positively identified at various locations at the time of the inspection**. **Further, the damages evidenced to the glazing bead not only creates an opening for the entrance of moisture and the outside elements but is such that the structural integrity of the window installation, in our opinion, has been compromised**. The bead is specifically installed not only for aesthetics, but to secure the glass in the sash or frame and failure of the glazing bead can result in the window glass physically being blown out of the frame.

4.) Chipping of the masonry veneer at the bottom of the wall along the east elevation, consistent with impact from hail stones. Note the color of the fracture planes evidenced "fresh" exposure indicating the damages were relatively recent (Photos 12 and 13).

5.) Widespread hail-caused fractures to the vinyl fencing along the south elevation.

6.) Hail-caused fracture to an entry card reader system mounted on an exterior passage door along the south elevation.

7.) Indented metals including flashing and the grills/cabinetry covering the wall mounted PTAC units.

8.) Temporary repairs due to wind damaged shingles had been identified (Photos 67 and 68).

9.) Wind damage to the building's signage along the front or north elevation had been identified.

10.) Visual inspection of the roofing system revealed hail impact damages to the shingles, as noted by randomly distributed "peppering" or irregular shaped blemishes, accompanied by a concentrated loss of granules, had been consistently identified to all roof slopes inspected. To ascertain the amount of hail damage, six (6) 10' x 10' test squares and two (2) 5' x 5' test squares, such as that shown in Photos 52 through 54, had been performed. Test squares over the Porte Cochere were limited to 5' x 5' due to the size of the roof structure. Consideration was given such that a good and diverse sampling of roof slopes in the north-, south-, east-, and west-facing directions were adequately represented. Table 1 below summarizes the result of our test square analysis. Additional findings and comments are as follows:

Table 1. Test Square Results

| Building | Test Square | Location | # of Hail Hits |
|---|---|---|---|
| Porte Cochere | T-1 | West slope | 9 |
| Porte Cochere | T-2 | South slope | 8 |
| Hotel | T-3 | Southwest corner | 57+ |
| Hotel | T-4 | South slope/middle of roof | 59+ |
| Hotel | T-5 | Northwest corner | 25+ |
| Hotel | T-6 | South slope/southeast corner | 53+ |
| Hotel | T-7 | East slope (over swimming pool roof) | 29+ |
| Hotel | T-8 | South slope/southeast corner (over swimming pool roof) | 40+ |

- Visual inspection of the roofing system, confirmed through test square analysis shown in Table 1, revealed the damages are widespread and affected all roof slopes covering the main hotel structure and Porte Cochere.

- While varying sizes of hail impact damage to the shingles had been identified, evidence of hail on the order of 1.75 to 2.0-inches in diameter had been consistently identified, such as that shown in Photo 56.

- As shown in Photos 55 through 62, hail impact clearly resulted in granule loss and immediate exposure of the waterproofing asphalt and structural fiberglass mat to the harmful and degrading effects of UV light. Over time, this will result in accelerated degradation of the asphalt, failure of the internal reinforcing fiberglass scrim, and premature product failure. According to NRCA Roofing Manual-Steep-Slope Roof Systems-2017 Section 4.1 Asphalt Shingle Materials, mineral granules are used for the following purposes:

    - "To protect an underlying asphalt coating from the degrading effects of ultraviolet light and weathering; therefore, the granules must be opaque, properly graded for maximum coverage and densely applied over the coating-grade asphalt surface.
    - To improve asphalt shingles' resistance to fire originating outside, although mineral granule surfacing alone does not guarantee acceptable fire-resistance classification.
    - To provide a greater variety of design possibilities and aesthetic choices because of their wide range of texture, color and color blends.
    - To add weight, which increases wind resistance."

- As shown specifically in Photos 57 through 62, 65, and 66, the size of hail that fell clearly had been large enough and of sufficient hardness and impact speed to fracture the shingles. **Through fractures, which had been consistently identified to field shingles and the ridge cap, are direct openings which allow for the entrance of moisture and the outside elements.**

- To further illustrate the extent of hail damage to the shingles, a Celestron handheld digital microscope was used in the field to obtain close-up images of resulting impact damages. Additionally, to compare non-hail impacted shingle surfaces from hail impact, "control" or baseline images were included and examined for clarity purposes. As shown in Photos 63 and 64, the baseline images, magnified at 10X, depict non-hail damaged shingle surfaces which are well covered with uniformly placed granules protecting the underlying asphalt and fiberglass mat. Comparing these conditions to that shown in Photos 65 and 66, also magnified at 10X, **hail impact has clearly resulted in significant granule displacement, exposed the bare asphalt and fiberglass scrim to UV light, tore fiberglass, and caused through fracturing.**

