# MERLIN LAW GROUP 5-11-2021.eml

**From:** Jonathan E. Bukowski
**Sent:** Tuesday, May 11, 2021 4:26 PM
**To:** crouth@raphaelandassociates.com<crouth@raphaelandassociates.com>, GUARD Claims Team<GUARDClaimsTeam@GUARD.com>, claims3@guard.com<claims3@guard.com>
**Cc:** kukuchkaja@hotmail.com<kukuchkaja@hotmail.com>, baymontinn2019@gmail.com<baymontinn2019@gmail.com>, jeffh@cjrestoration.com<jeffh@cjrestoration.com>, harvey@cjrestoration.com<harvey@cjrestoration.com>, Sherrol Hall<SHall@merlinlawgroup.com>, Timothy Burchard<TBurchard@merlinlawgroup.com>, Larry Bache<lbache@merlinlawgroup.com>, Agnieszka Karcz<AKarcz@merlinlawgroup.com>
**Subject:** [EXTERNAL] AmGuard Claim No. NEBPO30396-001-001-001/Raphel Claim No. 1.51913

**CAUTION: This email originated from outside of BH Insurance.**

Good morning.

I am following up on the messages that were sent to you on April 8 and May 7 regarding Claim No. NEBP030396-001-001-001 relating to hail damage to property located at 2505 6th Street, LLC DBA Baymont by Wyndham Limon. I have not received a response from AmGUARD or Raphel & Associates regarding the request for information or the engineering documentation provided.

I will remind you that hail caused openings to the hotel have allowed water to penetrate into the building. Out of 48 available rooms, only 14 have not sustained noticeable water damage. Each of the down rooms are worth approximately $80.00 per night or $1,920 per month. The inability to rent these rooms is creating a devastating financial hardship to my client.

Please immediately contact me upon receipt of this message so that we can work towards the repair of the exterior and interior of your insuredâ€™s property.

*â€‹In order to ensure the safety of our team and their families, several of our offices continue to work remotely and/or staggered shifts.*
*Please allow our office additional time to respond to emails and calls during this time.*
*Thank you in advance for your patience and understanding.*

Website | Property Blog | Condo Blog

Connect with us:

Jonathan E. Bukowski
Attorney
Merlin Law Group
1001â€'17th Street
Suite 1150
Denver, CO 80202
Tel: (720) 665-9680
Fax: (720) 665-9681

Privilege and Confidentiality Notice:
The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachment immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the content to any person. Thank you.