| | |
|---|---|
| DISTRICT COURT, LINCOLN COUNTY COLORADO<br><br>Court Address: 103 3rd Avenue<br>Hugo, CO 80821<br><br>DATE FILED: December 3, 2021 3:30 PM<br>FILING ID: B3B96C7CF709D<br>CASE NUMBER: 2021CV30009 | |
| PLAINTIFF: ASHLEY CLAY, an individual, AND<br><br>LOGAN CLAY, an individual,<br><br>v.<br><br>DEFENDANT: 2505 6TH STREET, LLC d/b/a BAYMONT INN AND SUITES, a Colorado limited liability company. | ▲ COURT USE ONLY ▲<br><br>Case Number:<br><br>Division: Courtroom: |
| DISTRICT COURT CIVIL SUMMONS | |

**TO THE ABOVE NAMED DEFENDANT:**

**2505 6th Street, LLC d/b/a Baymont Inn and Suites**
**Registered Agent: Jerry Kukuchka**
**6521 West Alamo Drive**
**Denver, CO 80123**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: December 3, 2021

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner, # 47465
Mitchiner Law, LLC
1240 S. Parker Rd. Suite 103
Denver, CO 80231
720-538-0371
tmitchiner@mitchinerlawllc.com
Attorney for Plaintiff



EXHIBIT 26

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

| | |
|---|---|
| DISTRICT COURT, LINCOLN COUNTY COLORADO<br><br>Court Address: 103 3rd Avenue<br>Hugo, CO 80821 | DATE FILED: December 3, 2021 3:30 PM<br>FILING ID: B3B96C7CF709D<br>CASE NUMBER: 2021CV30009 |
| PLAINTIFF: ASHLEY CLAY, an individual, AND<br><br>LOGAN CLAY, an individual,<br><br>v.<br><br>DEFENDANT: 2505 6TH STREET, LLC d/b/a BAYMONT INN AND SUITES, a Colorado limited liability company. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs<br>Bradley S. Freedberg, Atty. Reg. # 26046 (lead counsel)<br>Law Office of Bradley S. Freedberg<br>730 17th Street, Suite 900<br>Denver, CO 80202<br>Phone Number: 303-892-0900<br>Email: bradfreedberglaw@aol.com<br><br>Thomas H. Mitchiner, Atty. Reg. #: 47465<br>Mitchiner Law LLC<br>1240 S. Parker Rd. Suite 103<br>Denver, CO 80231<br>Phone Number: 720-538-0371<br>E-mail: tmitchiner@mitchinerlawllc.com<br><br>Nathaniel J. Thompson, Atty. Reg. #: 41219<br>Law Offices of Nathaniel J. Thompson,<br>6635 S Dayton Street, Suite 320<br>Greenwood Village, CO 80111<br>Phone Number: 720-319-7049<br>E-mail: nathaniel@njtlaw.net | Case Number:<br><br>Div.: Ctrm: |

# COMPLAINT AND JURY DEMAND

Ashley Clay and Logan Clay, by and through their attorneys Bradley S. Freedberg of the Law Office of Bradley S. Freedberg, Thomas H. Mitchiner of Mitchiner Law, LLC and Nathaniel J. Thompson of the Law Offices of Nathaniel J. Thompson, hereby submit their Complaint and jury demand against 2505 6th Street, LLC, d/b/a Baymont Inn and Suites as follows:



EXHIBIT 26

## PARTIES

1. Plaintiff, 2505 6th Street, LLC, d/b/a Baymont Inn and Suites [Defendant or Baymont], is a limited liability company with its principal place of business in Limon, Colorado and its principal office in Littleton, Colorado.

2. Baymont is the landowner of the property located at 2505 6th Street, Limon, CO 80828.

3. Ashley Clay and Logan Clay [collectively the Clays] are employees/residents of Baymont, with their principal address and residence at 2505 6th Street Limon, Colorado 80828 [the Property].

4. The Clay's live at the Property with their dogs and on occasions with their children.

## JURISDICTION AND VENUE

5. The claims in issue all arose in the judicial district of this Court.

6. Jurisdiction is proper as to the Defendant pursuant to Colorado Revised Statutes § 13- 1-124(1)(a), (b), and (d) because Defendant conducted the business at issue in this action committed tortious misconduct and contracted to insure property within Lincoln County, Colorado.

7. This court has personal jurisdiction over the action because the Defendant conducted the business at issue in this action, committed tortious misconduct and contracted to insure property within Lincoln County, Colorado.

