009697155

Jonathan E. Bukowski
Merlin Law Group
1001 17th Street
Suite 1150
Denver, CO 80202

---

Insured: 2505 6TH Street LLC
DOL: 08/02/2020 Claim #: NEBP030396-001-001-001
Payment Type: Actual Cash Value Coverage: Building Coverage
--Gross: 208,237.98 Deductible: 0.00 Other Deductions: 0.00 Net Amount: 208,237.98

THIS CHECK CONTAINS MULTIPLE FRAUD DETERRENT SECURITY FEATURES

**AmGUARD Insurance Company** Wells Fargo Bank, N.A. 009697155

11-24
1210

P.O. Box AH
Wilkes-Barre, PA 18703-0020

DATE 11/15/2021 AMOUNT ****$208,237.98

PAY ONLY $208,237.98

NOT VALID AFTER 180 DAYS

TWO HUNDRED EIGHT THOUSAND TWO HUNDRED THIRTY-SEVEN DOLLARS AND 98 CENTS**********

PAY TO THE ORDER OF
2505 6TH Street LLC and
Enterprise Bank & Trust and
Merlin Law Group, P.A

VOID OVER $208,237.98

2505 6TH STREET 001500

⑈009697155⑈ ⑆121000248⑆ 2000519407927⑈

EXHIBIT 29