ENGLE MARTIN & ASSOCIATES
Adjusters & Claims Administrators

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

O: 678.553.4400
F: 678.553.4401
TF: 800.818.5619

October 9, 2020

2505 6th St LLC
2505 6th St,
Limon, CO 80828

Attention: Mr. Antonoff

*Sent via US Mail*

| | | |
|---|---|---|
| RE: | **Insured:** | **2505 6th Street LLC** |
| | Location of Loss: | 2505 6th St, Limon, CO 80828 |
| | Nature of Loss: | Hail Storm |
| | Date of Loss: | August 2, 2020 |
| | Policy Number: | NEBP030396 |
| | Our File Number: | 1000307939 |
| | **Claim Number:** | **NEBP030396-001-001-001** |

---

Dear Mr. Antonoff:

As you are aware, Engle Martin & Associates is the independent adjustment firm retained by your insurance carrier, Berkshire Hathaway GUARD, and have been investigating the above captioned claim on their behalf.

We wish to acknowledge receipt of the information/documentation that you have provided to date. Please be advised that additional time is necessary to complete the investigation. The reason for the additional time needed is as follows:

- Itemized repair estimate

In the meantime, should you have any questions or have other information that has relevance to our consideration of your claim, please contact me at the telephone number below.

Sincerely,

**ENGLE MARTIN & ASSOCIATES**

Brian Rubidoux, AIC
Senior Property Adjuster
brubidoux@englemartin.com
Cell Phone: (719) 201-0323 | Direct Line: (303) 736-5131