- In our opinion, based on the information discussed under Heading 10 as well as published literature, the shingle damages evidenced due to hail and wind, are not superficial and have resulted in the following:

- Direct physical loss to the roof coverings.
- Direct physical damage to the roof coverings.
- Decrease in functionality.
- Decrease in the useful life.
- Decrease in the performance.
- Damage preventing the roof from continuing to function as a barrier of the elements to the same extent as it did before the hail damage occurred.
- Storm damage to any portion of the roof that will allow the penetration of water.
- Storm damage that will allow the penetration of water or results in the failure of the roof covering to perform its intended function of keeping out the elements for the remainder of its original, useful life.

11.) Due to inclement weather conditions on March 30, 2021 (snow and ice), we were unable to inspect the roof structure covering the storage shed (Photo 70).

As shown in Figure 2, Owens Corning Hail Damage Technical Bulletin TB-10024261, states the following regarding the effects of hail impact on asphalt shingles:

TB-10024261



OWENS CORNING

# TECHNICAL BULLETIN

## HAIL DAMAGE

***SUPERSEDES PREVIOUS BULLETINS***

**Issue Description:**

Hailstorms can cause serious damage to a roof. Hail damage is marked by indentations, fractures, or multiple circular areas on the shingle where granules are missing. In some severe cases, hail impact can crack the shingle which weakens the water shedding capability of the roof.

The impact of the hailstone can break or weaken the bond between the granules and the asphalt. When granules are loose or missing, the roof has been compromised. Prolonged exposure to the sun's ultraviolet radiation may then accelerate the oxidation of the asphalt, which may lead to the premature aging of the shingle.

The effects of hail impact on asphalt shingles may not be immediately apparent. Sometimes it may take several months for circular or slightly elliptical areas to appear as granules become dislodged. When the damage to the surface of the shingle is not visible, look for indentations on vents, gutters, siding, air conditioning units and /or heat pumps, electric meter boxes, or other metal objects as telltale signs of hail impact.

**Recommendations**

In the aftermath of a hailstorm, it's important to get your roof checked for damage by a professional roofing contractor that you trust to safely and thoroughly inspect your roof. Hail falls in random patterns and therefore may only damage a few houses within a neighborhood.

If you live in an area that is prone to hailstorms, we recommend installing impact-resistant shingles that are designed to withstand greater levels of impact. Impact-resistant shingles are tested and classified using the Underwriters Laboratory 2218 (UL 2218) steel ball test where a steel ball is dropped from a specified height onto an installed roofing shingle and inspected for any breaks or cracks. The highest possible rating is Class 4. To receive a Class 4 rating, a roofing shingle must withstand having a 2-inch steel ball dropped multiple times from a height of 20 feet. Using Class 4 impact resistant shingles helps to prevent or reduce the amount of damage from hail or other debris. Owens Corning offers Duration FLEX®, Duration Storm®, and WeatherGuard® HP shingles which meet Class 4 of the UL 2218 impact resistance standard. Damage caused by hail is not covered by Owens Corning® Standard Product Limited Warranty* or extended protection warranties.

** See actual warranty for complete details, limitations and requirements.*

Figure 2: Owens Corning Hail Damage Technical Bulletin TB-10024261

Exemplar Condition Photographs



Photo 1: Overall view of front or north facing elevation of incident location



Photo 2: Wind damage to passage door, north elevation

Exemplar Condition Photographs



Photo 3: Close-up of wind damage to door hinge shown in Photo 2



Photo 4: Overall view of hail damage to glazing bead consistently identified, front elevation

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 5: Overall view of hail damage to window frame, front elevation



Photo 6: Overall view of hail damage to window frame and associated moisture between panes, front elevation

Exemplar Condition Photographs



Photo 7: Close-up of Photo 6 noting moisture behind EIFS



Photo 8: Close-up of hail damage to EIFS noting moisture behind system, front elevation

Exemplar Condition Photographs



Photo 9: Baseline image of Photo 8 depicting a decrease in moisture behind system as we move away from hail damaged window and EIFS



Photo 10: Close-up of storm damage to glazing bead noting moisture behind system, front elevation. Note temporary window repairs by insured to help mitigate loss

Exemplar Condition Photographs



Photo 11: Overall view of east elevation of incident location



Photo 12: Overall view of hail damage to windows, EIFS, and masonry veneer, east elevation