8. Venue is proper pursuant to C.R.C.P. 98(c) because the events which constitute the basis of this Complaint and Jury Demand, including, but not limited to, the location of the property in question, occurred in Lincoln County, Colorado.

## GENERAL ALLEGATIONS

9. Baymont operates a hotel located at 2505 6th Street Limon, Colorado 80828 [the Property].

10. The Property contains an apartment.

11. The Clays worked for Baymont and lived in the apartment at the hotel.

12. On August 2, 2020, a hail and windstorm [the Storm] occurred at the Property.

13. The Storm produced hailstones measuring 1.75 to 2.00 inches in diameter.



EXHIBIT 26

14. The Storm caused openings to the roofing system resulting in a failure of the roof covering to perform its intended function of keeping out the elements for the remainder of its original, useful life.

15. The opening in the roof allowed elements, such as water, to penetrate the interior of the property.

16. The Storm caused openings to the EIFS siding resulting in a failure of the siding to perform its intended function of keeping out the elements for the remainder of its original, useful life.

17. The Storm created openings to the EIFS siding of the Property has allowed elements, such as water, to penetrate the interior of the Property.

18. The Storm caused openings to the windows resulting in a failure of the roof covering to perform its intended function of keeping out the elements for the remainder of its original, useful life.

19. The Storm created openings to the windows of the Property has allowed the elements, such as water, to penetrate the interior of the Property.

20. The Storm damaged 34 of the 48 available guest rooms and the apartment the Clays reside in.

21. As of the date of the filing of this Complaint some remediation work has been undertaken on the property. Some work has been done on guest rooms and the drywall on the first floor has been removed and replaced.

22. In October 2020, Baymont hired a contractor who identified elevated levels of moisture at the hotel.

23. On March 29, 2021, and March 30, 2021, Baymont hired an Engineer to review the Property. The Engineer documented severe damage to the hotel caused by the Storm.

24. The Engineer provided a report to Baymont stating that the damages allow(s) for the entrance of moisture.

25. From the date of the Storm through the filing of the complaint the Clays have resided in their apartment at the Property.

26. The Clays have been unable to find suitable alternative housing because of the COVID-19 pandemic, their finances, and their dogs.

27. In 2021, the Clays began to experience unusual health issues.

28. On or about May 12, 2021, the Baymont hired Rocky Mountain Biohazard to conduct a test for environmental microorganisms in the Property.



EXHIBIT 26

29. The tests found a significant amount of black mold had taken hold in the Property.

30. Black mold is a variety of microfungus, most often detected in damp or water-damaged buildings. Constant moisture is required for the growth of black mold.

31. Black mold growth is easily prevented by fixing any leaks in the property, cleaning up and drying out the property within 24 to 48 hours after a storm, and by removing or replacing the carpets and upholstery that had been soaked and that could not be dried right away.

32. Black mold causes serious short-term and long-term health effects.

33. In the short-term black mold can cause people to experience cold and flu symptoms, headaches, a sore throat, memory loss, muscle aches, fatigue, autoimmune disease, rashes and dermatitis, asthma, nosebleeds, a pulmonary hemorrhage, and emphysema type diseases.

34. In the long-term people can develop respiratory infections, bronchitis, kidney disorders, brain and liver swelling, cancer in the liver, and joint and bone disease.

35. Long-term exposure to black mold increases the likelihood that a person will experience severe health effects. It can also lead to death, although this is rare.

36. Mr. Clay, a former high level soccer player, in 2021 began to experience brain fog, confusion and difficulty breathing.

37. Mr. Clay saw a doctor for his symptoms and was diagnosed with having chronic sinusitis and asthma. Mr. Clay's doctor attributed the sinusitis to Mr. Clay's prolonged exposure to mold.

38. Mr. Clay has also had to have an MRI, a CT scan of his chest and other medical tests to determine what is making him feel ill.

39. Mr. Clay has developed Fahr's Syndrome which requires extensive testing by neurologists to learn if the mold caused the issue.

40. Mr. Clay also experiences severe exhaustion. He can no longer workout and has difficulties carrying suitcases up a flight of stairs.

41. As of the filing of this complaint the full extent of the impact the mold has had on Mr. Clay's health is not known.

42. Mrs. Clay began to experience brain fog, confusion and difficulty breathing.

43. Mrs. Clay saw a doctor for her symptoms and was diagnosed with having chronic sinusitis. Mrs. Clay's doctor attributed the sinusitis to Mrs. Clay's prolonged exposure to mold.