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 13: Close-up of “fresh” hail damage exposure to masonry veneer shown in Photo 12



Photo 14: Close-up of EIFS fracture shown in Photo 12

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 15: Close-up of hail damage to glazing bead shown in Photo 12



Photo 16: Damage to glazing bead, east elevation, **resulting in direct opening and entrance of the elements and compromise to the structural integrity of the window installation**

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 17: Overall view of south elevation



Photo 18: Overall view of EIFS fracture, south elevation

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 19: Close-up of EIFS damage shown in Photo 18



Photo 20: Overall view of broken glazing, south elevation

Exemplar Condition Photographs



Photo 21: Overall view of broken glazing, south elevation



Photo 22: Close-up of storm damage to window and EIFS noting moisture behind system, south elevation

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 23: Close-up view of hail damage to glazing bead consistently identified, south elevation



Photo 24: Close-up view of hail damage to glazing bead consistently identified, south elevation

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 25: Close-up of window damage and temporary repairs consistently identified, south elevation



Photo 26: Close-up of window damage consistently identified, south elevation, **resulting in direct opening and entrance of the elements and compromise to the structural integrity of the window installation**



2505 6th STREET 00374
EXHIBIT 23

Exemplar Condition Photographs



Photo 27: Close-up of water intrusion damage to Unit 108, south elevation



Photo 28: Close-up of storm damage to Unit 108 window **resulting in direct opening and entrance of the elements and compromise to the structural integrity of the window installation**. Note temporary window repairs by insured to help mitigate loss

Exemplar Condition Photographs



Photo 29: Close-up of storm damage to Unit 108 window **resulting in direct opening and entrance of the elements and compromise to the structural integrity of the window installation**




Photo 30: Overall view of broken glazing and temporary window repairs by insured to help mitigate loss, south elevation

Exemplar Condition Photographs



Photo 31: Close-up of hail damage to window frame and EIFS, south elevation



Photo 32: Close-up damages shown in Photo 31, no water intrusion detected at time of investigation

Exemplar Condition Photographs



Photo 33: Close-up of storm damage to window **resulting in direct opening and entrance of the elements and compromise to the structural integrity of the window installation**



Photo 34: Close-up of storm damage to window noting moisture behind system, south elevation

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 35: Close-up of hail damage to window frame and EIFS and avenues for water intrusion, south elevation



Photo 36: Overall view of hail fractures to vinyl fencing, south elevation

Exemplar Condition Photographs



Photo 37: Overall view of hail damage to EIFS consistently identified, south elevation



Photo 38: Close-up of EIFS damage shown in Photo 37

Exemplar Condition Photographs



Photo 39: Close-up of EIFS damage, south elevation



Photo 40: Close-up of EIFS damage, south elevation

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 41: Close-up of hail damage to card reader, south elevation



Photo 42: Close-up of damage shown in Photo 41

Exemplar Condition Photographs




Photo 43: Close-up of water intrusion into Meeting Room A through hail damaged window, south elevation 2nd Story



Photo 44: Close-up of broken glass with commensurate damage to screen, consistent with hail impact, south elevation

Exemplar Condition Photographs



Photo 45: Overall view of west elevation



Photo 46: Overall view of hail damage to window, west elevation

Exemplar Condition Photographs



Photo 47: Overall view of broken glazing, west elevation




Photo 48: Close-up of storm damage to window shown in Photo 47 noting moisture behind system

Exemplar Condition Photographs



Photo 49: Overall view of EIFS damage adjacent to broken glazing, west elevation



Photo 50: Close-up of EIFS damage shown in Photo 49

Exemplar Condition Photographs



Photo 51: Overall view of shingled roof system covering hotel



Photo 52: Overall view of test square analysis depicting widespread hail impact damages to hotel roof

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 53: Overall view of test square analysis depicting widespread hail impact damages to hotel roof



Photo 54: Overall view of test square analysis depicting widespread hail impact damages to Porte Cochere

Exemplar Condition Photographs



Photo 55: Close-up of direct physical and functional hail damage



Photo 56: Close-up of approximate 1.75 to 2-inch direct physical and functional hail damage

Exemplar Condition Photographs



Photo 57: Close-up of direct physical and functional hail damage. **Note exposed fiberglass and through fracture (red arrow)**



Photo 58: Close-up of direct physical and functional hail damage. **Note exposed fiberglass and through fracture (red arrow)**

Exemplar Condition Photographs



Photo 59: Overall view of **through fracture** to ridge cap



Photo 60: Close-up of direct physical and functional hail damage. **Note exposed fiberglass and through fracture (red arrow)**