44. The effects of the mold on Mrs. Clay's cognitive abilities have been severe. Mrs. Clay's college grades have significantly decreased because of the mold, and she recently was removed from the Dean's List. Mrs. Clay had been on the Dean's List every other semester.

45. Mrs. Clay's depression and anxiety have been exasperated by the health issues her and her family are experiencing.

46. As of the filing of this complaint the full extent of the impact the mold has had on Mrs. Clay's health is not known.

47. The Clay's health continues to decline because of their exposure to the black mold.

48. Further because of the prolonged exposure to the black mold the Clays' have experienced generalized abdominal distress.

49. The Clays' have also had to make numerous trips to the emergency room in Limon and Denver as a result of their exposure to the black mold.

50. The Clay's have spent and will continue to spend for the foreseeable future a significant amount of time and money to deal with the negative health effects caused by the black mold.

**FIRST CLAIM FOR RELIEF**
(Premises Liability)

51. The Clays reallege and reaffirm the forgoing as if fully set forth herein.

52. Baymont is the landowner of the property located at 2505 6th Street, LLC, Limon, Colorado 80828.

53. On August 2, 2020, a severe wind and hailstorm damaged the Property.

54. The Storm caused damage to the Property which allowed moisture to enter the Property.

55. Baymont did not take steps to prevent moisture from entering the Property.

56. The moisture caused black mold to grow in the Property.

57. Black mold is toxic.

58. As of the filing of this Complaint Baymont has not remedied the conditions that allowed the black mold to grow or taken steps to remove the black mold.

59. Baymont at all times at issue was aware of the conditions that allowed the black mold to grow and of the growth of the black mold.

60. The Clay's were invitees. The Clay's were on the property of the landowner to transact business in which the Clay's and the landowner were interested in.

61. In the alternative, the Clay's were licensees. The Clays were on the property for their own interests pursuant to the landowner's permission.

62. Baymont did not take steps to prevent moisture it knew was entering the Property, from entering the Property.

63. A reasonable landowner would have taken steps to prevent moisture from entering the Property after a storm.

64. Baymont did not take steps to remove the black mold.

65. A reasonable landowner would have taken steps to remove the black mold from the Property.

66. As a result of Baymont's unreasonable failure to exercise reasonable care to prevent moisture from entering the Property and its unreasonable failure to remove the black mold the Clay's have suffered damages in an amount to be proved at trial.

## Demand for Judgment

WHEREFORE, Plaintiffs, Ashley Clay and Logan Clay respectfully prays for a judgment to be entered against 2505 6th Street, LLC, d/b/a Baymont Inn and Suites as follows:

A. Against 2505 6th Street, LLC, d/b/a Baymont Inn and Suites for their Premises Liability Claim;

B. Against 2505 6th Street, LLC, d/b/a Baymont Inn and Suites for their damages under the Premises Liability claim including but not limited to medical expenses, lost wages and pain and suffering;

C. Against 2505 6th Street, LLC, d/b/a Baymont Inn and Suites for non-economic damages including past, present, and future pain and suffering, disability, dysfunction, and impairment of health and quality of life;

D. Costs, as allowed by law; and

E. Such other relief as the Court deems proper.

## Jury Trial Request

Under C.R.C.P. 38(a)(b)(c), and all laws providing a right to a trial by jury, Logan Clay and Ashley Clay requests a jury trial of all claims and issues.



EXHIBIT 26

Respectfully submitted this December 3, 2021

Law Office of Bradley S. Freedberg

/s/ Bradley S. Freedberg
Bradley S. Freedberg, Atty. Reg. # 26046
(lead counsel)
Law Office of Bradley S. Freedberg
730 17th Street, Suite 900
Denver, CO 80202
Phone Number: 303-892-0900
Email: bradfreedberglaw@aol.com

Mitchiner Law, LLC

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner, Atty. Reg. #: 47465
Mitchiner Law LLC
1240 S. Parker Rd. Suite 103
Denver, CO 80231
Phone Number: 720-538-0371
E-mail: tmitchiner@mitchinerlawllc.com

Law Offices of Nathaniel J. Thompson

/s/ Nathaniel J. Thompson
Nathaniel J. Thompson, Atty. Reg. #: 41219
Law Offices of Nathaniel J. Thompson,
6635 S Dayton Street, Suite 320
Greenwood Village, CO 80111
Phone Number: 720-319-7049
E-mail: nathaniel@njtlaw.net

Attorneys for Plaintiffs

Address of Plaintiffs:

2505 6th Street, Limon, CO 80828



EXHIBIT 26