Exemplar Condition Photographs



Photo 61: Close-up of direct physical and functional hail damage. **Note exposed fiberglass and through fracture (red arrow)**



Photo 62: Close-up of direct physical and functional hail damage. **Note exposed fiberglass and through fracture to ridge cap (red arrow)**

Exemplar Condition Photographs



Photo 63: "Control" or baseline image, 10X, depicting no discernible hail impact damage and uniform granule cover



Photo 64: "Control" or baseline image, 10X, depicting no discernible hail impact damage and uniform granule cover

DocuSign Envelope ID: 98668463-208C-46C4-9A9D-C48631D2C4FD



Exemplar Condition Photographs



Photo 65: Magnified view, 10X, of damage caused by hail impact. **Note: Missing granules, exposed/torn fiberglass, and through fracture (red arrow)**



Photo 66: Magnified view, 10X, of damage caused by hail impact. **Note: Missing granules, exposed/torn fiberglass, and through fracture (red arrow)**

Exemplar Condition Photographs



Photo 67: Overall view of temporary repairs due to wind damaged shingles



Photo 68: Close-up view of wind damaged shingles

Exemplar Condition Photographs




Photo 69: Overall view of wind damage to front signage



Photo 70: Unable to inspect shed roof due to inclement weather

## CONCLUSIONS & ENGINEERING RECOMMENDATIONS

1.) Based on the results of our investigation, evidence of significant storm damage, consistent with elevated wind forces and hail impact, had been identified at the time of our inspection to Baymont Inn & Suites located at 2505 6th Street, Limon, Colorado.

2.) The localized wind damaged shingles, where inspected, are direct openings which allow for the entrance of moisture and the outside elements.

3.) Evidence of hail impact on the order of 1.75 to 2.0-inches in diameter had been consistently identified to the roof shingles. Further, the results of our visual inspection and test square analysis establish that widespread hail damages occurred to all slopes inspected and that the roofs have been significantly damaged and compromised. In addition to through shingle fracturing which will allow for the entrance of moisture and the outside elements, the concentrated loss of granules at impact locations are permanent, widespread, will lead to premature product failure, and cannot be restored to pre-loss conditions by repairs**. As such, individual spot repair is impractical and not a viable option and, in our opinion, full roof replacement down to the decking is warranted.**

4.) Significant hail impact damage to the vinyl window units resulted in fractures to the frame, glazing bead damage, and broken glass. **This level of damage not only creates direct openings which allow for the entrance of moisture and the outside elements, but the damages evidenced is such that the structural integrity of the window installation has been compromised.** The bead is specifically installed not only for aesthetics, but to secure the glass in the sash or frame and failure of the glazing bead can result in the window glass physically being blown out of the frame. **As such, we recommend all hail damaged windows be repaired and/or replaced, as necessary. Where window repairs are not applicable, we recommend the windows be replaced with a CODE complaint window of similar quality and construction to the one being removed.**

5.) **In our opinion, the level of hail impact evidenced to the windows, combined with the noted EIFS damages, rise to the level such that these damages have resulted in direct openings which allow for the entrance of moisture and the outside elements**. As shown, staining to the interior windowsills, microbial growth on interior drywall, and varying degrees of moisture levels behind the EIFS system had been positively identified at various locations at the time of the inspection.

6.) We recommend all other wind and hail damaged building materials be repaired and/or replaced, as necessary, including, but not limited to, the following:

   a. EIFS- Note: **The damage to the EFIS materials must be addressed by suitable repair or replacement to ensure that the structural integrity and particularly the waterproof barrier and moisture resistance is fully restored**.

b. Masonry veneer along the east elevation (Photos 12 & 13)
c. Signage
d. Entry card readers
e. Metal passage doors
f. Interior water intrusion damages
g. Indented metals including flashing and grill/cabinetry covering the wall mounted PTAC units
h. Wood fascia
i. Vinyl fencing

7.) Where applicable, it is our opinion that if individual repairs do not result in a reasonable uniform appearance, additional remediation will be required.

8.) We recommend that all work associated with this loss be performed by suitably licensed contractors per current CODE while implementing, where applicable, requirements mandated by the authority having jurisdiction, manufacturer's installation procedures, etc.

## LIMITATIONS

The scope of this report extends only to information supplied to GRK and items visible during our onsite inspection. If field conditions change or are different than indicted, it is the responsibility of all parties to promptly contact GRK. Should new information become available, GRK reserves the right to revise our findings in-light-of new information.